

**540 Columbus Avenue (Mar. 17, 2018)**
*DDVP No-Pest Strip in Pastry Cabinet*



**55 West 46th Street (Jan. 16, 2018)**
*DDVP No-Pest Strip in Bakery Cabinet*



**1515 York (Oct. 17, 2017)**
*Pieces of DDVP No-Pest Strips Cut and Scattered in Store*



**Manhattan Store (Oct. 15, 2017)**
*DDVP No-Pest Strip Hidden in Lighting Fixture*



Manhattan Store (July 17, 2017)
*DDVP No-Pest Strip in Food Preparation Area*



Port Authority, South Wing (March 1, 2017)
*DDVP No-Pest Strip Alongside Active Fan System, Circulating Vapors*



Manhattan Store (October 1, 2016)
*DDVP No-Pest Strip Hidden Above Coffee Retail Shelf*



**Manhattan Store (August 2016)**
*DDVP No-Pest Strip Hidden Behind Signage Above Food Preparation Area*



Spring and Crosby (August 9, 2016)
*DDVP No-Pest Strip Hidden Above Menu Boards*



21st Street and 5th Avenue (August 5, 2016)



**180 West Broadway (August 4, 2016)**



**Port Authority (July 2016)**
*DDVP No-Pest Strip Above Hanging Lamp Fixture*



**Manhattan Mall (July 29, 2016)**
*DDVP No-Pest Strip Hidden in Bar Area*



**Penn Station (July 28, 2016)**
*DDVP No-Pest Strip Hidden Behind Menu Boards*



**Empire State Building (July 28, 2016)**
*DDVP No-Pest Strip Hidden Above Menu Boards*



**Penn Station (May 2016)**
*DDVP No-Pest Strips Hidden Above Store Shelving*



**Manhattan Store (Mar. 8. 2016)**
***DDVP No-Pest Strip Behind Sink***
**Velcro Strips Used to Affix Out of Sight Are Also Visible**



**340 Madison Avenue (Oct. 14, 2015)**
*DDVP No-Pest Strips Hidden Below Sinks*



**Manhattan Store (Sept. 2015)**
*DDVP No-Pest Strip Hidden Below Coffee Bar*



**Pearl and Hanover (Sept. 4, 2015)**
*DDVP No-Pest Strip on Food Preparation Counter*

 

**Manhattan Store (Aug. 18, 2015)**
*DDVP No-Pest Strips in Food Preparation Areas*

 

**42nd Street, between 3rd & Lexington Avenues (July 27, 2015)**
*DDVP No-Pest Strips Hidden in and Around Air Vents in Store*



**West 23rd Street (2015)**
*DDVP No-Pest Strip Hidden Behind Bar Counter Placard*



**Manhattan Store (2015)**
*DDVP No-Pest Strip Hanging Alongside Food Preparation Equipment*



**28th Street and Seventh Avenue (July 21, 2015)**
*DDVP No-Pest Strips Hidden Above Counter Shelves*



**Empire State Building (June 23, 2015)**
*DDVP No-Pest Strips Hidden Below Store Counter and Displayed Openly In Store Office*



**150 Varick Street (Apr. 20, 2015)**
*DDVP No-Pest Strips Piled on Store Counter*



**Delancey (Jan. 31, 2014)**
*DDVP No-Pest Strips Hidden Above Counter Shelving*