

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Michael A. Weber
212.583.2660 direct
212.583.9600 main
212.898.1201 fax
mweber@littler.com

May 28, 2019

**VIA ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Fox, et al v. Starbucks Corp.* **19-CV-4650 (AJN)**

Dear Judge Nathan:

This firm represents Defendant Starbucks Corporation in the above referenced action. Defendant respectfully requests that their deadline to respond to Plaintiff's Complaint be extended from June 14, 2019 to July 12, 2019.  This firm was recently retained by Defendant and seeks additional time to investigate the allegations in the Complaint. This request will not affect any future deadlines. This is Defendant's first request for an extension of time, and Plaintiff's counsel consents to this request.

Respectfully submitted,

*/s/ Michael Weber*

Michael Weber

cc:     All Counsel (via ECF)

**SO ORDERED:**

_____

Hon. Alison J. Nathan