UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAFAEL FOX, et al.,

                       **Plaintiffs,**                             19-cv-04650 (AJN)(SN)

      -against-                                             **ORDER**

STARBUCKS CORPORATION,

                       **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On March 8, 2020, Plaintiffs filed a motion requesting leave to file two exhibits to their motion to compel, ECF No. 35, under seal. For the reasons discussed at the March 19, 2020 telephonic hearing, the Court finds that good cause exists to permit the exhibits to be filed under seal. See Geller v. Branic Int'l Realty Corp., 212 F.3d 734, 738 (2d Cir. 2000) (district courts have "considerable discretion" to initially determine whether documents should be sealed). Accordingly, Plaintiffs may file Exhibits 1 and 2 to the motion to compel under seal.

**SO ORDERED**.

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      March 19, 2020
                 New York, New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/19/2020*