```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael Fox, *et al.*,

                Plaintiffs,

     –v–

Starbucks Corporation,

                Defendant.

19-CV-4650 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of discovery granted by Judge Netburn, the case management conference currently scheduled for July 24, 2020 is hereby adjourned to September 18, 2020 at 3:15 p.m.

    SO ORDERED.

Dated: July 9, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1