USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael Fox, *et al.*,

                Plaintiffs,

      –v–

Starbucks Corporation,

                Defendant.

19-cv-4650 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the extension of fact discovery granted by Judge Netburn, the case management conference currently scheduled for September 18, 2020, is hereby adjourned to October 9, 2020, at 3:15 p.m.

    SO ORDERED.

Dated: September 2, 2020
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge