# Littler

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2020
```

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Rebecca Goldstein
212.497.6854 direct
212.583.9600 main
 fax
rgoldstein@littler.com

October 1, 2020

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 906
New York, New York 10007

    Re:    **Rafael Fox, et al. v. Starbucks Corporation**
             **Case No. 19-CV-4650 (AJN)(SN)**

Dear Judge Nathan:

    We represent Defendant Starbucks Corporation in the above-referenced matter. Pursuant to Your Honor's Individual Practices I(A) and in accordance with Your Honor's September 29, 2020 Order (ECF No. 67), we submit, with the consent of Plaintiffs' counsel, this letter requesting an extension of time to submit a joint letter in accordance with Your Honor's September 29 Order until after the upcoming telephonic conference with Magistrate Judge Netburn on October 5, 2020.

    On September 23, Plaintiffs' counsel filed two letter motions addressed to Judge Netburn: (1) to quash Defendant's subpoena served on Laura Mazur; and (2) to compel discovery. Defendant's responses to these letter motions is due today, October 1 (see ECF No. 65). Judge Netburn scheduled a telephonic conference to discuss Plaintiffs' two letter motions on October 5, 2020 at 2:00PM (see ECF No. 55). Given that the conference on October 5 may impact the current fact discovery deadline/outstanding discovery issues, the parties respectfully request an extension of time to submit a joint letter in accordance with Your Honor's September 29 Order (ECF No. 67) until a date after the October 5 conference with Judge Netburn.

    We thank the Court for its attention to this matter.

> The case management conference scheduled for October 9, 2020, is adjourned to October 23, 2020, at 3:15 p.m. The parties should submit their joint letter at least seven days prior to conference. SO ORDERED.

Respectfully submitted,

/s/ Rebecca Goldstein

*[Signature]*
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
10/1/2020

October 1, 2020
Page 2

Cc: Counsel for Plaintiffs (via ECF)