**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

RAFAEL FOX, et al.,

                                          **Plaintiffs,**

                    **-against-**

STARBUCKS CORP.,

                                          **Defendant.**

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 11/2/2020 ___

**19-CV-04650 (AJN) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On October 30, 2020, the plaintiffs filed a motion to compel, and requested a discovery conference. On that same day, the defendant filed a motion for sanctions against the plaintiffs. Accordingly, a telephonic conference has been scheduled for November 10, 2020, at 3:00 p.m., in which to discuss both parties' pending motions. At that time, the parties should call into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. The parties may file any responsive letters no later than Friday, November 6, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
                 November 2, 2020