# EXHIBIT 3

ESI00005109_Exhibit 19
Plaintiff
Rafael Fox - 182742
08/12/2020(RG)

**From:** "Rafael Fox (15751)"
**Date:** Saturday, February 10, 2018 at 8:34:08 AM Eastern Standard Time
**To:** "Rafael Fox"
**Cc:**
**Subject:** Fw: Here's the document from the NYC consumer affairs

---

**From:** Tim Hutchinson
**Sent:** Thursday, January 11, 2018 9:22 AM
**To:** Tina McDonald
**Cc:** Bradley Jennison; Rafael Fox (15751)
**Subject:** FW: Here's the document from the NYC consumer affairs

Tina,

Can you please advise next steps?  Do we need a conference call to discuss?  I picked up the document this morning from the store and will keep it in my possession until you advise.  We have 14 days from the date of the letter to respond which would be Jan 19th.

Thank you

**Tim Hutchinson / District Manager / New York Metro/ cell 347-563-1483**



***"You cannot Retreat to Success" – Howard Behar***

**From:** Rafael Fox [mailto:rafaelfox@gmail.com]
**Sent:** Wednesday, January 10, 2018 3:07 PM
**To:** Tim Hutchinson <thutchin@starbucks.com>
**Subject:** Here's the document from the NYC consumer affairs





Record ID #

January 5, 2018

Starbucks
Attn: Rafael Fox
180 West Broadway
New York, NY 10013



Record I

ns about OLPS's investigation and resolution process, please c

Donna at the email address or phone number indicated on the le

## RETALIATION AND INTERFERENCE PROHIBITED

Workweek Law, employers are prohibited from retaliating ag

empting to exercise rights protected by the Law or interfering with

s of retaliation very seriously. If OLPS determines an employer has

employer may be responsible not only for lost wages and benefits



Record

# DOCUMENT AND INFORMATION REQUES

Charter (Chapters 1 and 64 of the New York City Charter), Fai
20 of the Administrative Code of the City of New York) and Of
apter 7 of Title 6 of the Rules of the City of New York) require
nting your compliance with the Fair Workweek Law (the "Law
equested documents and/or information, you may face fi
t you in any court proceeding.

ker" means any person who has worked at or for a fast food
e such person's job duties include at least one of the followi



Record ID

notices of available shifts posted pursuant to Section 20-1241(b) of

t food workers' acceptances of available shifts offered pursuant to S

Law.

nications with fast food workers concerning:



Record ID # 0004

RESPONSE FORM – FAIR WORKWEEK INVESTIG

ges of this form and send it to the Office of Labor Policy and Standards (OLPS)

INFORMATION

Vest Broadway New York, NY 10013



Record ID # 00

enclosed all records I maintain that are relevant to my response a

my response to the Document and Information Request







Record ID

# AFFIRMATION GRANTING AUTHORITY TO ACT

affirms the truth of the following:

Record ID for this Affirmation is _____

Record ID _____





