# Exhibit 4

**From:** Ron Shuler [rshulerj@starbucks.com]
**Sent:** 10/26/2016 11:07:09 AM
**To:** Kimberly Healy [khealy@starbucks.com]
**Subject:** Re: 1142 Madison ave Starbucks

Kim - in talking to Aubrey this morning, ecolab is not locating all the pest strips. The team is having to remove some of them. So not all together surprisingly they are not finding any evidence on the few traps they remove. Will continue to monitor and share findings as we go forward.

Ron Shuler
646-771-7160

On Oct 26, 2016, at 10:08 AM, Kimberly Healy <khealy@starbucks.com> wrote:

Will do.

Ron, to answer your question from yesterday, Ecolab went out as one-time service. No catches after we sealed the hole and door sweep was put on. I too thought we were in a good place until Ebony called me yesterday. Now I specifically requested daily service.

FYI as of this morning:

*Arrived at the location and Inspected.*

- <!--[if !supportLists]--><!--[endif]-->*0 catches.*
- <!--[if !supportLists]--><!--[endif]-->*No pest activity.*
- <!--[if !supportLists]--><!--[endif]-->*Placed additional interior traps behind front prep bar and kitchen area.*

**From:** Carrie Teeter
**Sent:** Wednesday, October 26, 2016 9:06 AM
**To:** Ebony Hines <ehines@starbucks.com>; Kimberly Healy <khealy@starbucks.com>
**Cc:** Ron Shuler <rshulerj@starbucks.com>; Catena Larosa <CaLarosa@starbucks.com>
**Subject:** Re: 1142 Madison ave Starbucks

Thanks Ebony -

Kim - could we specify that we need weekend service as well. As I recall, daily service doesn't include weekend service.

Thanks,
Carrie

**From:** Ebony Hines
**Sent:** Tuesday, October 25, 2016 6:46 PM
**To:** Kimberly Healy
**Cc:** Carrie Teeter; Ron Shuler
**Subject:** Re: 1142 Madison ave Starbucks

Confidential

Thanks Kim,

Ron and Carrie I am copying you for visibility.

Sent from my iPhone

On Oct 25, 2016, at 5:29 PM, Kimberly Healy <khealy@starbucks.com> wrote:

FYI

---

**From:** Kimberly Healy
**Sent:** Tuesday, October 25, 2016 5:10 PM
**To:** 'Daddio, William' <William.Daddio@ecolab.com>
**Subject:** RE: 1142 Madison ave Starbucks

Hey Bill,

Can we begin daily service?

Store manager caught 5 mice over the last 2 days- mostly baby mice so now we have the concern they are breeding in the store.

I will create the work tasks now.

<image001.png>

Thanks,
Kim

-----Original Message-----
From: Daddio, William [mailto:William.Daddio@ecolab.com]
Sent: Friday, October 21, 2016 9:06 AM
To: Kimberly Healy <khealy@starbucks.com>
Subject: Re: 1142 Madison ave Starbucks

No activity

William Daddio
District Manager
Ecolab 800-325-1671

> On Oct 21, 2016, at 8:41 AM, Kimberly Healy <khealy@starbucks.com> wrote:
>
> Was anything caught?

Confidential

> 
> -----Original Message-----
> From: Daddio, William [mailto:William.Daddio@ecolab.com]
> Sent: Friday, October 21, 2016 8:35 AM
> To: Kimberly Healy <khealy@starbucks.com>
> Subject: Re: 1142 Madison ave Starbucks
> 
> I went this morning.
> 
> Inspected and treated.
> Added new rodent equipment as well.
> The hole identified is sealed.
> 
> William Daddio
> District Manager
> Ecolab 800-325-1671
> 
>> On Oct 21, 2016, at 7:53 AM, Kimberly Healy <khealy@starbucks.com> wrote:
>> 
>> I'm waiting on an update but the hole should have been filled last night. Should we have your tech return to see if anything was caught last night?
>> 
>> -----Original Message-----
>> From: Kimberly Healy
>> Sent: Thursday, October 20, 2016 5:23 PM
>> To: Daddio, William <William.Daddio@ecolab.com>
>> Subject: Re: 1142 Madison ave Starbucks
>> 
>> Thanks
>> 
>> Sent from my iPhone
>> 
>>> On Oct 20, 2016, at 5:11 PM, Daddio, William <William.Daddio@ecolab.com> wrote:
>>> 
>>> 
>>> 
>>> -----Original Message-----
>>> From: Lewis, Sheldon
>>> Sent: Thursday, October 20, 2016 2:53 PM
>>> To: Daddio, William
>>> Subject: 1142 Madison ave Starbucks
>>> 
>>> Spoke with the MOD.
>>> 
>>> Reported
>>> Mice catches behind the prep snack bar area. As well underneath glass food display.
>>> <image1.JPG>

Confidential

DEF0039076

>>>
>>> <image2.JPG>
>>>
>>> Large flies in kitchen and dining area.
>>>
>>> Inspected.
>>>
>>> Issues:
>>> Hole in the wall underneath wash sink; located in front prep area.
>>> <image3.JPG>
>>>
>>>
>>> <image4.JPG>
>>>
>>> Walk through with manager to make aware of issue. Manager is in the process of ordering an air curtain for large flys.
>>>> On Oct 20, 2016, at 12:31 PM, "usrcs@ecolab.com" <usrcs@ecolab.com> wrote:
>>>>
>>>> 10:55:50 10/20/2016     RRS RE-PAGE  ORIGINAL  LEWIS, SHELDON D  STARBUCKS #29940  69 E 9TH ST  NEW YORK  NY  10003  MOD  WO# 15220947  212-228-5819  APPROVAL REQUIRED BY FCC @ 877 728 9349 ON ALL SVC >$500. WO# REQUIRED ON ALL SV  C. MUST BE CLOSED ON SITE. TO DO: CALL FCC, CHOOSE OPT 1, THEN OPT 4, FOLLOW PRO  MPTS. NO PRODUCT SALES OR LEAVE BEHINDS.  NEED SVC STORE TEAM ADVISED THEY SAW A   MOUSE. ( ADDRESS ON WO IS 1142 MADISON AVE)

DEF0039077