# Exhibit 5

## Trash Handling

Proper storage and disposal of trash is necessary to minimize the development of odors and prevent the trash from attracting and harboring insects and rodents.

### Standards

- Garbage cans should be emptied when they are ¾ full and should never be overflowing.
- Aprons should be removed before taking garbage to the dumpster.
- Full trash bags should not be stored in back room unless placed in covered containers.
- The dumpster area should be clean. Equipment or miscellaneous items should not be stored in the dumpster area.
- Garbage cans should be leak-proof, maintained intact and cleaned inside and out to prevent build-up and odor.

## Pest Control

This section provides information on pest management practices and responsibilities. Controlling pests is a three-way cooperative effort between Starbucks store partners, Facilities and the pest control operator.

### Integrated Pest Management Principles

- Eliminate unsanitary exterior conditions that will attract pests from surrounding exterior areas.
- Prevent entry of pests into stores.
- Eliminate food supply for pests.
- Eliminate water supply for pests.
- Eliminate potential hiding places and living areas for pests.
- Inspect for and remove evidence of activity (mouse droppings, dead rodents, dead roaches, etc.).

### Licensed Pest Control Operator

Your pest control operator will service your store once per month and is responsible for installing and maintaining rodent and insect traps, monitors and baits. They should also be notifying you of any structural or sanitation deficiencies and of any evidence of pest activity.

### Standards

- Only Certified Pesticide Applicators are permitted to apply pesticides in our stores.
- Store-bought pesticides are prohibited.
- Structural deficiencies noted on your pest report must be called into the FCC within 24 hours.
- Sanitation issues noted on your pest report should be addressed immediately.
- Pest reports must be kept on file for a minimum of 90 days.

### Procedure for Eliminating Flies and Gnats

Small flies often breed in open pipes and drains, under the equipment and floor mats, in the mop, mop bucket and mop sink, dirty linen bag, and under the pastry case inside the back panel. To eliminate flies simply keep these areas clean and free of soil accumulation.

Confidential                                                                                                                        DEF0002718

Follow the steps below diligently for one week to interrupt the breeding cycle. Once the cycle is interrupted and the flies are no longer present, store partners can return to routine cleaning. Specific cleaning instructions can be found in the *Store Cleanliness and Equipment Maintenance Manual.*

1. Thoroughly inspect areas with concentrated fly activity with a flashlight at morning and night to locate build up and soil accumulation. Check walls and floors, under casework, floor drains and pipes, under countertops, under equipment and small cracks and crevices for food debris, standing water or wood rot.
2. Thoroughly clean all floor drains/floor sinks, pipes and floor mats.
3. Inspect all silicone seals for leakage around the ice bins, dipper wells, plumbing fixtures and equipment plumbing.
4. Clean all plumbing fixture areas using Liquid Cleanser or QSR Restroom Cleaner Spray.
5. Remove any accumulation of water from floor areas, inside cabinets, and under equipment. Pay close attention to under and around all refrigeration units and the dish machine.
6. Thoroughly clean all dirt and debris from all floor surfaces, floor-wall junctions and around equipment legs. Pay attention to floor under the dishmachine, ice machine, refrigerators, around the grease trap, under the three-compartment sink and around the mop sink.
7. Inspect floors for low grout lines, especially in front of espresso machines, and missing or broken tiles; Call FCC to have repaired if necessary.
8. Empty the mop bucket when not in use; leave inverted in the mop sink overnight.
9. Rinse mops until water runs clear and hang inverted to dry. If mop head cannot be thoroughly rinsed, remove the mop head at the end of day and tie off in a plastic garbage bag. Replace with a new head in the morning.
10. Line dirty linen bag with a plastic bag; tie bag of soiled wiping cloths to prevent flies from entering.
11. Check the pastry case crumb trays. Clean all particles and remove all moisture from the pan and area under the case.
12. Check the dust pan and carpet roller for build up. Make sure these items are clean and free of particles at the end of the night.
13. Check the inside of the vacuum for fly larva. Never vacuum flies to get rid of them, they will breed in the vacuum bag, and new flies will hatch and fly out when the vacuum is turned off.
14. Check entrance doors to make sure they fully close.
15. Keep drive thru windows closed when not in use. Do not disable the auto-close function.
16. Ensure all ceiling panels are in place.

### Procedure for Cleaning Rodent Waste

Clean up any urine and droppings using the following procedures:

1. When you begin cleaning, it is important that you do not stir up dust by sweeping or vacuuming up droppings, urine or nesting materials.
2. Wear gloves when cleaning urine and droppings.
3. Spray the soiled area with QSR Restroom Cleaner Spray and let soak five minutes.
4. Use a paper towel to pick up the urine and droppings, and dispose of the waste in the garbage.
5. After waste has been removed, use QSR Restroom Cleaner Spray to disinfect items that might have been contaminated.
6. Clean and disinfect the whole area.
7. Remove gloves, and thoroughly wash hands with soap and water.

Confidential        DEF0002719