# Exhibit 6



# C.A.F.E. Practices Verifier and Inspector Operations Manual

## Starbucks Coffee Company

V5.3

English Version



| PS-MT1.1 | ZERO TOLERANCE: All supply chain entities have and implement a system to track the movement of C.A.F.E. Practices coffee from initial purchase through point of export. |
|---|---|
| | o Description of methods for keeping C.A.F.E. Practices coffee physically separate from non-C.A.F.E. Practices coffee (e.g., bag labels; storage areas; separate processing runs, etc.); <br> o System of documentation used for ensuring C.A.F.E. Practices coffee is separate from non-C.A.F.E. Practices coffee (e.g., receipts; invoices; weigh-bridge tickets, etc.); <br> o Information about ALL entities in the C.A.F.E. Practices supply chain, including farms and mills, as well as any other entity that handles coffee (e.g., collectors or farmer delegates that may collect coffee from farms and deliver it to wet mills); and, <br> o Deficiencies in the system of documents or physical segregation that would lead to mixing of C.A.F.E. Practices and non-C.A.F.E. Practices coffee. |
| PS-MT1.2 | ZERO TOLERANCE: Organization has an annually updated list of producers participating in the C.A.F.E. Practices program. |
| | o Date when the producer list was most recently updated; and, <br> o Specific discrepancies between the list of producers in the approved C.A.F.E. Practices application and the list encountered at the PSO. In most cases, a supply chain discrepancy notification is also necessary. |
| PS-MT1.3 | ZERO TOLERANCE: Each farm in the supply chain receives a receipt for coffee purchased. |
| | o Description of the receipt system that is used; <br> o Information from farms that were visited during the verification and whether receipts were observed; and, <br> o Explanation of system for coffee purchases, if no receipts are issued. |
| PS-EM1.1* | ZERO TOLERANCE: Producer Support Organization does not buy, distribute or apply pesticides prohibited under the World Health Organization Type 1A or 1B lists, or that are banned according to national, regional, or local laws. |
| | o Active ingredient of illegal or prohibited pesticides used or distributed; <br> o Purpose for use of illegal or prohibited pesticides; <br> o Duration of time that illegal or WHO-listed pesticide has been in use or distributed; and, <br> o Legal reference (if applicable) or specification of whether pesticide is listed as Type 1A or 1B. |

**\*LEGAL REFERENCE MAY BE REQUIRED**