# Exhibit 7

| | |
|---|---|
| **From**: | Margaret Kis [mkis@starbucks.com] |
| **Sent**: | 9/29/2017 10:41:50 AM |
| **To**: | Rami Kranz [rkranz@starbucks.com]; Stephen Gallant [sgallant@starbucks.com] |
| **CC**: | Jeff Beringer [JBeringe@starbucks.com]; Anne Chan [achan@starbucks.com]; Kimberly Healy [khealy@starbucks.com]; Neal Opalka [nopalka@starbucks.com]; Paul Ehlinger [pehlinge@starbucks.com] |
| **Subject**: | RE: Hot Shots - Pest strips |

I have informed ECOLAB AND AVP if techs find them to TOSS THEM OUT.

**From:** Rami Kranz
**Sent:** Friday, September 29, 2017 10:38 AM
**To:** Stephen Gallant <sgallant@starbucks.com>
**Cc:** Margaret Kis <mkis@starbucks.com>; Jeff Beringer <JBeringe@starbucks.com>; Anne Chan <achan@starbucks.com>; Kimberly Healy <khealy@starbucks.com>; Neal Opalka <nopalka@starbucks.com>
**Subject:** FW: Hot Shots - Pest strips

FYI,

Thank you,



**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com

**From:** Rami Kranz <rkranz@starbucks.com>
**Date:** Friday, September 29, 2017 at 10:36 AM
**To:** Alexis Vertucci <avertucc@starbucks.com>, Carla Ruffin <cruffin@starbucks.com>, Ron Shuler <rshulerj@starbucks.com>, Kate McShane <kmcshane@starbucks.com>
**Cc:** Ross Shadix <Ross.Shadix@starbucks.com>, Jasmine Onumah <jonumah@starbucks.com>
**Subject:** Hot Shots - Pest strips

Hi all,

Please note that the Hot shot-pest strip shown below should not be used in any of our stores.
According to the label regulations, partners can only work in a store with this pest strip for NO MORE THAN FOUR HOURS – otherwise the partners may become ill.

DOH is currently looking for and citing these for these pest strips.

Please let your team know to look and discuss these pest strips with the SM and remove from store.

Thank you,



Thank you,



**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com

Confidential DEF0032061