# Exhibit

| | |
|---|---|
| From: | Rami Kranz [rkranz@starbucks.com] |
| Sent: | 9/29/2017 10:36:50 AM |
| To: | Alexis Vertucci [avertucc@starbucks.com]; Carla Ruffin [cruffin@starbucks.com]; Ron Shuler [rshulerj@starbucks.com]; Kate McShane [kmcshane@starbucks.com] |
| CC: | Ross Shadix [Ross.Shadix@starbucks.com]; Jasmine Onumah [jonumah@starbucks.com] |
| Subject: | Hot Shots - Pest strips |

Hi all,

Please note that the Hot shot-pest strip shown below should not be used in any of our stores. According to the label regulations, partners can only work in a store with this pest strip for NO MORE THAN FOUR HOURS – otherwise the partners may become ill.

DOH is currently looking for and citing these for these pest strips.

Please let your team know to look and discuss these pest strips with the SM and remove from store.

Thank you,



Thank you,



**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com