# Exhibit 10

| | |
|---|---|
| **From**: | Kate McShane [kmcshane@starbucks.com] |
| **Sent**: | 10/16/2017 11:02:18 PM |
| **To**: | AC-Area 82 - CO DM - US [4523500082@starbucks.com] |
| **Subject**: | FW: Hot Shots - Fly insecticide in stores - DOH VIOLATION |
| **Attachments**: | Hot shot violation.pdf; TRIM_20171016_011127.mp4 |

Team

Please see and connect with your SM's about ensuring that they are not using Hot Shots – see below and attached email from Rami

Kate

**From:** Rami Kranz <rkranz@starbucks.com>
**Date:** Monday, October 16, 2017 at 11:07 AM
**To:** Ross Shadix <Ross.Shadix@starbucks.com>
**Cc:** Kate McShane <kmcshane@starbucks.com>, Carla Ruffin <cruffin@starbucks.com>, Ron Shuler <rshulerj@starbucks.com>, Alexis Vertucci <avertucc@starbucks.com>, Jasmine Onumah <jonumah@starbucks.com>
**Subject:** Hot Shots - Fly insecticide in stores - DOH VIOLATION

Hi all,

The DOH are hot for citing Hot shots in stores. By law, partners can't be in a store for more than
Four hours in a 24hr period, with only one hot shot.
Please see attached video, it shows one store with 9 hot shots on top of the
FOH cabinets. Pest control company is finding out which store this is.
Attached is also a DOH violation for a hot shot in one of our stores.

Please, I ask again, for our partners safety, health and brand (protecting A grade), pass on this message onto the DM/SM and have them all removed.

Thank you,



**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com