# Exhibit 11



From: Margaret Kis mkis@starbucks.com
To: LastExitInNY@gmail.com
Cc: Jill Shwiner jillavptermite@aol.com
Date: Monday, 27 July 2015, 03:02PM -05:00
Subject: RE: 7506

In future, when you see them or anything that shouldnt be there, throw them away

**From:** LastExitInNY@gmail.com [mailto:lastexitnny@gmail.com]
**Sent:** Monday, July 27, 2015 3:27 PM
**To:** Margaret Kis
**Cc:** Jill Shwiner
**Subject:** 7506

Visited the store for the emergency the other night. When I went to put a fly stick up over bar I found about  15 pest strips. 2 were directly under the air vent on top of the round overhang lighting support. They need to be removed as soon as possible.

- Attached: Screenshot_20191102-064021.png, 0.344 MB