# Exhibit 12



From: <jillavptermite@aol.com>
Date: Wed, Aug 10, 2016 at 5:59 AM
Subject: Re[3]: Re[2]: 10396
To: Margaret Kis <mkis@starbucks.com>
Cc: LastExitInNY@gmail.com <LastExitInNY@gmail.com>

Ok. Paul has been, even hiding them so they don't accidentally set them off when cleaning & does note on workorders to not dispose of traps, we even put devises "do not touch labels" where we can. A few months ago I added on our workorders the 'removal of our equipment will result in additional charges" to help deter the stores. Same with those no Pest strips, bug bombs or bug spray.
I will add the above in my other email to you.

--
Jill Shwiner
AVP Termite & Pest Control of NY
W 718-967-9800
C 732-740-1037


Wednesday, 10 August 2016, 05:52AM -04:00 from Margaret Kis <mkis@starbucks.com>:

> And Paul as to your email
> Place more traps out
> Note that on their work ticket "not to throw traps out"
> Jill - Charge for extra traps
> Sent from my iPhone
> On Aug 10, 2016, at 5:49 AM, " jillavptermite@aol.com " < jillavptermite@aol.com > wrote:
> >Ok
> >--
> >Jill Shwiner
> >AVP Termite & Pest Control of NY
> >W 718-967-9800
> >C 732-740-1037
> >
> >Wednesday, 10 August 2016, 05:48AM -04:00 from Margaret Kis < mkis@starbucks.com >:
> >>Jill
> >>Please professionally communicate this in a separate email to me and note this issue as well as others like finding other pest control hanging from pipes etc
> >>Thanks
> >>Sent from my iPhone
> >>On Aug 9, 2016, at 10:08 PM, LastExitInNY@gmail.com < lastexitinny@gmail.com > wrote:
> >>>Mouse traps are continually vanishing from the store. I can not catch a mouse if Starbucks is taking traps and moving them or throwing them away.