# Exhibit 13

From: LastExitInNY@gmail.com lastexitinny@gmail.com
To: Jill Shwiner jillavptermite@aol.com
Date: Wednesday, 10 August 2016, 01:46PM -05:00
Subject: Re: Fwd: RE: Missing Pest control devices

> Good. Now there's undeniable proof they've been notified.
>
> On Aug 10, 2016 8:13 AM, <jillavptermite@aol.com> wrote:
>> She sent to everyone
>>
>> --
>> Jill Shwiner
>> AVP Termite & Pest Control of NY
>> W 718-967-9800
>> C  732-740-1037
>>
>>
>> -------- Forwarded message --------
>> From: Margaret Kis <mkis@starbucks.com>
>> To: "'jillavptermite@aol.com'" <jillavptermite@aol.com>
>> Cc: Stephen Gallant <sgallant@starbucks.com>, Alloy Vilabrera <avilabre@starbucks.com>, Anne Chan <achan@starbucks.com>, Jeff Beringer <JBeringe@starbucks.com>, Keith Costello <KCostell@starbucks.com>, "Kimberly Healy" <khealy@starbucks.com>, Marielle Gonzales <mgonzale@starbucks.com>
>> Date: Wednesday, 10 August 2016, 08:07AM -04:00
>> Subject: RE: Missing Pest control devices
>>
>> Thank you Jill, I am copying the FSMs and our FM, Stephen. He will pass this on to the DMs so they can communicate to the stores .
>> From: jillavptermite@aol.com [mailto:jillavptermite@aol.com]
>> Sent: Wednesday, August 10, 2016 8:06 AM
>> To: Margaret Kis
>> Subject: Missing Pest control devices
>> Hi Margaret,
>> It is being reported by my technicians that some stores are either relocating or removing our pest control devices (snap traps, multicatch rodent traps, monitors, fly fruit traps). Where possible, we label

the devices with "do not touch" stickers and its
printed on workorders not to disturb the devices.  Devices that are placed out of reach, so they're  not disturbed during cleaning and/or when placed in secluded areas, are still found moved or missing.  Any missing devices are noted on workorders at time
of service.
We also note on workersorders when we find dichlorvos strips (No Pest Strips) as they are  not labled for use in food establishments.  These are mostly found in FOH under counters hanging from pipes or on floor, on top of high cabinets near vents, one was
recently found inside a pastrycase.
Please let me know if you any questions.
--
Jill Shwiner
AVP Termite & Pest Control of NY
W 718-967-9800
C  732-740-1037