# Exhibit 14



From: <jillavptermite@aol.com>
Date: Thu, Sep 15, 2016 at 12:02 AM
Subject: Re: 14 w23rd # 13539 & 7446
To: Margaret Kis <mkis@starbucks.com>
Cc: <sgallant@starbucks.com>

Hi Margaret,
I just got a call from Paul, he was about to service store 13539 and noticed they were locking up so he waited for them to leave. He then entered store and he walked into a faceful of two bug bombs the store had just set off.  The store had no warning signs posted & also did not cover any surfaces so everything including food utensils/equipment should be washed down and any food products/condiments should be disposed of.

I'm also attaching pic from last night's service at 7446 where store has dichlorvos (No Pest Strip) right about food service area.

You've always been diligent in helping to get ssues resolved so your assistance in getting the the word out to stores about restricting use of these products is greatly appreciated.

--
Jill Shwiner
AVP Termite & Pest Control of NY
W 718-967-9800
C  732-740-1037


Wednesday, 10 August 2016, 08:07AM -04:00 from Margaret Kis mkis@starbucks.com:

> Thank you Jill, I am copying the FSMs and our FM, Stephen. He will pass this on to the DMs so they can communicate to the stores .
>
>
> **From:** jillavptermite@aol.com [mailto:jillavptermite@aol.com]
> **Sent:** Wednesday, August 10, 2016 8:06 AM
> **To:** Margaret Kis
> **Subject:** Missing Pest control devices

Hi Margaret,

It is being reported by my technicians that some stores are either relocating or removing our pest control devices (snap traps, multicatch rodent traps, monitors, fly fruit traps).  Where possible, we label the devices with "do not touch" stickers and its printed on workorders not to disturb the devices.  Devices that are placed out of reach, so they're  not disturbed during cleaning and/or when placed in secluded areas, are still found moved or missing.  Any missing devices are noted on workorders at time of service.

We also note on workersorders when we find dichlorvos strips (No Pest Strips) as they are  not labled for use in food establishments.  These are mostly found in FOH under counters hanging from pipes or on floor, on top of high cabinets near vents, one was recently found inside a pastrycase.

Please let me know if you any questions.

--
Jill Shwiner
AVP Termite & Pest Control of NY
W 718-967-9800
C  732-740-1037