# Exhibit 15

**From:** "Rafael Fox"
**Date:** Saturday, April 6, 2019 at 11:58:46 AM Eastern Daylight Time
**To:** ?
**Cc:**
**Subject:** Fwd: hot shots

---------- Forwarded message ---------
From: **Rafael Fox (15751)** <US1060932@starbucks.com>
Date: Mon, Feb 12, 2018, 12:33 PM
Subject: hot shots
To: Rafael Fox <rafaelfox@gmail.com>

**From:** Leslie Fable
**Sent:** Wednesday, July 5, 2017 5:51 PM
**To:** Arnold Richardson (07566); Bernadette Rivera (07684); David Caple (07560); Jamel Pettigrew (07466); Jesus Mendoza (07781); Kamillia Dorner jeffers (20259); Kashawn Stallings (07680); Rafael Fox (11934); Stevie Dechabert (00849); Tiffany Edwards (14841); William Banfield Jr (15751)
**Subject:** FW: No Pest Strips

FYI Team!


**ASPIRE TO INSPIRE BEFORE YOU RETIRE**

**Les Fable**

NYM-District Manager

Tribeca

Contact-646.660.3165

**From:** Paul Ehlinger
**Sent:** Wednesday, July 05, 2017 5:36 PM
**To:** Carol Huang <cahuang@starbucks.com>; Jose Galvez <jgalvez@starbucks.com>; Raymond Santos <rasantos@starbucks.com>; Celina Garrison Lutz <cegarris@starbucks.com>; Alexander Lawrence <alawren@starbucks.com>; Amanda Perstac <aperstac@starbucks.com>; Arlene De La Cruz <ardelacr@starbucks.com>; Carla Ruffin <cruffin@starbucks.com>; Leslie Fable <lfable@starbucks.com>; Tim Hutchinson <thutchin@starbucks.com>
**Subject:** FW: No Pest Strips

Team

If you have these items in your store they must be removed immediately . as they are unapproved  and can be dangerous to our partners , customers and your health.

**Paul Ehlinger**

**Facilities Service  Manager**

**(347) 820-0615 Cell**

**(208) 379-7897 Fax**

**From:** Neal Opalka
**Sent:** Wednesday, July 05, 2017 5:09 PM
**To:** Stephen Gallant <sgallant@starbucks.com>; Paul Ehlinger <pehlinge@starbucks.com>; Margaret Kis <mkis@starbucks.com>; Noelle Perez <noeperez@starbucks.com>; Kimberly Healy <khealy@starbucks.com>; Jeff Beringer <JBeringe@starbucks.com>; Anne Chan <achan@starbucks.com>
**Subject:** FW: No Pest Strips

Hi all,

In speaking will Jill she noticed this product in one of my stores.  Leif said hes noticed them all over his stores and will remove them immediately.

Just wanted to share.

Best,

Neal



Neal Opalka

facilities services manager | Global Store Development

NYC Metro Facilities

Starbucks Coffee Company

7 Penn Plaza

370 Seventh Avenue, Suite 1510

New York, NY 10001

646-438-0142 (mobile)

**From:** Jill Shwiner [mailto:jillavptermite@aol.com]
**Sent:** Wednesday, July 5, 2017 4:58 PM
**To:** Neal Opalka <nopalka@starbucks.com>
**Subject:** No Pest Strips

Attached is copy a label for No Pest Strip/DDVP  AKA Dichlorvos.  I higlighted warning/misuse labels.

This is a link to a very good article on how bad dichlorovs is - [https://www.wired.com/2014/01/cdc-warning-misuse-pest-strips/](https://www.wired.com/2014/01/cdc-warning-misuse-pest-strips/)

**Jill Shwiner**

AVP Termite & Pest Control of NY, Inc.

4313 Arthur Kill Rd, S.I., NY  10309

(T)718-967-9800

(F)718-967-9894

(C)732-740-1037

- Attached: image001.png, 0.020 MB
- Attached: image001.png, 0.020 MB
- Attached: No Pest Warning 7-2017.jpg, 0.314 MB
- Attached: No Pest Label 2017.pdf, 1.066 MB