# Exhibit 1

-------- Forwarded Message -------- From: Neal Opalka nopalka@starbucks.com To: jillavptermite@aol.com Date: Friday, 07 July 2017, 09:40AM -05:00 Subject: RE: RE: RE: No Pest Strips

> No

> Best,

> Neal



Neal Opalka

facilities services manager | Global Store Development

NYC Metro Facilities

Starbucks Coffee Company

7 Penn Plaza

370 Seventh Avenue, Suite 1510

New York, NY 10001

646-438-0142 (mobile)

**From:** jillavptermite@aol.com [mailto:jillavptermite@aol.com]
**Sent:** Friday, July 7, 2017 10:39 AM
**To:** Neal Opalka <nopalka@starbucks.com>
**Subject:** Re: RE: RE: No Pest Strips

Hi - The service mgr didn't report any activity
Has store reported any?

--
Jill Shwiner
AVP Termite & Pest Control of NY
4313 Arthur Kill Road, S.I. NY
(O) 718-967-9800
(C) 732-740-1037

Friday, 07 July 2017, 10:25AM -04:00 from Neal Opalka nopalka@starbucks.com:

> Hi Jill,
>
> Any update on this store from last nights visit?
>
> Best,

Neal



Neal Opalka

facilities services manager | Global Store Development

NYC Metro Facilities

Starbucks Coffee Company

7 Penn Plaza

370 Seventh Avenue, Suite 1510

New York, NY 10001

646-438-0142 (mobile)

---

**From:** jillavptermite@aol.com [mailto:jillavptermite@aol.com]
**Sent:** Wednesday, July 5, 2017 10:31 PM
**To:** Neal Opalka <nopalka@starbucks.com>
**Subject:** Re: RE: No Pest Strips

Thank you so much for helping me get the info out. Please tell Leif thanks you also.

Attached is report for housekeeping issues - tech is at store now and the area I mention in report is much worse and tiles are falling off.

--
Jill Shwiner
AVP Termite & Pest Control of NY
4313 Arthur Kill Road, S.I. NY
(O) 718-967-9800
(C) 732-740-1037

Wednesday, 05 July 2017, 05:10PM -04:00 from Neal Opalka nopalka@starbucks.com:

Thanks Jill!

Just to follow up. This is what the DM is seeing and will have them removed ASAP. He is reaching out to his DM counterparts with the info as well. I forwarded to the FSM team so they are aware as we have new folks.

Best,

Neal



Neal Opalka

facilities services manager | Global Store Development

NYC Metro Facilities

Starbucks Coffee Company

7 Penn Plaza

370 Seventh Avenue, Suite 1510

New York, NY 10001

646-438-0142 (mobile)

**From:** Jill Shwiner [mailto:jillavptermite@aol.com]
**Sent:** Wednesday, July 5, 2017 4:58 PM
**To:** Neal Opalka <nopalka@starbucks.com>

Subject: No Pest Strips

Attached is copy a label for No Pest Strip/DDVP AKA Dichlorvos. I higlighted warning/misuse labels.

This is a link to a very good article on how bad dichlorovs is - https://www.wired.com/2014/01/cdc-warning-misuse-pest-strips/

**Jill Shwiner**
AVP Termite & Pest Control of NY, Inc.

4313 Arthur Kill Rd, S.I., NY 10309

(T)718-967-9800

(F)718-967-9894

(C)732-740-1037