# Exhibit 18

Shwiner 21
Plaintiff
Jill Shwiner - 183854
09/11/2020(RG)

| | |
|---|---|
| From: | Margaret Kis [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A6CDA3BFE65848D18D36F05E04D6E347-MKIS@STAR |
| Sent: | 9/29/2017 12:46:20 PM |
| To: | jillavptermite@aol.com |
| Subject: | Re: Hot Shots - Pest strips |

Ok good

Sent from my iPhone

On Sep 29, 2017, at 11:42 AM, "jillavptermite@aol.com" <jillavptermite@aol.com> wrote:

> He has been.
> --
> Jill Shwiner
> AVP Termite & Pest Control of NY
> 4313 Arthur Kill Road, S.I. NY
> (O) 718-967-9800
> (C) 732-740-1037
>
>
> Friday, 29 September 2017, 11:35AM -04:00 from Jill Shwiner avptermitesbux@gmail.com:
>
>
> ---------- Forwarded message ----------
> From: "Margaret Kis" < mkis@starbucks.com>
> Date: Sep 29, 2017 10:40 AM
> Subject: FW: Hot Shots - Pest strips
> To: "Jill Shwiner ( avptermitesbux@gmail.com)" < avptermitesbux@gmail.com>
> Cc:
>
>
> IF PAUL FINDS THEM, TOSS THEM OUT,

Confidential

DEF0016012



Confidential

DEF0016013