# Exhibit 19

| | |
|---|---|
| **From:** | Ron Shuler [rshulerj@starbucks.com] |
| **Sent:** | 10/16/2017 11:15:28 AM |
| **To:** | Taz Mbodje [tmbodje@starbucks.com]; Carrie Teeter [cteeter@starbucks.com]; Catena Larosa [CaLarosa@starbucks.com]; Mariam Amor [mariamam@starbucks.com]; Gary Morrow [gmorrow@starbucks.com]; Ebony Hines [ehines@starbucks.com]; Hector Garces [hgarces@starbucks.com]; Kirk Brewster [kbrewste@starbucks.com]; Timinit Ashebir [tashebir@starbucks.com]; Jarvis Bautista [jbautist@starbucks.com] |
| **Subject:** | FW: Hot Shots - Fly insecticide in stores - DOH VIOLATION |
| **Attachments:** | Hot shot violation.pdf; TRIM_20171016_011127.mp4 |

FYI

Ron Shuler
regional director NY Metro |646-771-7160
Twitter: <u>@ron_shuler</u>

 Black Partner Network

---

**From:** Rami Kranz <rkranz@starbucks.com>
**Date:** Monday, October 16, 2017 at 11:07 AM
**To:** Ross Shadix <Ross.Shadix@starbucks.com>
**Cc:** Kate McShane <kmcshane@starbucks.com>, Carla Ruffin <cruffin@starbucks.com>, Ron Shuler <rshulerj@starbucks.com>, Alexis Vertucci <avertucc@starbucks.com>, Jasmine Onumah <jonumah@starbucks.com>
**Subject:** Hot Shots - Fly insecticide in stores - DOH VIOLATION

Hi all,

The DOH are hot for citing Hot shots in stores. By law, partners can't be in a store for more than
Four hours in a 24hr period, with only one hot shot.
Please see attached video, it shows one store with 9 hot shots on top of the
FOH cabinets. Pest control company is finding out which store this is.
Attached is also a DOH violation for a hot shot in one of our stores.

Please, I ask again, for our partners safety, health and brand (protecting A grade), pass on this message
onto the DM/SM and have them all removed.

Thank you,



**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
<u>(646) 574-8205</u> mobile
<u>rkranz@starbucks.com</u>

Confidential                                                                                                  DEF0036800