# Exhibit 21



From: Noelle Perez <noeperez@starbucks.com>
To: jillavptermite@aol.com <jillavptermite@aol.com>; Kimberly Healy <khealy@starbucks.com>
Sent: Mon, Oct 2, 2017 8:26 am
Subject: RE: No Pest Strips

Noted

# Noelle Perez
starbucks coffee companyl facilities service manager
store development NYC Metrol 370 Seventh Avenue, Suite 1510, NY, NY 10001
Please call me with any questions at (646) 941-0006

**From:** jillavptermite@aol.com [mailto:jillavptermite@aol.com]
**Sent:** Sunday, October 01, 2017 11:55 PM
**To:** Noelle Perez <noeperez@starbucks.com>; Kimberly Healy <khealy@starbucks.com>
**Subject:** No Pest Strips

Hi Guys -

Can you please get word out to your DMs to make sure stores do not use  No Pest Strips. They're illegal to use in food establishments and toxic for both employees and my service techs.
Thank you
--
Jill Shwiner
AVP Termite & Pest Control of NY
4313 Arthur Kill Road, S.I. NY
(O) 718-967-9800
(C)  732-740-1037



From: Rami Kranz <rkranz@starbucks.com>
To: jillavptermite@aol.com <jillavptermite@aol.com>
Sent: Mon, Oct 16, 2017 5:42 am
Subject: Re: Dichlorvos Strips.

Hi Jill,

Ill call you around 10. Which stores had these in them?

I sent out the email to all the last time you asked, and I mentioned it during my leadership presentation to Ross and the RDs just last week.

I can have another talk with the team and stress the importance of breaking this habit.

Speak soon,

> **Thank you,**
>
> **Rami Kranz**
> Regional Retail Quality Assurance Manager, New York Metro
> **STARBUCKS COFFEE COMPANY**
> (646) 574-8205 mobile
> rkranz@starbucks.com

On Oct 15, 2017, at 23:49, "jillavptermite@aol.com" <jillavptermite@aol.com> wrote:

Rami -
My service mgr just sent me a pic of a DDVP strip that was placed in a flylight.
I myself came across 2 in the past 2 nights while inspecting under counter cabinets and we're inches from my face.
When you get a moment tomorrow if you could give me a call.
Thank you

--
Jill Shwiner
AVP Termite & Pest Control of NY
4313 Arthur Kill Road, S.I. NY
(O) 718-967-9800
(C)  732-740-1037
<40305.jpeg>



From: Jill Shwiner <avptermitesbux@gmail.com>
To: Kimberly Healy <khealy@starbucks.com>; jillavptermite <jillavptermite@aol.com>
Sent: Tue, Jan 16, 2018 9:11 pm
Subject: 28168 flies and no pest strip

Hi Kim..it's Paul. Store had a few issues with flies in case. I was vacuuming the live and dead flies and saw that the pest strip was hidden under the bagels. The food in case is rotting. Meat and eggs in the case for days will cause fly breeding. Food needs to be changed more often and strips should never be placed there.

- Attached: KIMG8608.JPG, 1.642 MB
- Attached: KIMG8611.JPG, 2.632 MB
- Attached: KIMG8603.JPG, 2.018 MB