# Exhibit 22

| | |
|---|---|
| **From**: | Rami Kranz [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6383BCEBDC134CC8AE8DB355103D7EAA-01904664] |
| **Sent**: | 1/23/2018 3:44:42 PM |
| **To**: | Rami Kranz [rkranz@starbucks.com] |
| **Subject**: | Fwd: Pest Vendor Feedback - 28168 |

Thank you,

**Rami Kranz**
Regional Retail Quality Assurance Manager, New York Metro
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com

Begin forwarded message:

**From:** Kimberly Healy <khealy@starbucks.com>
**Date:** January 17, 2018 at 08:15:06 EST
**To:** Rami Kranz <rkranz@starbucks.com>, Jasmine Onumah <jonumah@starbucks.com>
**Subject: FW: Pest Vendor Feedback - 28168**

FYI

**From:** Kimberly Healy
**Sent:** Wednesday, January 17, 2018 8:15 AM
**To:** S28168 46th between 6th and 5th <S28168@retail.starbucks.com>; Jacob Rhodes (28168) <US2152582@starbucks.com>
**Cc:** Taz Mbodje <tmbodje@starbucks.com>; Ron Shuler <rshulerj@starbucks.com>
**Subject:** Pest Vendor Feedback - 28168

Good Morning Dionell,

See below from AVP. Hot Shots are never to be used.

*Store had a few issues with flies in case. I was vacuuming the live and dead flies and saw that the pest strip was hidden under the bagels.*
*The food in case is rotting. Meat and eggs in the case for days will cause fly breeding. Food needs to be changed more often and strips should never be placed there.*

Confidential                                                                                                                                           DEF0038847





Thanks,
Kim

Confidential
DEF0038848