# Exhibit 23

| | |
|---|---|
| **From**: | Rami Kranz [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6383BCEBDC134CC8AE8DB355103D7EAA-01904664] |
| **Sent**: | 1/23/2018 6:11:34 PM |
| **To**: | Ron Shuler [rshulerj@starbucks.com] |
| **CC**: | Taz Mbodje [tmbodje@starbucks.com] |
| **Subject**: | Re: Hot shot in pastry case #28168 |

Thank you,

**Rami Kranz**
Regional Retail Quality Assurance Manager, New York Metro
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com

On Jan 23, 2018, at 17:13, Ron Shuler <rshulerj@starbucks.com> wrote:

Rami – aware and being addressed.

Ron Shuler
regional director NY Metro |646-771-7160
Twitter: @ron_shuler
<image001.png>

**From:** Rami Kranz <rkranz@starbucks.com>
**Date:** Tuesday, January 23, 2018 at 5:06 PM
**To:** Ron Shuler <rshulerj@starbucks.com>, Taz Mbodje <tmbodje@starbucks.com>
**Subject:** Hot shot in pastry case #28168

Hi Ron,

A hot shot was found in the pastry case under the bagels in store # 28168.

Please advise team that hot shots are insecticides and can cause food borne illness if located Near food items.

Thank you,

<image002.png>

**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com