# Exhibit 24

| | |
|---|---|
| From: | Ron Shuler [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E531695038874BB1954BC091C63D9ABA-01965472] |
| Sent: | 3/12/2018 9:26:01 AM |
| To: | Timinit Ashebir [tashebir@starbucks.com]; Taz Mbodje [tmbodje@starbucks.com]; Mariam Amor [mariamam@starbucks.com]; Kirk Brewster [kbrewste@starbucks.com]; Jennifer Scott (11738) [US1806899@starbucks.com]; Jarvis Bautista [jbautist@starbucks.com]; Hector Garces [hgarces@starbucks.com]; Gary Morrow [gmorrow@starbucks.com]; Catena Larosa [CaLarosa@starbucks.com]; Carrie Teeter [cteeter@starbucks.com] |
| Subject: | Fwd: Hot Shots - Pest strips |

Team - sending this as a reminder. Please remind SMs that these are not to be used in our stores.

Thank you.

Ron Shuler
646-771-7160

Begin forwarded message:

> **From:** Ron Shuler <rshulerj@starbucks.com>
> **Date:** September 29, 2017 at 11:24:17 AM EDT
> **To:** Taz Mbodje <tmbodje@starbucks.com>, Mariam Amor <mariamam@starbucks.com>, Hector Garces <hgarces@starbucks.com>, Ebony Hines <ehines@starbucks.com>, Catena Larosa <CaLarosa@starbucks.com>, Carrie Teeter <cteeter@starbucks.com>, Kirk Brewster <kbrewste@starbucks.com>, Gary Morrow <gmorrow@starbucks.com>, Jarvis Bautista <jbautist@starbucks.com>, "Timinit Ashebir (08769)" <US274428@starbucks.com>, Amanda Padgett <apadgett@starbucks.com>
> **Subject: Fwd: Hot Shots - Pest strips**
>
> FYI
>
> Ron Shuler
> 646-771-7160
>
> Begin forwarded message:
>
>> **From:** Rami Kranz <rkranz@starbucks.com>
>> **Date:** September 29, 2017 at 10:36:50 AM EDT
>> **To:** Alexis Vertucci <avertucc@starbucks.com>, Carla Ruffin <cruffin@starbucks.com>, Ron Shuler <rshulerj@starbucks.com>, Kate McShane <kmcshane@starbucks.com>
>> **Cc:** Ross Shadix <Ross.Shadix@starbucks.com>, Jasmine Onumah <jonumah@starbucks.com>
>> **Subject: Hot Shots - Pest strips**
>>
>> Hi all,

Confidential
DEF0011721

Please note that the Hot shot-pest strip shown below should not be used in any of our stores.
According to the label regulations, partners can only work in a store with this pest strip for NO MORE THAN FOUR HOURS – otherwise the partners may become ill.

DOH is currently looking for and citing these for these pest strips.

Please let your team know to look and discuss these pest strips with the SM and remove from store.

Thank you,

Thank you,

**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com

Confidential