# Exhibit 25

| | |
|---|---|
| **From**: | Rami Kranz [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6383BCEBDC134CC8AE8DB355103D7EAA-01904664] |
| **Sent**: | 4/13/2018 9:00:57 PM |
| **To**: | Kimberly Healy [khealy@starbucks.com] |
| **CC**: | Jasmine Onumah [jonumah@starbucks.com]; Keith Costello [KCostell@starbucks.com] |
| **Subject**: | Re: Hot Shot Sighting |

Thank you Kim,

I'll discuss with leadership team.

> **Thank you,**
>
> **Rami Kranz**
> Regional Retail Quality Assurance Manager, New York Metro
> **STARBUCKS COFFEE COMPANY**
> (646) 574-8205 mobile
> rkranz@starbucks.com

On Apr 13, 2018, at 19:40, Kimberly Healy <khealy@starbucks.com> wrote:

> Hi Rami/Jasmine,
> Coached in both instances, but FYI for you since I am still finding them.
>
> I was back at Rock Concourse and found 2 hot shots. One still on top of the same fridge. Another was velcro'd on the backside of a CBS dump sink in the backline.
> <image001.jpg>   <image002.jpg>
>
> Also found one today at 49th & 8th (Worldwide Plaza II).
> <image003.jpg>
>
> ---
>
> **From:** Kimberly Healy
> **Sent:** Friday, January 19, 2018 8:15 AM
> **To:** Rami Kranz <rkranz@starbucks.com>; Jasmine Onumah <jonumah@starbucks.com>
> **Cc:** Stephen Gallant <sgallant@starbucks.com>; Margaret Kis <mkis@starbucks.com>
> **Subject:** Hot Shot Sighting
>
> Sharing – Rockefeller Concourse
>
> In addition to the 3-DR reach-in fridge missing its top cover, having excessive build-up and debris - 5 hot shots found. Also found another 2 in the base of their hot water heater (Jasmine- similar to 7465, 59th & Columbus with Carrie).
>
> I will be seeing the DM later and coaching the new SM that transferred-in this week.
>
> <image004.jpg>   <image005.jpg>   <image006.jpg>   <image007.jpg>