# Exhibit 26

| | |
|---|---|
| **From**: | Kimberly Healy [khealy@starbucks.com] |
| **Sent**: | 1/19/2018 8:15:17 AM |
| **To**: | Rami Kranz [rkranz@starbucks.com]; Jasmine Onumah [jonumah@starbucks.com] |
| **CC**: | Stephen Gallant [sgallant@starbucks.com]; Margaret Kis [mkis@starbucks.com] |
| **Subject**: | Hot Shot Sighting |

Sharing – Rockefeller Concourse

In addition to the 3-DR reach-in fridge missing its top cover, having excessive build-up and debris - 5 hot shots found. Also found another 2 in the base of their hot water heater (Jasmine- similar to 7465, 59th & Columbus with Carrie).

I will be seeing the DM later and coaching the new SM that transferred-in this week.






Confidential DEF0025583