# EXHIBIT C

1          PAUL D'AURIA

2      UNITED STATES DISTRICT COURT

3      SOUTHERN DISTRICT OF NEW YORK

4        Case No. 19-CV-4650

5

6    _____

7    RAFAEL FOX, PAUL D'AURIA, and JILL        )

8    SHWINER,                                  )

9                    Plaintiffs,               )

10       v.                                    )

11   STARBUCKS CORPORATION d/b/a STARBUCKS     )

12   COFFEE COMPANY,                           )

13                    Defendants.              )

14   _____         )

15

16

17

18      DEPOSITION OF PAUL D'AURIA

19   TAKEN REMOTELY BY VIDEO CONFERENCE

20        September 9, 2020

21

22

23

24   Reported by:  Mary Ann Payonk

25   Job No. 183853

1                    PAUL D'AURIA

2        Q.    Who did you interview with?

3        A.    The owners, Laura Mazur and Al

4    Vecchione.

5        Q.    What were their positions at the

6    company?

7        A.    They were co-owners.

8        Q.    And what position did you interview

9    for?

10       A.    Pest control technician.

11       Q.    And was there a job description for

12    that position?

13       A.    Basically, servicing commercial and

14    residential accounts.

15       Q.    Had you worked in that field before?

16       A.    Yes, I did.  I worked in pest control

17    from 1986 to 1990.

18       Q.    '86 to '90?

19       A.    Yes.

20       Q.    And what company did you work for?

21       A.    Unlimited Pest Control.

22       Q.    Where are they located?

23       A.    They were in Staten Island, New York.

24       Q.    And what was your job description for

25    Unlimited?

1                    PAUL D'AURIA

2        A.    Sure.  From October of 2000 to maybe

3    the spring of 2003.  And then Starbucks asked

4    us to come back and service the stores in I

5    think also the spring of 2005 to September of

6    2009.  And then I believe they asked for our

7    assistance again from 2013 to 2018.

8        Q.    2013 to '18?

9        A.    Yes.

10       Q.    And during those different periods of

11   time, it sounds like you worked at Starbucks

12   locations at three or so different periods of

13   time.  Did your work change at all when you

14   were working at Starbucks locations, or was it

15   the same?

16       A.    As far as Starbucks being serviced,

17   it was basically the same service we provided.

18       Q.    Okay.  And tell me again specifically

19   as to Starbucks, what was your job?

20       A.    My job was to inspect, evaluate,

21   troubleshoot any pest issues that stores were

22   having.

23       Q.    So give me an example.  By the way,

24   was that the same throughout the three periods

25   of time that you worked at Starbucks?

1                    PAUL D'AURIA

2    the other two companies during this time period

3    that you were working for Starbucks -- I think

4    the Stock Exchange was one and Methodist

5    Hospital was the other -- did you see any of

6    these products at those facilities or those

7    companies?

8        A.    No, I didn't.

9        Q.    And during your employment with AVP,

10   did you work at those two companies as well as

11   Starbucks throughout the period?

12       A.    I serviced those along with Starbucks

13   at the same time.

14       Q.    Got it.  And other than the three

15   companies that you serviced, were there any

16   other companies that you worked with at AVP

17   during this time period of '07 to '18?

18       A.    Yes, I did see them in other

19   locations.

20       Q.    And which location?

21       A.    The location was a company called

22   Le Pain Quotidien in Manhattan and throughout

23   the City.

24       Q.    Right.  And did you provide pest

25   control and evaluate stores at that company?

1                    PAUL D'AURIA

2        A.    Yes.

3        Q.    And for what period of time?

4        A.    I believe from 2011 to 2013, around

5    there, maybe '14.

6        Q.    And during that -- okay, and during

7    that time, did you see any of these products at

8    Le Pain Quotidien stores, Hot Shot or pest

9    strips, etc.?

10       A.    They did -- at that location, they

11   were putting in a different brand of DDVP pest

12   strips.  The manufacturer -- they're

13   manufactured by the same company but they're

14   branded to different companies to sell.  And

15   there's also another version of those strips.

16   I believe the name is Fruit Fly BarPro.  It's

17   the exact same product, it's just branded

18   differently, but the same chemicals.

19       Q.    Got it.  And when you saw those

20   products at Le Pain Quotidien, did you report

21   them to anyone at the company?

22       A.    Yes, we did.

23       Q.    To whom?

24       A.    Their facilities manager.

25       Q.    Anyone else?

1              PAUL D'AURIA

2          MR. GRAFF:   Objection.

3      Q.    What are you claiming?

4      A.    Could you rephrase that?   What do you

5  mean, what am I claiming?

6      Q.    Yeah.   You know, what are you seeking

7  from Starbucks in this case by way of damages?

8          What do you want to recover?

9          What's your request for damages?

10     A.    The maximum that --

11         MR. GRAFF:   Objection.

12     A.    The maximum that --

13     Q.    Let me ask you a different way.   What

14  damages did you suffer?

15         What have you suffered as a result of

16  Starbucks' actions?

17     A.    I've suffered a lot of emotional

18  distress.   I was always being exposed to

19  chemicals that -- pretty unexpected.   I had

20  numerous occasions of pesticides.   I would walk

21  into vapors when I wasn't prepared for it.   I

22  was walking in on, you know, chemicals dripping

23  from the ceiling at times.   I suffered

24  emotionally.   I was worried about people's

25  health.   I was worried about my own health, the

1          PAUL D'AURIA

2    long-term effects of chemicals.  I would worry

3    that if anybody ever sued Starbucks, I would --

4    you know, could lose my license or my

5    livelihood over the course of all those years

6    of those incidents.

7         Q.    During the times that you were

8    exposed to pest strips, did you see any doctors

9    because of that exposure?

10        A.    No.

11        Q.    Did you see any kind of healthcare

12   professional as a result of your exposure to

13   pest strips?

14        A.    No.

15        Q.    Did you see any psychologist or

16   psychiatrist or mental health worker as a

17   result of your --

18        A.    No.

19        Q.    -- exposure to pest strips or any

20   similar products?

21        A.    No, I did not.

22        Q.    Do you take any medicines,

23   prescription or over the counter, as a result

24   of your exposure to any chemicals while working

25   for Starbucks?

```
 1              PAUL D'AURIA

 2         THE WITNESS:  I'm going to call

 3     back in since you're still breaking up.

 4     I don't know if it's my phone or the

 5     connection.

 6         MR. WEBER:  I hear you fine.

 7     (Off the record to resolve a technical

 8     issue.)

 9 BY MR. WEBER:

10     Q.   You said you worked at Starbucks and

11 Le Pain Quotidien, where there were pest

12 strips.  Have you ever been in any other

13 restaurant or store that had pest strips in it?

14     A.   Not when I was working, no.

15     Q.   What about when you were not working?

16     A.   I once went into a pizzeria or a

17 cafe, and there was one hanging up in the food

18 area right above where everybody was standing,

19 eating.

20     Q.   What did you do when you saw it?

21     A.   Took a photo of it and reported it.

22     Q.   I'm sorry, took a photo and then

23 what?

24     A.   Took a photo and reported it to the

25 Department of Health.
```