# EXHIBIT E

1                    Costello

2   UNITED STATE DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   -------------------------------x
    RAFAEL FOX, PAUL D'AURIA and
4   JILL SHWINER,

5                Plaintiffs,

6        v.    Index No.: 1:19-cv-04650-AJN-SN

7   STARBUCKS CORPORATION d/b/a
    STARBUCKS COFFEE COMPANY,
8
                 Defendant.
9   -------------------------------x

10

11          KEITH OWEN COSTELLO

12            New York, New York

13         Wednesday, August 19, 2020

14

15

16

17

18

19

20

21

22   Reported by:  Steven Neil Cohen, RPR

23   Job No. 315674

24

25

1                   Costello

2      issue in a store the store is to rely on the

3      pest control company to follow that or to

4      service the issue.

5           Q.    Why did you interpret it as a

6      failure requiring coaching as to the manager

7      of the store in particular as opposed to any

8      other responsible party?

9                 MR. MOY:  Objection.

10                THE WITNESS:  Can you rephrase

11         the question?

12     BY MR. GRAFF:

13          Q.    You had mentioned it was --

14     presented a coaching opportunity for the

15     manager of the store.  What information, if

16     any, led you to conclude that the manager of

17     the store was responsible for presence of

18     the Hot Shot Strip?

19          A.    Our stores are required to call in

20     any pest activity in stores.  That is why we

21     hire pest control companies to service our

22     stores.  They are professionally licensed to

23     do that.  And those particular pieces of --

24     those No-Pest Strips are not to be used in

25     stores.

1                    Costello

2    stores?

3         A.    I don't know.

4         Q.    As far as you know would there be

5    any policy in effect at Starbucks at any

6    point during your employment that would have

7    prohibited any Starbucks personnel from

8    using company funds to acquire Hot Shots for

9    stores?

10        A.    That is not something that is part

11   of my department so I wouldn't be able to

12   comment on that.

13        Q.    So you don't have knowledge on

14   whether it is prohibited to use company

15   funds to buy Hot Shots for stores?

16        A.    I know that our policy is if there

17   is activity of pests in stores we have

18   licensed service providers, pest control

19   companies, that we contract to come in and

20   deal with that.

21        Q.    Do you have an understanding of

22   why it is that Hot Shots are not intended to

23   be used, for example, in Starbucks stores?

24        A.    Because we have companies that

25   come in and do that for us so, as I stated,

1                    Costello

2       A.    Ecolab, E-C-O-L-A-B.  Rentokil,

3    R-E-N-T-O-K-I-L, and Quality Assurance.

4       Q.    Any others?

5       A.    That's it.

6       Q.    Prior to receiving Mr. D'Auria's

7    statement or complaint did you believe that

8    those four pest suppliers were already

9    removing Hot Shot DDVP strips if they were

10   encountering them in stores?

11      A.    Yes.

12      Q.    As far as you know did any vendor

13   whether these or AVP or any other ever

14   itself place Hot Shot No-Pest Strips in

15   Starbucks stores?

16      A.    Yes.  I am aware of one incident.

17      Q.    Which -- what incident are you

18   referring to specifically please?

19      A.    Where a supplier was trying to

20   install pest strips in stores.

21      Q.    When did that incident happen?

22      A.    I can't recall specifically.

23      Q.    Who was the supplier?

24      A.    Ecolab.

25      Q.    Was that an incident with Ecolab

1             Costello

2    at one location or did it involve multiple

3    store locations?

4         A.   One location.

5         Q.   How did you become aware that

6    Ecolab was placing or seeking to place

7    No-Pest Strips?

8         A.   I was informed by one of my

9    facility service managers.

10        Q.   Who specifically?

11        A.   I believe it was Kim Healy at the

12   time.

13        Q.   What action if any did you take

14   after being informed by Kim Healy that

15   Ecolab was seeking to place No-Pest Strips?

16        A.   I had an immediate investigation

17   with Ecolab to understand if that in fact

18   was happening.  Found that it was and

19   immediately terminated them.  They lost 50

20   stores.

21        Q.   What, if any, justification or

22   explanation did Ecolab for its conduct in

23   placing Hot Shot No-Pest Strips?

24        A.   I don't recall.

25        Q.   As you sit here today to the best