# EXHIBIT F

1                    - RAMI KRANZ -

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    -------------------------------X

5    RAFAEL FOX, ET AL.,

6                   Plaintiffs,

7              v.               CIVIL CASE NO.

8                          1:19-CV-04650-AJN-SN

9

10   STARBUCKS CORPORATION,

11                  Defendant.

12   -------------------------------X

13   DATE:  September 15, 2020

14   TIME:  10:00 A.M.

15

16             VIDEOCONFERENCE DEPOSITION OF RAMI

17   KRANZ, pursuant to Notice, before Hope Menaker, a

18   Shorthand Reporter and Notary Public of the State

19   of New York.

20

21

22

23

24

25

```
1                  - RAMI KRANZ -

2    stores?

3         A.     Absolutely.  So in the food safety

4    manual, it states clearly that the store

5    manager or our partners are prohibited to use any

6    pesticides and that only the pest vendors can use

7    them.

8         Q.     Are there any exceptions to that

9    policy?

10        A.     I don't believe so, no.

11        Q.     Is the food safety manual something

12   that's made available to all store employees?

13        A.     Yes, it is.

14        Q.     As to the best of your memory as you

15   sit here today have any pesticides, to your

16   knowledge, been applied in Starbucks stores by

17   Starbucks personnel apart from the one Hot Shot

18   incident that you referred to?

19             MR. MOY:  Objection.

20        A.     So through my duties and my days with

21   the district managers we had seen from time to

22   time different types of products, yes.

23        Q.     What types of products, if you could

24   just name as many as you're aware of, that you are

25   aware have been used by employees in stores?
```

1                  - RAMI KRANZ -

2       consistent with Starbucks policy?

3                  MR. MOY:  Objection.

4           A.     Was I fully aware?  I was aware,

5       which is why I said I was wrong.

6           Q.     Well, why did you choose to direct

7       employees to use CB-80?

8           A.     Because I was trying to solve the

9       problem, but I did it in the wrong manner and I

10      learned my lesson from it.

11          Q.     Subsequent to that event, did you

12      ever have any communications with any Starbucks

13      employees about the use of CB-80 in Starbucks

14      stores?

15          A.     I have had communication with

16      Starbucks employees about the use of it and that

17      they shouldn't be using it.

18          Q.     What is the danger -- withdrawn.

19                 To your understanding, what is the

20      reason why CB-80 is not allowed in Starbucks

21      stores?

22                 MR. MOY:  Objection.

23          A.     Because Starbucks employees are not

24      allowed to use any pesticides according to the

25      food safety manual.

```
 1                    - RAMI KRANZ -

 2      facilities when it comes to pest issues.

 3           Q.    Was it your understanding that AVP

 4      was contracted to provide pest control services at

 5      certain Starbucks stores in Manhattan?

 6           A.    Yes, it was.

 7           Q.    Do you know during what period of

 8      years within your tenure they provided those

 9      services?

10           A.    I couldn't be -- I couldn't tell you

11      exactly what period.  I don't manage in those

12      facilities.

13           Q.    Who was the -- who do you believe is

14      the most likely person to have been responsible

15      for managing them in facilities, is there an

16      individual?

17                 MR. MOY:  Objection.

18           A.    It would have been the facility

19      manager and the senior facility manager.

20           Q.    In your role as quality assurance

21      director, did you ever provide instructions or

22      directions to AVP concerning how they do their

23      jobs?

24                 MR. MOY:  Objection.

25           A.    So I've -- I spoke with Jill quite a
```

```
 1                    - RAMI KRANZ -

 2      if we -- you know, we see a snap trap that gets

 3      caught in a broom, you know, when you're sweeping

 4      underneath.

 5          Q.     When that happens, is there any

 6      direction or guidance as far as what employees

 7      should due to notify anyone or there's just no

 8      policy there?

 9              MR. MOY:  Objection.

10          A.     So officially, no, there isn't.  What

11      I would coach is that just put it to the side and

12      leave a note for the pest vendors and let them

13      know, you know, where it is; and that's if we're

14      talking snap traps, just to be clear.

15          Q.     With respect to Hot Shots if an

16      employee at a store discovers that a Hot Shot is

17      present, do you know if Starbucks has any rules or

18      guidelines as to what that employee should do?

19          A.     There are no rules or guidelines

20      because we're not allowed to put the pesticide

21      there.

22          Q.     So if an employee sees that it is

23      there --

24          A.     Yes.

25          Q.     -- to your understanding is there a
```

1                    - RAMI KRANZ -

2        process they're supposed to initiate?

3             A.    I haven't seen a process officially

4        in any of the -- in any of the Starbucks

5        guidelines, no.

6             Q.    Have you ever given instructions to

7        employees as to how they should respond if they

8        discover such a device in their store?

9             A.    When asked by operations, my

10       advice has always been grab a rubbish bag, grab

11       the -- you know, the pesticide, put it in, you

12       know, holding the rubbish bag, tie a knot, and

13       dispose of it in the rubbish bin.

14            Q.    Are there any legal or Health

15       Department standards that bear on how to

16       permissibly safely dispose of Hot Shots?

17            A.    There are legal requirements, but not

18       Health Department requirements.  It's the Label

19       law.  So on the label of the product would tell

20       you how to dispose of them.

21            Q.    And you just referred to or used a

22       phrase "label law" and what are you referring to,

23       what is that phrase?

24            A.    On all pesticides, there's a label;

25       and any pest control technician, you know, when

```
 1                    - RAMI KRANZ -

 2      from my side of the story what I -- what I saw

 3      when I first started with Starbucks.  I can

 4      explain that, but I can't tell you what Stephen

 5      was writing.

 6           Q.    Of course I'm asking for what your

 7      interpretation was in your own mind as you read

 8      his words.

 9           A.    So facilities went through a change

10      around 2017, and what I mean by "a change" was

11      when I was started with Starbucks they -- they

12      didn't have the -- they didn't have the voice with

13      the operations team like QA did at the time.  So I

14      know that -- I know that, you know, especially

15      when it came to Health Department issues, you

16      know, I had more voice with operations, but that's

17      my side; so what he meant by "more weight" I'm not

18      sure, but I know what I saw when I first started.

19           Q.    Did you understand that Mr. Gallant

20      was asking you to do anything in particular?

21           A.    What I understood was Mr. Gallant

22      just wanted me to emphasize, you know, the point

23      that he made with the operation leadership team.

24      That was my understanding of it.

25           Q.    Did you do that?
```

```
 1                    - RAMI KRANZ -

 2        A.      Absolutely.  I -- I was on the

 3   leadership team every -- every week, so every

 4   Monday I met with the regional vice president and

 5   the four HDs at the time.  I'd -- the assistant

 6   was also there and I brought this up and I

 7   mentioned it; and then Ross also, you know,

 8   emphasized the point where he did not want to see

 9   anything and that's what started, you know,

10   everything.  That's what started me, you know,

11   joining the regional directors huddle with their

12   district managers and emphasizing the point and

13   then the regional director emphasizing it again on

14   top of me.

15              I also joined, you know, some

16   district manager huddles, not all of them, where

17   we emphasized the point to the store managers; and

18   I also included into the shift safety workshops

19   that I did once a month and we emphasized it there

20   as well.

21              So, I mean, the minute it was brought

22   to our attention, I mean, we really -- you know,

23   we really took it as very serious and we started

24   speaking to everyone, and I can tell you the

25   leadership team was all onboard about getting the
```

1                  - RAMI KRANZ -

2      message out and not to use this at all.

3          Q.     And within what period of time had

4      those actions resolved the problem of Hot Shots in

5      stores?

6                  MR. MOY:  Objection.

7          A.     I can't tell you.  It says Tuesday,

8      so it would have already started that following

9      Monday.  So I would have spoken to them, but the

10     official meeting would have been on Monday and

11     that's -- it just started and then every week,

12     I -- I was bringing it up just to make sure that

13     it was emphasized.

14         Q.     At some point in the course of doing

15     all of that emphasis, did you feel confident that

16     the message had gotten through and that the

17     problem was handled?

18         A.     I felt confident that the message had

19     got through.  That the problem was solved, I

20     can't -- I couldn't answer that because I don't go

21     into -- I'm confident that the message got

22     through.  I can't be confident that the problem

23     was resolved because I wasn't in every store to

24     follow up.  I was only in select           stores

25     with the district managers and some   direct --

 1                    - RAMI KRANZ -

 2      regional directors.

 3           Q.    Did you make any inquiries of anyone

 4      in operations or elsewhere at the company to

 5      ascertain whether --

 6                    MR. GRAFF:  Let's go off the record.

 7                    (Whereupon, a brief discussion was

 8           held off record.)

 9           Q.    Mr. Kranz, before the stretch break I

10      had been asking you whether you ever followed up

11      with operations management to determine whether

12      your efforts to spread the word about Hot Shots

13      had been successful.  Did you make such inquiries?

14           A.    Well, with the district managers I

15      spoke to them about it.  I spoke to -- with the

16      regional directors during our one on ones.

17           Q.    Did they advise you that Hot Shots

18      had been resolved as a going problem?

19                    MR. MOY:  Objection.

20           A.    They advised me that -- that they'd

21      been speaking about it and it was a priority to

22      them and that they'd been speaking about it with

23      their team and advised their team to keep, you

24      know, pushing it down all the way down to the

25      barista level and advised everyone it was not

1                    - RAMI KRANZ -

2      Starbucks standards to use them.

3           Q.     Was there ever any communication that

4      you were a part of about whether efforts that were

5      being made were sufficient to deter the misuse of

6      Hot Shots in stores?

7                    MR. MOY:  Objection.

8           A.     I remember one e-mail from Ron

9      Schuler who was a regional director that confirmed

10     that the message was being handed out; and it was

11     also not an e-mail, but in the leadership team,

12     you know, I also got confirmation that they'd been

13     mentioning it with their team every time the

14     regional directors were out in stores.

15          Q.     Do you have any information from any

16     source as to whether anyone at the company ever

17     conducted an investigation to determine the origin

18     of any particular Hot Shot in the Starbucks store?

19                   MR. MOY:  Objection.

20          A.     Can you just repeat that one more

21     time, please; do I have any --

22          Q.     I'll ask something different.  As

23     far as you know, did Starbucks ever identify

24     specifically any individual who had placed a Hot

25     Shot in a store?

1             - RAMI KRANZ -

2        A.     I don't recall, but it's -- I really

3   don't recall.  It's possible, but again I may have

4   been on an e-mail chain; but that's what I don't

5   recall.

6        Q.     Turning back into the document, we

7   had been looking at the e-mail that Jill Shwiner

8   sent on August 1st, 2016 that's on the second page

9   of this exhibit.

10       A.     Yes, 2016, here you go.  Yes.

11       Q.     Jill wrote -- in the first long

12  paragraph Ms. Shwiner wrote, "We occasionally find

13  them, Hot Shots, in some stores but recently there

14  has been an increase in the amount of stores we

15  find them in."

16              Mr. Kranz, did you ever reach out to

17  Ms. Shwiner to get any further information about

18  where she was finding Hot Shots?

19       A.     I have spoken to Jill about that and

20  Jill e-mailed me and we've spoken about it, yes.

21       Q.     Okay, and when you were forwarded

22  this e-mail where she said "recently there has

23  been an increase in the amount of stores we find

24  them in," did you discuss that specific statement

25  in her e-mail with her at or around the time you

1                  - RAMI KRANZ -

2       read it?

3            A.    I don't recall if I had a

4       conversation specifically regarding that with Jill

5       around that time.  I do recall, though, that I did

6       have a specific conversation about that with the

7       operation leadership team.

8            Q.    The next paragraph begins, "We

9       generally find them on top of the cabinets or

10      below the FOH counters."  In this context, do you

11      know what "FOH" refers to?

12           A.    Front of house.

13           Q.    On the occasion that you had been

14      relating when you were present and watched the

15      health inspector conduct an inspection in the

16      store, did the inspector get up on a ladder and

17      look above the tops of cabinets as part of the

18      inspection that you observed?

19           A.    The heath inspector had not gone on

20      top of ladders that I've ever seen.

21           Q.    What about under the front of house

22      sink; was any part of the inspection that you

23      observed focused on that?

24           A.    Absolutely.

25           Q.    After this e-mail, when is the next

```
 1                  - RAMI KRANZ -

 2      your tenure where you had encouraged CB-80,

 3      putting that aside --

 4                  MR. MOY:  Objection.

 5                  MR. GRAFF:  That wasn't a question.

 6          Q.      -- did you at any point yourself

 7      observe CB-80 present in any Starbucks store?

 8          A.      No, I haven't.

 9          Q.      Is that something you also check for

10      on your store visits?

11          A.      Part of our store visits and back

12      in -- prior to 2018 we were looking for

13      unauthorized -- like unauthorized chemicals, and

14      that's not just pesticides.  That could also be

15      Ice Melt that wasn't purchased from Starbucks, it

16      could be Apple Cider Vinegar.  Anything we haven't

17      purchased from Starbucks is considered an

18      unauthorized chemical.

19          Q.      Are you familiar with a product

20      called D-Force?

21          A.      Yes.

22          Q.      What is it?

23          A.      D-Force is very similar to CB-80 in

24      that it's an aerosol pesticide.

25          Q.      Did EcoSure ever in its audits make
```

1              - RAMI KRANZ -

2     president.  So again my role was coaching,

3     consulting on anything to do with cleanliness,

4     food safety, Health Department which also included

5     pests.

6              So, again, I was emphasizing, you

7     know, the point, right, and keeping the

8     communication fresh in everyone's mind to ensure

9     that our team knows this is not a Starbucks

10    protocol, right, and that we should not be using

11    it at all.  If they've got a problem, Starbucks

12    has the resources to fix the problem.  So if it's

13    a pest control problem, we've got vendors.  If

14    it's a facilities issue, we also have vendors and

15    handymen to come in and do that.  If it's a

16    cleanliness issue, you know, they've got that; an

17    HVAC issue, we've got people for that.  You know,

18    the store managers shouldn't be, you know, doing

19    this themselves.

20         Q.    The last thing you just said, "the

21    store managers shouldn't be doing this

22    themselves," what do you mean?

23         A.    Well, I mean the stores themselves,

24    the partners, right, shouldn't be taking this

25    under themselves as -- as per Starbucks' guidance

```
 1                    - RAMI KRANZ -

 2    sending it?

 3         A.    Yes, I brought it up to the

 4    leadership team like I was doing every week.

 5         Q.    To the best of your knowledge and

 6    information was there ever a systematic effort

 7    made to search through stores, locate any Hot

 8    Shots, and remove them in a systematic way all at

 9    once?

10              MR. MOY:  Objection.

11         A.    Systematic way all at once, no, I

12    cannot answer that; but what I can say is that

13    through the communication from the leadership team

14    and through my in-field days with the district

15    managers and the regional directors, there was

16    very high awareness on the Hot Shots and while the

17    operations was in stores they were looking for

18    them.

19         Q.    Again, is it the case that you have

20    no information as to whether operations ever

21    reached any conclusion as to the source of any

22    particular Hot Shots?

23              MR. MOY:  Objection.

24         A.    It's very difficult to answer because

25    for argument sake the Hot Shot that I found two,
```

1              - RAMI KRANZ -

2         Q.     Are there specific individuals who

3    were the regional directors in 2017 for Starbucks?

4         A.     Yes.  So if we look at Exhibit Kranz

5    15, if you look at the e-mail that I sent out to

6    it says it lists the regional directors and the

7    regional vice presidents.

8         Q.     That's very helpful, thank you.

9                Would those be the individuals who

10   you would have had in mind to send this next

11   e-mail to?

12        A.     Yes.

13        Q.     Do you know what, if anything, was

14   actually done in response to your e-mail?

15        A.     Can you clarify that; what was done

16   by who?

17        Q.     By the regional managers in response

18   to your e-mail which was prompted by Jill's report

19   here.  Do you know what happened after you sent

20   your e-mail?

21        A.     Yes.  So, again, I would have

22   mentioned it in the leadership team meeting on

23   Monday, which would have been the following

24   Monday.  They would have mentioned it in their

25   huddles with their district managers and then

1                    - RAMI KRANZ -

2    was going to reiterate the message again with his

3    district managers, right, and that -- you know,

4    reiterate the message that it's not going to

5    be -- that it's not a Starbucks standard, right,

6    and that we should not be using it at all.

7         Q.    Are there other Starbucks standards

8    that are violated without disciplinary

9    consequences, that you're aware of?

10                   MR. MOY:  Objection.

11        A.    No, I don't know anything about

12   disciplinary actions because, again, it's not part

13   of my role and responsibility and I'm not privy to

14   that information.

15        Q.    When we have been talking about the

16   policy and how you've reiterated it that Hot Shots

17   aren't to be used, to be completely clear your

18   understanding was that it was a mandatory policy,

19   not like an advisory guideline; is that fair?

20        A.    Yes, it's a Starbucks standard

21   written in the food safety manual.

22        Q.    I've just posted a document, Kranz

23   Exhibit 44.  It's a one-page document Bates

24   numbered DEF 27788.

25                   (Whereupon, Kranz Exhibit 44 was

 1              - RAMI KRANZ -

 2              MR. MOY:  Objection.

 3         A.    Without checking the inspection

 4    report, I don't recall.

 5         Q.    Could I ask you to read the last full

 6    sentence.

 7         A.    "Please, I ask again for our

 8    partners' safety, health, and brand (protecting A

 9    grade) pass on this message onto the DM, SM and

10    have them all removed."

11         Q.    To the best of your knowledge, did

12    the message get passed on and lead to all of the

13    Hot Shots being removed?

14         A.    To the best of my knowledge, the

15    communication was -- you know -- cascaded down.  I

16    know that they were looking for Hot Shots; and the

17    district managers and regional directors when they

18    were in stores, I know they were taking it very

19    seriously.

20              Were all of them removed, I can't

21    tell you if all of them were removed because I

22    don't know if they found everything; but I know

23    they were actively looking for it and taking it

24    very seriously.

25         Q.    You had mentioned before that you did

```
 1                  - RAMI KRANZ -

 2    or dictionary meaning that it holds for you --

 3              MR. MOY:  Objection.

 4         Q.     -- personally?

 5              MR. MOY:  Objection.

 6         A.     Again, it was just a phrase that I

 7    was using.  It was not meant to -- meant to mean

 8    anything else, you know, no other meaning.  It was

 9    just letting Jill know that I was going to be

10    talking to the leadership team and that we're

11    taking it very seriously.

12         Q.     What, if anything, did you do in

13    connection with this after you sent the e-mail?

14              MR. MOY:  Objection.

15         A.     So again at the leadership team

16    meetings on Monday, you know, I mentioned it to

17    them.  Ross again reiterated the importance of it.

18    The regional directors, you know, again agreed

19    and, you know, understood the importance of it;

20    and also agreed to continue talking to their team

21    and cas -- cascade it all the way down the barista

22    level.

23         Q.     What, if anything, to your

24    understanding was done that had not already been

25    done before by you or the leadership team in
```

```
 1                    - RAMI KRANZ -

 2      connection with this e-mail?

 3                MR. MOY:  Objection.

 4           Q.    I can ask the question differently.

 5      Back to the last sentence that you wrote that

 6      we've been looking at, at the beginning it says "I

 7      can have another talk with the team and stress the

 8      importance of breaking this habit."  Had you

 9      previously had a talk with the team where you

10      stressed the importance of not using Hot Shots?

11           A.    I had previously talked to the team

12      about stressing the importance, right, of not

13      using any pesticides, yes.

14           Q.    How many times prior to this had you

15      had such discussions with the team?

16           A.    I couldn't recall an exact number,

17      but it had been multiple times.

18           Q.    Would you be able to say if it was

19      more or less than ten?

20           A.    I'll be guessing --

21                MR. MOY:  Objection.

22                Rami, give me an opportunity to

23           object.

24                THE WITNESS:  Sorry.

25                MR. MOY:  All right, go on.
```

1                    - RAMI KRANZ -

2          A.     Nothing different, just reiterating

3     the importance of it and reiterating the

4     importance of cascading it down to that their team

5     and getting the communications down to everyone

6     and ensuring that everyone understood.

7          Q.     So on the multiple prior occasions

8     when you had the discussion, was it your

9     understanding that the information was pushed down

10    cascading to the teams and understood?

11         A.     Not only was it understood by me, but

12    I'd also personally seen it too.

13         Q.     Other than what's written here, did

14    you have any further followup with Ms. Shwiner

15    about this issue?

16              MR. MOY:  Objection.

17         A.     Again, it's a possibility because I

18    spoke with Ms. Shwiner numerous times over the

19    phone.  Not just always through e-mail, sometimes

20    even texts as well.  So I can't tell you what

21    followup I had with this, but I'm sure there was

22    some.

23         Q.     Is there anything else beyond what

24    you did that you believe you could have done to

25    address the ongoing recurrence of Hot Shots in the

1                - RAMI KRANZ -

2       stores?

3                MR. MOY:  Objection.

4       A.      So in my role and responsibility I

5       believe that I was doing everything that I could,

6       okay, in my power at Starbucks to communicate, to

7       coach, to consult the operations team.

8       Q.      Do you believe that the operations

9       team should have done anything different or

10      additional beyond what it did to address the

11      problem?

12               MR. MOY:  Objection.

13      A.      Again, I can't talk about the

14      operations team because I wasn't privy to

15      everything that they did.

16      Q.      When you had another discussion with

17      the operations team about the subject, did you ask

18      them to look into how it was that Hot Shots were

19      becoming present in their stores, if any were

20      present?

21      A.      So during our conversations we

22      reiterated that AVP and specifically Jill, right,

23      had contacted me, right, and we reiterated the

24      importance of our partners following our

25      standards.

1              - RAMI KRANZ -

2    team meeting.  So it's the weekly meeting that the

3    leadership team gathers around.

4         Q.    And I think we've touched on it, but

5    could you by position identify the participants in

6    a normal weekly leadership meeting?

7         A.    Yes.  Back when Ross was in charge

8    and the regional vice president it was the

9    regional directors, it was QA, and sometimes

10   facilities.  When Tracy came onboard, she also put

11   in a lot of the other cross-functional teams so

12   there was design, there was construction, there

13   was real estate, facilities was there, QA was

14   there, the PNAP was there; so -- yep.

15        Q.    And the format for these meetings

16   would typically be a conference call or something

17   else?

18        A.    No, it was a in-person meeting, but

19   it could also be -- you could also dial in.

20        Q.    In connection with this specific

21   meeting, were you in person or on the phone?

22        A.    I was on the phone with this.

23        Q.    Did you have a pre-drafted list of

24   points or talking points or notes about what you

25   were going to say on the call on this subject?

```
 1                  - RAMI KRANZ -

 2         A.    I believe I did, yes.

 3         Q.    If -- when you refer -- sorry.  On

 4    the e-mail on the first page on the second half

 5    from you to Tracy Gaven-Bridgeman on January 23rd,

 6    2018, when you write "I did elaborate during the

 7    call" and then you put these bullet points, is it

 8    your testimony these bullet points are a summary

 9    of what you communicated orally during the call?

10         A.    My testimony will be that this is a

11    summary of the highlights of some of the things

12    that I mentioned during the call, not everything.

13         Q.    How -- in terms of the organization

14    or that agenda for the meetings do you have a

15    regular speaking slot, is there a particular role

16    that you play in addressing the group?

17         A.    So this is a new -- so this is a

18    leadership team meeting, so they do a business

19    update and then everyone -- they do a round-robin,

20    so everyone gets a chance to talk.

21         Q.    And would this have been -- would

22    this have been something that you communicated to

23    the group during your slot to speak in the

24    rotation?

25         A.    Yes, it would have.
```

1              - RAMI KRANZ -

2     regarding the use of pesticides; and obviously at

3     that time I had not been hearing of the, you know,

4     Hot Shots or other pesticides being used, so my

5     opinion was that it was improving.

6          Q.    During what period of time did you

7     believe that it was improving versus being

8     constant or getting worse, like what is the date

9     range of time that you're referring to, if you're

10    able to express it that way in the sentence?

11              MR. MOY:  Objection.

12         A.    So the date would be the first time

13    Jill brought it to our attention to that

14    particular time.

15         Q.    Do you remember what month or year

16    Jill first brought it to your attention?

17         A.    I remember it being 2016.

18         Q.    So from 2016 until January 23rd,

19    2018, do you believe that the situation with Hot

20    Shot use was improving in stores?

21         A.    From my notes here, yes.

22         Q.    And that's based on reports or

23    information communicated to you about the

24    existence of Hot Shots in stores?

25         A.    What reports are you referring to?

1                  - RAMI KRANZ -

2      not what Kim was writing up; but sharing is the

3      sharing her thoughts on the business from

4      Rockefeller Center.

5          Q.     Thank you.  Thank you.  I wasn't sure

6      if sharing meant something beyond that.

7          A.     No.

8          Q.     In the parenthetical at the end of

9      the sentence that she writes she says, "(Jasmine

10     similar to" I guess the store number and address.

11     Do you have any information about what she's

12     referring to there, is the reference familiar?

13         A.     This reference isn't jogging my

14     memory, but again, you know, it's -- it's over two

15     years ago now.

16         Q.     Apart from what's in this e-mail, did

17     you ever give any direction to Ms. Healy or

18     anybody in facilities about how to handle Hot

19     Shots if they discovered them?

20             MR. MOY:  Objection.

21         A.     So again, you know, I've been asked,

22     you know, by some of the -- again, I can't, you

23     know, remember who exactly, you know, a safe way

24     of disposing of them.  So my personal opinion was

25     to -- like I mentioned prior, was to grab a

```
 1              - RAMI KRANZ -

 2    rubbish bag, invert it, grab the Hot Shot, pull it

 3    through, tie a knot and dispose of it in the

 4    rubbish bin.

 5         Q.    It appears that Ms. Healy sent a

 6    followup e-mail on April 13th at 7:40 p.m. and

 7    that you then responded to her followup e-mail; is

 8    that how you're reading the chain?

 9              MR. MOY:  Objection.

10         Q.    Another way to ask it:  Your e-mail

11    at the top of the page to, what e-mail below were

12    you responding?

13         A.    So, yup, I was responding back to

14    Kim, Kim Healy.

15         Q.    What did you write?

16         A.    I wrote "Thank you, Kim.  I'll

17    discuss with leadership team."

18         Q.    Did you discuss it with the

19    leadership team?

20         A.    Yes.  If I said to Kim I'll discuss

21    it then, yes, I would have.

22         Q.    Do you know whether the leadership

23    team or any members of the leadership team decided

24    to take any action based on the information?

25              MR. MOY:  Objection.
```

1                  - RAMI KRANZ -

2                  Mr. Kranz, is it your understanding

3      that you've been designated by the defendant to

4      testify about that subject?

5          A.     Yes.

6          Q.     Did you do any preparation work in

7      particular to obtain more information about this

8      specific subject?

9                  MR. MOY:  Objection.

10         A.     No, I didn't.

11         Q.     The line here refers to your

12     "communications with representatives of AVP"?

13         A.     Uh-huh.

14         Q.     We touched on Jill Shwiner and Paul

15     D'Auria.  Have you had any communications with

16     anyone else at AVP, as far as you know?

17         A.     Not that I know of.  Jill was my main

18     contact at AVP.

19         Q.     And the sentence where it ends it

20     says, "as well as the initiatives and actions

21     undertaken to remediate the same."  What

22     initiatives were undertaken to remediate the use

23     of DDVP or Hot Shots in Starbucks stores?

24         A.     So my initiatives and actions

25     undertaken -- because I can discuss what I did, I

1                  - RAMI KRANZ -

2    can't discuss what the operations team did; but I

3    brought it to the operations team's attention via

4    e-mails and in-person meetings at the New York

5    Metro leadership team meetings.  I made them aware

6    via the huddles that I joined and mentioned in the

7    huddles, and then had the regional director or the

8    leader of that team reiterate the message and to

9    make -- to emphasize that message; and I also

10   added it to our shift supervisor workshop so that

11   we could get a broader range and get it, you know,

12   to more people as well and more partners within

13   the New York Metro area.

14       Q.    When it refers here to the actions

15   undertaken to remediate DDVP or Hot Shot use in

16   Starbucks stores, is that any different than the

17   initiatives that you were just describing?

18       A.    No, it's one and the same.

19       Q.    You have no information about what

20   operations did with the information that you

21   provided to them, beyond hearing it from you?

22       A.    I only have knowledge of what

23   operations did when I observed it during the

24   huddles and when I observed it in the field.

25   Outside of that I have no -- you know, I had no