# EXHIBIT H

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3                        -  -  -
     RAFAEL FOX, et al.,      ) CIVIL DIVISION
 4                            )
           Plaintiffs,        ) NO. 1:19-CV-04650-AJH-SN
 5                            )
                              )
 6                            ) REMOTE VIDEO CONFERENCE
                              ) DEPOSITION OF
 7      -vs-                  ) LESLIE FABLE
                              )
 8                            ) Filed on Behalf of the
                              ) Plaintiffs
 9                            )
     STARBUCKS CORPORATION,   ) Counsel of Record For
10                            ) This Party:
           Defendant.         )
11                            ) Ariel Graff, Esq.
                              ) Filosa Graff
12                            ) 111 John Street
                              ) Suite 2510
13                            ) New York, NY 10038

14

15

16

17
                              -  -  -
18

19              CONFIDENTIAL TRANSCRIPT

20

21

22   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING
23   AGENCY

24

25
```

1    BY MR. GRAFF:

2         Q.   Thank you.

3              As a district manager in Tribeca,

4    did you hire any store managers?

5         A.   No.

6         Q.   Did you fire any store managers?

7         A.   Yes.

8         Q.   How many?

9         A.   One.

10        Q.   What store?

11        A.   West Broadway and Leonard.

12        Q.   And who was the manager who you

13   fired at that location?

14        A.   William Banfield.

15        Q.   Do you know how he spells his last

16   name?

17        A.   B-A-N- -- no, I -- I'm going to

18   try -- F-I-E-L-D is what -- it might be a

19   different spelling.

20        Q.   Was he in place as a store manager

21   at that location when you became district

22   manager?

23        A.   Yes.

24        Q.   Well, when -- was it your decision

25   ultimately to terminate Mr. Banfield?

1       A.    No, it was a partnership through an
2    investigation for time manipulation.
3       Q.    When did you first become aware of
4    anything to do with potential time manipulation
5    at Mr. Banfield's store?
6       A.    During a pre-planned in visit, I was
7    going through his daily records book and
8    checking his system, and I noticed that there
9    were some inconsistencies with the times that
10   it was -- he was paying to his partners.
11      Q.    I want to kind of dig into that a
12   lot more, but first, just for terminology, what
13   is the daily records book that you're referring
14   to?
15      A.    That's the book that we use for --
16   partners can punch in it.  It's almost like a
17   store manager readiness book.  They -- they --
18   they capture milks, milk count, temperatures
19   and any daily activity would be captured in
20   that book.  Any paid outs, paid-in receipts,
21   all goes inside of the daily record book.
22      Q.    When you refer to paid in and outs
23   receipts, would that cover things like
24   purchases with the store P-Card?  Is that part
25   of the same daily book?

1      A.   It would be a part of the same daily

2   book.  Mostly you'll see electronic tips in

3   that book.  That's what we use it for most of

4   the time.  Mileage.  If someone is going to

5   drive from one store to the next, they would

6   capture milage as well in here.

7      Q.   And is the daily book that you're

8   referring to entirely on paper or is there some

9   part of it that's electronic?

10     A.   It's on paper.

11     Q.   So you explained that you were going

12  through the daily book at Mr. Banfield's store,

13  what part of it or sections of it were you

14  reviewing specifically when something came to

15  your attention as suspicious?

16     A.   I was using the daily records book

17  in accordance to his actual time card -- I can

18  log into the store managers, in that store,

19  their time card.  If a partner would capture,

20  hey, I worked on Monday, September 28th, from

21  you 12:00 to 4:00, it should reflect in the

22  system.

23          I don't remember exactly what jumped

24  out, but it was something at the time and it --

25  it was a flag that I had to look into some

1 more.

2 Q. Was the time clock manipulation to
3 increase the hours worked or paid for to
4 Mr. Banfield or did it affect other employees
5 in his store?

6 A. It affected other employees within
7 that store.

8 Q. So when something first caught your
9 eye in the daily book and comparing it to the
10 electronic time records, what's the next thing
11 that happened in the process?

12 A. I reached out to my partner
13 resources manager at the time. I don't
14 remember his name, he's -- he's no longer with
15 the company. And I also reached out to, I
16 believe it was the -- I don't remember, the
17 analyst from the fraud teams name, for some
18 support looking into punches.

19 Q. When you reached out to those two
20 individuals, did you call them or write to them
21 or something else?

22 A. I called them.

23 Q. Did you take any notes on those
24 calls?

25 A. I don't remember.

1         Q.   What, if anything, did the partner

2    resource manager say when you called him or

3    her?

4         A.   He advised -- he advised me to reach

5    out to the contact at the time -- don't

6    remember her name -- from the fraud team, and I

7    reached out to her and, you know, asked that

8    she, you know, just look into punches, then we

9    started an investigation from that place as she

10   looked into the punches.

11             When she looked into the punches, I

12   sat with William a couple of times to interview

13   him around the -- what, you know, what -- what

14   happened, and then we -- we kind of went from

15   there.

16        Q.   And another question just on

17   terminology.  You referred to the fraud team,

18   that -- that's a new term for me.

19             What is your understanding of what

20   the fraud team is, if you could explain it?

21        A.   I -- I say the fraud team because

22   that's what I remember.  This -- this -- this

23   team, I would have to look for the correct

24   name, but they do deal with register

25   manipulation, anything to deal with time cards,

1          A.    No.

2          Q.    Were you part of any meeting where a

3    decision was made to -- as to how to respond to

4    the findings?

5          A.    Can you clarify that?

6          Q.    I'll withdraw that question.

7                After sharing your findings with the

8    partner resources manager and providing a

9    summary or a recap to regional director

10   Ms. Ruffin, what's the next thing that

11   happened?

12         A.    William Banfield was then separated

13   from Starbucks.

14         Q.    As far as you know, who decided to

15   separate him?

16         A.    The facts.

17         Q.    Who was the decisionmaker who

18   ultimately decided to respond to the fact

19   findings with termination?

20         A.    You know, it was a partnership

21   between myself, the district manager, the

22   partner resource manager, and the regional

23   director.

24         Q.    To your understanding as a district

25   manager in the Tribeca region, did you have the

1    investigation into William's clock

2    manipulation?

3        A.   That was it.

4        Q.   As far as you know, is there a

5    particular department or position at Starbucks

6    that would generally be responsible for

7    reconciling any wage manipulation that impacted

8    partners?

9        A.   No.

10       Q.   Is there any particular department

11   or position that you're aware of at Starbucks

12   that is responsible for any kind of backpay

13   corrections generally for partners?

14       A.   No, no department I know, no.

15       Q.   Who replaced William as store

16   manager at the West Broadway and Leonard

17   location?

18       A.   Rafael Fox.

19       Q.   Were you aware of who Mr. Fox was

20   prior to Mr. Banfield's termination?

21       A.   Yes.

22       Q.   When did you first encounter

23   Mr. Fox?

24       A.   When I became the district manager

25   for Tribeca.

1      Q.   Was he a store manager in your
2   district?
3      A.   Yes.
4      Q.   What store did he manage at that
5   time?
6      A.   The location on Broadway and Canal.
7      Q.   Did you have interaction with
8   Mr. Fox and the store that he managed when you
9   were district manager in Tribeca?
10     A.   Yes.
11     Q.   Could you describe the nature of any
12  kind of regular contact that you would have
13  with him as part of your job?  That is, would
14  you visit him on a regular schedule?  Would you
15  see him at fixed meeting points?
16     A.   Yes, all of the above.  It would be
17  observing coach visits, district huddles,
18  planning with intent meeting and, you know, any
19  partner development conversation that happens a
20  couple of times a year.
21          Yeah, for the most part, that's --
22  that's what the visits would look like.  If I
23  didn't mention, also, observing coach visits.
24  I think I just shared that, that that's our
25  regular cadence we, as a district manager,

1    would get to stores once or twice a month.

2        Q.    How long -- if you can't answer as a

3    fixed number, then just let me know.  But

4    generally, how long would store visits be when

5    you were the district manager and Mr. Fox was

6    the manager at Broadway and Canal?

7        A.    I don't know.

8        Q.    Would there be a checklist or any

9    fixed agenda that you would go through on your

10   regular visits?

11       A.    It would depend on the nature of the

12   visit.

13       Q.    Did you come to form any opinion of

14   Mr. Fox's performance as manager based on your

15   encounters with him at the Broadway and Canal

16   store?

17       A.    He was a manager.  No, no personal

18   opinions, no.

19       Q.    Did you ever have any conflict or

20   problems with Mr. Fox?

21       A.    No.

22       Q.    Were you involved in the decision to

23   relocate Mr. Fox from Broadway and to Canal --

24   Broadway and Canal to West Broadway and Leonard

25   as the replacement for William Banfield?

1        A.    Can you ask the question again?

2        Q.    Were you involved in picking Mr. Fox

3   to replace Mr. Banfield?

4        A.    I was involved, yes.

5        Q.    What was your involvement in that?

6        A.    Bringing his name up to the table

7   during the partner planning meeting with my

8   regional director.

9        Q.    Was it just you and Ms. Ruffin, the

10  regional director in that meeting?

11       A.    No.

12       Q.    Who else was a part of that meeting?

13       A.    The rest of the area, all the

14  district managers.

15       Q.    And how many district managers were

16  there in her area?

17       A.    I don't remember at the time.

18       Q.    Would you be able to say if it was

19  more or less than a dozen?

20       A.    Less than a dozen.

21       Q.    When you say that you mentioned his

22  name in the context of one of those meetings,

23  what, if anything, did you say about Mr. Fox?

24       A.    The store -- that location needed a

25  store manager, the district I took over, most

1    of our store managers were newer-in-role.  We

2    go after two year stability.  Rafael worked in

3    the Broadway and Canal location at the time, I

4    want to say, very close to 20 years.

5               So when we were looking for a store

6    manager would suit to at least with stability

7    within a space, Rafael was one of the first

8    options and Rafael also needed a change of

9    venue.  He's been in that -- that store for a

10   very long time.  Yeah.

11        Q.   Could you explain a little bit more

12   why the length of his tenure in that store

13   leads you to believe that he needed a change of

14   venue?

15               MS. GOLDSTEIN:  Objection.

16               THE WITNESS:  Yeah.  A store

17   manager in a -- let's speak about, you know,

18   Rafael in a store.  Rafael is -- his

19   performance was just middle of the pack.  He

20   wasn't leading the way and, you know, I felt

21   like I just -- just through walkthroughs and

22   partner planning visits.  He was very

23   comfortable in his store and he needed a change

24   of venue.

25   BY MR. GRAFF:

1      Q.   Does Starbucks have any formal

2   policy or written guideline about desiring to

3   shift store managers around ever few years to

4   different change of venue?  Is that something

5   that's an affirmative practice that you're

6   aware of?

7              MS. GOLDSTEIN:  Objection.

8              THE WITNESS:  No.

9   BY MR. GRAFF:

10     Q.   Apart from mentioning Mr. Fox's name

11  in a district meeting, what else, if any,

12  involvement did you have in the decision to

13  transfer him to the Broadway and West

14  Leonard -- West Broadway and Leonard location?

15     A.   There was nothing else.

16     Q.   Do you know who's decision it was?

17  Like, who made the final decision to transfer

18  him?

19     A.   Yes, it was the regional director,

20  Carla Ruffin.  She would sign off on a decision

21  like that that's moving a store manager from

22  one location to the next.

23     Q.   Did you see or are you aware of any

24  E-mails concerning the decision to transfer

25  Mr. Fox to that location?

1  had done?
2              MS. GOLDSTEIN:  Objection.
3              THE WITNESS:  I don't know.
4  BY MR. GRAFF:
5      Q.   Okay.  As a district manager --
6  withdrawn.
7           Are you still a district manager for
8  the Tribeca region?
9      A.   No.  I left Tribeca in 2017.
10     Q.   What's the region that you were
11 transferred to next?
12     A.   I am in District 2040.  I'm still in
13 Area 146, Region 7.
14     Q.   Got it.
15          And does District 2040 have a
16 geographic name or title?
17     A.   Yes, it's Brooklyn East.  It's
18 Downtown Brooklyn in the Greenpoint area.
19     Q.   Was it your decision to transfer
20 from that -- that Tribeca to Brooklyn East in
21 2017?
22     A.   No, it was a -- you know, I want to
23 say it was a -- more so of a promotion to the
24 Brooklyn area.  We were opening a community
25 store, I was raised in Brooklyn, and it just --

1    it worked.
2        Q.    When you say "promotion," are you
3    referring to it just from your personal
4    preference --
5        A.    Yes.
6        Q.    -- vantage?  Okay.
7        A.    Yes.
8        Q.    Did you have any role in selecting
9    the individual to replace you as district
10   manager of the Tribeca district?
11       A.    No.
12       Q.    Do you know who selected you -- who
13   was selected to replace you?
14       A.    Who was selected to replace me?
15       Q.    Or who replaced?
16       A.    Yes, Tim Hutchinson.
17       Q.    Is Tim Hutchinson somebody who you
18   had encountered previously during your
19   employment?
20       A.    No.  He was a peer of mine, but no.
21       Q.    You said that "he was a peer of
22   yours," what do you mean by that?
23       A.    We were both district managers.
24       Q.    In your experience at Starbucks, is
25   the term "peer" something that's used by others

1    that you've noticed to refer to peer district
2    managers specifically?  Is that like a special
3    term in the Starbucks lingo?
4         A.   No.
5         Q.   Okay.
6         A.   I could -- I could have said he was
7    a partner of mine.
8         Q.   Okay.
9         A.   But he was just in a different
10   district.
11        Q.   Got it.
12        A.   We worked in the same area, that's
13   why I said the word "peer," because we -- we
14   shared the same area.
15        Q.   That's very helpful.  Thank you.
16        A.   Yep.
17        Q.   Do you have any information about
18   why it was that Tim Hutchinson in particular
19   was chosen to replace you?
20        A.   No.
21        Q.   Did you have any involvement in
22   transitioning him into to the Tribeca district?
23        A.   Yes.
24        Q.   Could you explain what that process
25   was?