# EXHIBIT I

```
 1                    - TIM HUTCHINSON -

 2    UNITED STATES DISTRICT COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    -------------------------------X

 5    FOX, ET AL.,

 6                   Plaintiffs,

 7              v.              CIVIL CASE NO.

 8                         1:19-CV-04650-AJN-SN

 9

10    STARBUCKS CORPORATION,

11                   Defendant.

12    -------------------------------X

13    DATE:  September 1, 2020

14    TIME:  10:00 A.M.

15

16              VIDEOCONFERENCE DEPOSITION OF TIM

17    HUTCHINSON, pursuant to Notice, before Hope

18    Menaker, a Shorthand Reporter and Notary Public of

19    the State of New York.

20

21

22

23

24

25
```

1            - TIM HUTCHINSON -

2    I was going to be running two of them, not that I

3    knew it at the time.

4         Q.    Could you describe generally what

5    your duties and responsibilities were as a

6    district manager in the SoHo district?

7         A.    I'm the full P&L owner responsible

8    for managing that business with a business owner

9    mindset.

10              I was responsible for the day-to-day

11   operations, the people and partners in those

12   stores, the concerns they had, customer issues,

13   safety.  That was the bulk of my -- my

14   responsibility.

15              We also had responsibility to our

16   peers and to our regional director.

17        Q.    Were your duties as a district

18   manager in SoHo substantially the same as the

19   duties in TriBeCa?

20        A.    They were largely the same, yes.

21        Q.    At what point in time did you

22   transition from SoHo to TriBeCa?

23        A.    Either late November or early

24   December of 2017.

25        Q.    Do you have an understanding of what

1                     - TIM HUTCHINSON -

2       occasioned your transferring at that time?

3            A.      My transfer was more a byproduct of

4       someone else's transfer.  We were opening a new

5       store in Brooklyn, a community store.  There was a

6       district manager at the time running TriBeCa who

7       grew up in that area, so there was strong intent

8       on having a district manager in that community

9       store and the district surrounding it with someone

10      who grew up in that area and was familiar with it.

11              So moving that district manager

12      created a -- a kind of a domino of three district

13      managers changing districts.

14           Q.      Who preceded you as district manager

15      in the SoHo district?

16           A.      Oh, I can't remember her name.

17      Raina.  Her first name was Raina.  I can't

18      remember her last name.

19           Q.      Do you have an understanding of why

20      it was that her position became available at the

21      time that you were made district manager at that

22      district?

23           A.      She accepted another position in the

24      organization.

25           Q.      Who did you report to as your

         1                - TIM HUTCHINSON -

         2    immediate supervisor in the SoHo district?

         3         A.    Carla Ruffin.

         4         Q.    Was she the -- withdrawn.

         5               What was Ms. Ruffin's title at the

         6    time you reported to her?

         7         A.    Regional director.

         8         Q.    Was she the regional director for a

         9    specific region?

        10         A.    Yes.

        11         Q.    What region?

        12         A.    Again, it had an official

        13    designation.  I'm not sure what that number is,

        14    but she oversaw Staten Island, Brooklyn, and

        15    Downtown Manhattan.

        16         Q.    Did you have any other direct

        17    supervisors, apart from Ms. Ruffin at SoHo?

        18         A.    No.

        19         Q.    Who did you report to as your

        20    immediate supervisor in TriBeCa?

        21         A.    Initially and for most of the time I

        22    was there, it was still Carl Ruffin until she

        23    retired.

        24         Q.    Following her retirement, who did you

        25    begin to report to?

1                  - TIM HUTCHINSON -

2       going on with them, what had gone on recently, the

3       state of the partners.

4            Q.     As far as you know, were the partners

5       whose pay was negatively impacted by Will repaid

6       whatever monies they were owed by Starbucks?

7                  MS. GOLDSTEIN:  Objection.

8            A.     My understanding is yes.

9            Q.     To your understanding, had all of the

10      employees in Will's former store who were owed any

11      money already been paid what they were owed at the

12      time that you became district manager in TriBeCa?

13                 MS. GOLDSTEIN: Objection.

14           A.     To my understanding, yes.

15           Q.     Did you ever speak with Mr. Fox about

16      anything concerning unpaid wages that might be

17      owed to employees who used to work in that store?

18           A.     Please say that again.

19                 MR. GRAFF:  Could the court reporter

20           read it back.

21                 (The question requested was read back

22           by the reporter.)

23           A.     We had a discussion about -- not --

24      not unpaid wages, no.

25           Q.     Did Mr. Fable or anyone else indicate

1                    - TIM HUTCHINSON -

2      to you, what individuals had overseen any

3      investigation into time clock or wage manipulation

4      by former manager Will?

5                    MS. GOLDSTEIN: Objection.

6           A.     To my recollection, Les indicated to

7      me that he had -- he had done a fair amount of the

8      investigation and he probably involved some

9      additional resources and also leveraged Rafael Fox

10     as well.

11          Q.     In what sense did he leverage Rafael

12     Fox, as you understand it?

13          A.     You would have to ask Less.  I know

14     that -- I don't know anything specifically because

15     it was all apparently done by the time I got

16     there.

17          Q.     What was it that Les said to you

18     about Rafael Fox concerning this issue?

19          A.     That all of it had been taken care

20     of.  I was told that there had been an issue.  It

21     had been thoroughly researched and it had all been

22     taken care of and resolved.

23          Q.     Did you ever see any documentation

24     concerning the resolution of any wage issues

25     involving Will?

1                    - TIM HUTCHINSON -

2        Q.     Other than Less and Rafael, did you

3   have any communication about that subject with

4   anyone else?

5        A.     Not that incident.  The subject

6   itself, time clock manipulation, is something

7   that's often spoken about as part of the job.

8        Q.     When you mentioned a moment ago that

9   you might have communicated about it with Rafael

10  Fox, do you actually remember that you did have a

11  communication with him or you're putting it out

12  there as a possibility, but you're not sure?

13       A.     No, I did have a conversation with

14  Rafael.

15       Q.     Where were you located when you had

16  that conversation?

17       A.     I was in the store, West Broadway and

18  Leonard.

19       Q.     Why were you in the store at that

20  time?

21       A.     I don't remember the purpose.  I

22  don't remember if I came there because Rafael

23  asked me or if I was there on a store visit.  It

24  was -- it was a part of my job.  I don't remember

25  specifically, though.

1                    - TIM HUTCHINSON -

2          Q.     And what was it that Rafael said to

3     you in that communication?

4          A.     Rafael had brought to my attention

5     that he was concerned that there were additional

6     people who had not been paid correctly based on

7     research that he had done beyond research that was

8     done for this incident we've been talking about.

9          Q.     Did he provide you with any details

10    or documentation of his research?

11         A.     I was -- I was in the store with him

12    for quite a while and he walked me through

13    the -- the time -- or the time and attendance

14    software at the time, presumably the same as is

15    represented in those exhibits.  He was walking me

16    through exception reports.  He had a lot of -- a

17    lot of documentation that he had printed out,

18    notes that he had taken.  I don't remember

19    specifically, but we spent quite a bit of time

20    walking through it.

21         Q.     When you say "quite a bit of time,"

22    could you approximate in minutes or hours?

23         A.     Maybe two hours.

24         Q.     Do you remember the approximate date

25    when you had that discussion with Mr. Fox?

1                  - TIM HUTCHINSON -

2          A.     I don't.  I don't have the

3    approximate date.  It would have been in the first

4    30 to 60 days that he and I worked together

5    because we really only worked together for maybe

6    three months give or take, but it was -- it

7    was -- it was very early on.  It was probably in

8    the first 30 days, the first couple of visits I

9    did to the store.

10         Q.     How did you respond to Mr. Fox when

11   he presented you with this evidence from his

12   research?

13                MS. GOLDSTEIN:  Objection.

14         A.     Well, it got my attention.  It was

15   concerning.  Any time that somebody's pay is

16   missing, it -- it's concerning so I had a lot of

17   questions.  I wanted to make -- I wanted to

18   understand what he had done and how he arrived at

19   some of the concerns he was expressing.

20         Q.     Did you get responsive answers and

21   information to your questions?

22         A.     It was difficult getting answers

23   because the system the -- the issues that Rafael

24   was bringing to my attention weren't with

25   employees of that store; they were with people who

1                    - TIM HUTCHINSON -

2      had worked at that store as borrowed employees

3      going back quite some time period.  It was -- I

4      don't remember exactly, but it -- it was a long

5      time period that he had looked at and the -- the

6      reports he was pulling were -- they were flagging

7      time clock issues.

8                    And again sitting and understanding

9      these things -- the reports were showing errors in

10     time clocks, so somebody clocking out and

11     forgetting to clock back in on break or somebody

12     forgetting to click in or out at all, which is not

13     terribly uncommon; but the -- the question that

14     couldn't be answered was does this indicate the

15     person wasn't paid properly because these -- these

16     people were employees of other stores and those

17     issues are normally resolved by their home stores

18     and when that occurs you don't have visibility to

19     it in the borrowed store system.  He was -- he was

20     generating reporting and using that system for

21     something that it really wasn't designed for.

22     That kind of transparency isn't designed for a

23     gatekeeping function; it's designed so that we can

24     share partners.  But resolving pay issues were

25     always done at home stores.  But I was concerned;

1                  - TIM HUTCHINSON -

2        I was concerned.

3            Q.     Did you direct Mr. Fox to take any

4        further action of any sort after your meeting?

5            A.     No.  I ex -- expressly asked

6        him -- I, you know, thanked him for the work that

7        he had done, but encouraged him to focus his time,

8        effort, energy on the role that he was occupying

9        as a store manager; and that -- that I would do

10       some additional research on my own to make sure

11       that I was thinking about it correctly, but

12       ultimately what he was showing me were time clock

13       errors that wouldn't at all show they were fixed.

14       These were normal things that were done.

15                 Had it been just the employees in

16       that store and there were issues, then

17       that's one thing; but these were people who

18       weren't -- weren't a part of that store.  So just

19       because they had a time clock issue in that store

20       doesn't mean there was any issue with their pay

21       and you would have no visibility to know whether

22       or not it had been taken care of and they'd been

23       paid properly.

24           Q.     After meeting with Mr. Fox what, if

25       any, further action did you take to look into what

1                     - TIM HUTCHINSON -

2     he had showed you?

3          A.     So I went back into the resource

4     manual we had for the system to make sure that my

5     understanding was correct and then -- I don't

6     remember who I asked, but it was one of my peers

7     and it really was -- I didn't seek them out for

8     the purpose; we were together either for a meeting

9     or something and I -- I just wanted to clarify my

10    understanding which was hey, a store manager

11    showed me in the system these time clock errors to

12    borrowed employees but it was going way back, like

13    that doesn't mean that they weren't paid correctly

14    and if they been resolved it wouldn't show in the

15    system; and that was confirmed to me and I just

16    moved past it at that point because the -- the

17    system just really wasn't designed for that.

18         Q.     Who is the peer with whom you had

19    that communication that you just described?

20         A.     I don't even remember.  I don't

21    recall.

22         Q.     Did you discuss Mr. Fox's report and

23    investigation with Carla Ruffin?

24         A.     No, I - -it was a nonissue for me at

25    that point.

1                    - TIM HUTCHINSON -

2        A.    I would never speak about -- as an

3    agent of the company, if someone called me about a

4    reference for somebody I worked with prior I

5    wouldn't speak about work performance.  I wouldn't

6    speak about anything work related.

7        Q.    What sort of thing would you speak

8    about that would fall within that category of a

9    permissible personal reference?

10       A.    Depends on what I was asked.  I would

11   answer the questions that were asked of me.

12       Q.    You can put aside the document.

13             Earlier we had talked about the

14   concern that Mr. Fox raised with you and you had

15   met in the store and gone over documentation about

16   potentially unpaid wages to certain workers.  Do

17   you recall that discussion?

18       A.    I recall the discussion yes.

19       Q.    I know you couldn't quite remember

20   definitely who you may or may not have spoken with

21   about that issue.  My question now is:  Is it

22   possible that you at any point discussed it with

23   Tina McDonald?

24       A.    No.

25       Q.    Is it a possibility you would have

1                - TIM HUTCHINSON -

2    had some communication about it with Carla Ruffin?

3        A.    No.

4        Q.    Do you remember who you did have a

5    communication with about that?

6        A.    No.  It was a peer.  It was a peer;

7    somebody that was familiar with the system that

8    could confirm my understanding, just to make sure

9    I wasn't missing something.

10       Q.    At this point since it's been a few

11   hours since it first came up, are you able to

12   recall the identity of the peer specifically?

13       A.    No.

14       Q.    Can you recall any identifying

15   details about that peer?

16       A.    No, I don't know that I even

17   mentioned specifically it was Rafael that had

18   brought it to me.

19       Q.    You don't remember either way?

20       A.    I couldn't say one way or another.  I

21   really was just asking for confirmation of my

22   understanding that the system showing flags of

23   time clock errors and its meaning and, really, I

24   just spoke about the system.  I don't recall

25   details, but was a nonissue.

1                    - TIM HUTCHINSON -

2          Q.     Did you at some point become aware

3     that a complaint had been filed concerning Fair

4     Workweek practice at Mr. Fox's --

5          A.     Yes.  Sorry.

6          Q.     -- store?

7          A.     Yes, sir, I did.

8          Q.     How did you first become aware that?

9          A.     I can't really remember truthfully.

10    I -- I don't remember if I got a call from Carla

11    or if notification showed up in the store.  I

12    don't -- I don't remember how I first learned it.

13         Q.     Do you remember at what point in time

14    you first learned of it?

15         A.     No.  I mean -- sometime between early

16    December, 2017 and February, 2018.  I -- I don't

17    really recall.

18         Q.     What, if anything, is the first

19    involvement that you can remember having in

20    connection with that complaint?

21         A.     I don't really remember my first

22    involvement.  The first thing I recall after

23    becoming aware of the complaint was becoming aware

24    that some audits were being done in my stores.

25         Q.     Who was conducting those audits?

1                    - TIM HUTCHINSON -

2          A.     I believe it was Tina McDonald.

3          Q.     Did you participate with Tina

4     McDonald at all in her --

5          A.     No, I didn't.

6          Q.     Did you know who it was who was

7     conducting those audits at your stores?

8          A.     Yes.

9          Q.     Was that Tina McDonald?

10          A.     Yes.

11          Q.     To the best of your knowledge, what

12     was Tina McDonald actually doing?

13          A.     She was reviewing our compliance

14     practices and knowledge and engagement of the

15     store managers related to the recent change in New

16     York Labor Law.

17          Q.     What stores specifically was she

18     auditing -- or a different question, was she

19     auditing all of the stores in your district?

20          A.     I wasn't aware at the time of all the

21     stores she had audited or was going to audit.  I

22     remember two stores for sure, but there could have

23     been more and I don't know if she did more after

24     that.

25          Q.     Which two stores do you remember?

1              - TIM HUTCHINSON -

2         A.     The store on 32 Avenue of Americas

3    and West Broadway and Leonard.

4         Q.     I think we already identified West

5    Broadway and Leonard as the store that Mr. Fox was

6    manager for.  Who was the manager at the 32 Avenue

7    of the Americas store?

8         A.     Kamilla Dorner Jeffers.

9         Q.     As far as you know, did Ms. McDonald

10   Donald audit those two stores that you do remember

11   at or around the same time?

12        A.     I believe those were done at about

13   the same time and maybe more.  I -- I don't recall

14   specifically.

15        Q.     Do you recall at what point in time

16   those audits took place?

17        A.     I don't.

18        Q.     Did Ms. McDonald interview you at all

19   in connection with her audits?

20        A.     She didn't interview me.  I wasn't --

21   honestly, I wasn't even aware that they were going

22   to happen.  I became aware after they were

23   happening and had happened.

24        Q.     Who made you aware?

25        A.     The store manager would send me a

1              - TIM HUTCHINSON -

2      message and say hey, Tina was here or just in

3      conversation said oh, by the way, Tina was here.

4      I found out the day that she was out doing the

5      audits and I don't remember specifics.  I probably

6      reached out to her and told her to let me know if

7      she needs anything or if she wanted any assistance

8      from me, but I don't remember specifically the

9      communication.  I wasn't really a part of the

10     audits.

11          Q.     Did you ever visit any stores

12     together with Tina in connection with those

13     audits?

14          A.     Not during that time period.  We had

15     spent time in the field on other occasions.

16          Q.     Just to be clear; when you say not at

17     that time period, did you at any time period

18     participate with Ms. McDonald in connection with

19     the audits on Fair Workweek compliance?

20          A.     No.

21          Q.     Were you ever provided any

22     information about the findings of Ms. McDonald's

23     audits?

24          A.     I was -- I'm trying to remember.  I

25     was given general feedback about the compliance

1                    - TIM HUTCHINSON -

2        and the one thing that really I remember that

3        stands out to me, I mean, there were no stores

4        perfect, but there were significant concerns

5        primarily with West Broadway and Leonard both in

6        the findings of the audit as well as Rafael's

7        knowledge, forthrightness, participation with the

8        audit; but I was not given specific examples or

9        details at that time.

10            Q.    Were you ever given further details

11       about the audit and its conclusions specifically

12       as to West Broadway and Leonard or Mr. Fox's role

13       in the audit?

14            A.    No, sir.

15            Q.    As best you remember, I know you have

16       only a general understanding, is there anything

17       else that was concluded with respect to Mr. Fox or

18       his store that you haven't already referred to

19       today or described?

20            A.    No.

21            Q.    Were you given any metrics or hard

22       data as to compliance issues in particular stores?

23                  MS. GOLDSTEIN:  Objection.

24            A.    No.

25            Q.    Did you decide to terminate Mr. Fox's

1                  - TIM HUTCHINSON -

2    employment?

3         A.     That decision was not made by me.

4         Q.     So far as you know, who made that

5    decision?

6         A.     I don't know everyone that was

7    involved or a part of that decision-making.  I was

8    instructed to deliver the separation.

9         Q.     Who instructed you to do that?

10        A.     I don't remember specifically.  It

11   would have come either from Carla or from our

12   partner resources director, Rachel.

13        Q.     And what was it that they directed

14   you to do or deliver in connection with the

15   separation?

16        A.     They said based on the results of

17   whatever investigation audits, the decision had

18   been made to separate Rafael.  The separation

19   notice had been drafted and it was being sent to

20   me to deliver and separate his employment.

21        Q.     Did you have any reaction at all when

22   you were given that instruction?

23             MS. GOLDSTEIN:  Objection.

24        A.     I don't -- I don't want to comment on

25   my reaction.  I can't remember specifically what

```
 1                  - TIM HUTCHINSON -
 2      given to you?
 3           A.    Not that I recall.
 4           Q.    Did you have any questions about how
 5      to go about the process of effectuating the
 6      termination once you had the notice in hand?
 7           A.    I don't think I had any questions.  I
 8      followed our standard protocol.
 9           Q.    And how did you go about effectuating
10      the termination?
11           A.    I reached out to a peer to come and
12      accompany me as a witness, which was a normal
13      practice.  I had been a witness at another store
14      manager's separation.  I printed -- the separation
15      notice itself gives you certain documents to print
16      and tells you exactly what to say.  I -- I
17      followed that exact procedure.
18           Q.    How long did the separation meeting
19      take?
20           A.    I don't remember specifics, but it
21      wasn't that long.  Maybe fifteen --
22           Q.    When --
23           A.    Maybe fifteen minutes to thirty
24      minutes, maybe.
25           Q.    Where did the meeting take place?
```

1                    - TIM HUTCHINSON -

2         A.     In the back room of the West Broadway

3    and Leonard store.

4         Q.     Who was that peer who you brought as

5    a witness?

6         A.     Another district manager, Amanda

7    Perstac.

8         Q.     Was there any particular reason why

9    you selected her?

10        A.     I don't remember why I selected her

11   at the time.  I -- I don't remember.  Actually,

12   she was -- at the time, she was the district

13   manager for the district that was adjoining mine

14   so geographically she would have probably been the

15   closest.

16        Q.     Was it your choice to have Amanda

17   Perstac as a witness or did somebody instruct you

18   to have her?

19             MS. GOLDSTEIN:  Objection.

20        A.     No, that was me.  That was my choice.

21        Q.     Did you at any point in time ever

22   receive any more detailed information concerning

23   the finding of any audits into Fair Workweek

24   compliance in your district?

25             MS. GOLDSTEIN: Objection.

```
1                      - TIM HUTCHINSON -

2          p.m.

3                  MS. GOLDSTEIN: Sounds good.

4                  THE WITNESS:  Okay.

5                  (Whereupon, there was a brief recess

6          in the proceedings.)

7          Q.    Mr. Hutchinson, did you communicate

8    with anyone other than counsel during the break?

9          A.    No.

10         Q.    Do you read anything during the

11   break?

12         A.    No.

13         Q.    During your tenure as a district

14   manager in New York, did you ever make the

15   decision yourself to terminate any store manager?

16         A.    I did not.

17         Q.    Did you ever provide input into the

18   decision to terminate a store manager?

19         A.    I did not provide input on any store

20   manager who was separated.

21         Q.    Is it your understanding that you

22   would be eligible for reemployment at Starbucks

23   were you to seek to become reemployed there?

24                 MS. GOLDSTEIN:  Objection.

25         A.    I don't know that I'm allowed to
```