# EXHIBIT L

| | |
|---|---|
| From: | "Donna, Peter (DCA)" |
| Date: | Wednesday, January 2, 2019 at 10:52:15 AM Eastern Standard Time |
| To: | "Rafael Fox" |
| Cc: | |
| Subject: | RE: Rafael Fox/yesterday's meeting |

Good morning Mr. Fox,

We actually just received a signed copy of the CO this morning and it has been fully executed. It might take a week or so to register fully in the Department's records but as previously discussed, we have reached a final resolution with Starbucks.

Best regards,

-Peter

**From:** Rafael Fox [mailto:rafaelfox@gmail.com]
**Sent:** Wednesday, January 2, 2019 10:39 AM
**To:** Donna, Peter (DCA) <PDonna@dca.nyc.gov>
**Cc:** Ari Graff <agraff@filosagraff.com>
**Subject:** Re: Rafael Fox/yesterday's meeting

Good morning Investigator Donna,

I apologize for asking again, but is the final settlement completed with Starbucks, so I can FOIL request? I realize that investigations are time intensive, but we are about 52 weeks since the beginning (January 5th 2017), and when we last spoke in person 10.24.2018, you said the conclusion was approximately a month away, although I followed up by email 11.23.2018, and you replied that you are finalizing the settlement agreement, and you would inform me upon completion. Thank you so much for your time.

Sincerely,

Rafael Fox

On Mon, Nov 26, 2018 at 9:44 AM Donna, Peter (DCA) <PDonna@dca.nyc.gov> wrote:

> Good morning Mr. Fox,
>
> We are currently still in the process of finalizing the settlement agreement. Once this is completed I will follow up to inform you when it is executed.
>
> Best,
>
> -Peter

**From:** Rafael Fox [mailto:rafaelfox@gmail.com]
**Sent:** Friday, November 23, 2018 5:37 PM
**To:** Donna, Peter (DCA) <PDonna@dca.nyc.gov>; Ari Graff <agraff@filosagraff.com>
**Subject:** Re: Rafael Fox/yesterday's meeting

Hello Investigator Donna,

I am writing in regards to the investigation you conducted of Starbucks and the Fair Workweek Laws. Per our discussion on 10.24.2018, you stated that the investigation was ongoing, but that you estimated it would be completed in one month. Are you able to confirm whether your work has been completed, so I could file a FOIL request with the DCA? Thank you for your time.

Sincerely,

Rafael Fox

On Thu, Oct 25, 2018 at 11:32 AM Donna, Peter (DCA) <PDonna@dca.nyc.gov> wrote:

> Good morning Mr. Fox,
>
> Unfortunately the only information I can provide to third parties such as yourself and Mr. Graff in regards to ongoing investigations/settlements is when they are concluded. After which you are free to resubmit your FOIL request.
>
> Best,
>
> -Peter
>
>
> **From:** Rafael Fox [mailto:rafaelfox@gmail.com]
> **Sent:** Thursday, October 25, 2018 10:35 AM
> **To:** Donna, Peter (DCA) <PDonna@dca.nyc.gov>
> **Subject:** Rafael Fox/yesterday's meeting
>
> Good morning Investigator Donna,
>
> Thank you for taking time to meet with me yesterday.
>
> My lawyer, Ariel (Ari) Graff, wanted me to share with you that he is available to you if he can be of any assistance, and he would also like to be informed of the outcome, as well as provided with any information regarding the case, once it is available.
>
> Ari cooperated with your office on a matter about 18 months ago, so you and your

office may already be familiar with him. His contact information is Agraff@filosagraff.com and (212) 203-3473.

Sincerely,

Rafael Fox
(917) 747-4423
rafaelfox@gmail.com