# EXHIBIT 6

1                         Costello

2    UNITED STATE DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------x
     RAFAEL FOX, PAUL D'AURIA and
4    JILL SHWINER,

5                   Plaintiffs,

6         v.    Index No.: 1:19-cv-04650-AJN-SN

7    STARBUCKS CORPORATION d/b/a
     STARBUCKS COFFEE COMPANY,
8
                   Defendant.
9    ------------------------------x

10

11            KEITH OWEN COSTELLO

12             New York, New York

13         Wednesday, August 19, 2020

14

15

16

17

18

19

20

21

22   Reported by:  Steven Neil Cohen, RPR

23   Job No. 315674

24

25

1                        Costello

2          A.    I couldn't recall, I don't know.

3          Q.    Do you believe you were already

4     aware of Hot Shots before you became a

5     facilities services manager?

6          A.    I don't know.

7          Q.    Did you at some point --

8     withdrawn.

9               Were you ever informed that Hot

10    Shot Strips were deployed in any Starbucks

11    stores in the New York region?

12         A.    Yes.

13         Q.    When did you first learn of that?

14         A.    Well, I -- when I was an FSM I had

15    encountered a few found in stores.

16         Q.    A few Hot Shots devices found in

17    Starbucks stores in New York?

18         A.    Yes.

19         Q.    When you say "a few," could you

20    approximate how many such devices you

21    uncovered as a facilities manager?

22         A.    I don't know how many devices.

23    When I said "a few" it was just -- I was

24    aware of just a few stores when I was an

25    FSM.

1                    Costello

2        Q.    Were you aware of it in specific

3    stores or just generally that they were out

4    there in a few stores?

5        A.    I can't remember specific stores

6    but when I was in a store visiting the store

7    they were -- I found them.

8        Q.    At the time that you first found

9    Hot Shot in a Starbucks store did you

10   already upon seeing it already know what it

11   was?

12       A.    Yes.

13       Q.    What, if anything, did you do when

14   you first encountered a Hot Shot Strip in a

15   store?

16       A.    So my immediate steps were to

17   remove it from the store and then at that

18   point it was a coaching moment with the

19   store manager.

20       Q.    Why was your immediate response to

21   remove it?

22       A.    Because that device is not

23   something that our pest control companies

24   are allowed to put in the stores.  And those

25   devices -- and if there is any pest control

```
 1                    Costello

 2      issue in a store the store is to rely on the

 3      pest control company to follow that or to

 4      service the issue.

 5          Q.   Why did you interpret it as a

 6      failure requiring coaching as to the manager

 7      of the store in particular as opposed to any

 8      other responsible party?

 9              MR. MOY:  Objection.

10              THE WITNESS:  Can you rephrase

11      the question?

12   BY MR. GRAFF:

13          Q.   You had mentioned it was --

14      presented a coaching opportunity for the

15      manager of the store.  What information, if

16      any, led you to conclude that the manager of

17      the store was responsible for presence of

18      the Hot Shot Strip?

19          A.   Our stores are required to call in

20      any pest activity in stores.  That is why we

21      hire pest control companies to service our

22      stores.  They are professionally licensed to

23      do that.  And those particular pieces of --

24      those No-Pest Strips are not to be used in

25      stores.
```

```
 1                    Costello

 2        Q.    Is there a particular store --

 3   just to clarify.  Are we talking about a

 4   specific instance that you can actually

 5   recall when you first encountered Hot Shots

 6   in a store, threw it out and coached the

 7   manager?

 8        A.    I can't remember a specific store,

 9   no.

10        Q.    Do you remember the name of any

11   specific manager?

12        A.    No, I cannot.

13        Q.    When you refer to responding by

14   coaching the manager was that you who

15   conducted the coaching or something else?

16        A.    It was myself coaching and just

17   advising that those are not to be used in

18   stores and if they are found they need to be

19   discarded from the store.

20        Q.    Over the course of your employment

21   at Starbucks in New York on how many

22   different occasions did you become aware

23   that stores had Hot Shot Strips present in

24   the stores?

25        A.    I can't recall.
```

1                    Costello

2         Q.    Would you be able to fairly

3     estimate if it was more or less than 100

4     times?

5              MR. MOY:  Objection.

6     BY MR. GRAFF:

7         Q.    If you can't -- if that would be a

8     total guess then just tell me.  I don't want

9     you to take wild guesses.

10         A.    Yes, I mean it is a total guess.

11     I couldn't tell you, you know, I couldn't

12     tell you how many.

13         Q.    Has the rate at which you have

14     detected or been informed of Hot Shot Strips

15     in stores fluctuated at all over the course

16     of your tenure, that is, was it more common

17     at one point and less common at other

18     points?

19              MR. MOY:  Objection.

20              THE WITNESS:  Could you rephrase

21         the question?

22     BY MR. GRAFF:

23         Q.    Was it your perception that you

24     would at some periods of time encounter Hot

25     Shots with greater frequency than you did at

```
 1                    Costello

 2     other periods of time or was it kind of an

 3     even pace over the past years?

 4          A.    I think there was a higher

 5     frequency at I guess different points in

 6     time.

 7          Q.    Did you attribute the higher

 8     frequency at those points to any particular

 9     causes either way?

10          A.    No.

11          Q.    Were you curious as to why you

12     seemed to find more of them at certain

13     periods of time than at other periods?

14          A.    No.  My job as a facilities

15     service manager was if I found them to

16     remove them and then advise.

17          Q.    To whom would you be advising?  Is

18     there a particular position or rank at the

19     company who would be responsible for their

20     following up?

21          A.    That would be operations.

22          Q.    Has it been your impression that

23     operations has generally been effective at

24     remediating instances of Hot Shots in

25     stores?
```

August 19, 2020                                    64

```
 1                    Costello

 2           MR. MOY:  Objection.

 3           THE WITNESS:  I can't comment on

 4      that.

 5  BY MR. GRAFF:

 6      Q.    Did you ever wonder where the Hot

 7    Shots are being acquired from?

 8      A.    No.  It never crossed my mind.

 9      Q.    Did you ever wonder who was paying

10    for them?

11      A.    No.

12      Q.    Did you ever ask anybody if they

13    knew who was paying for these Hot Shots that

14    you periodically became aware of in stores?

15           MR. MOY:  Objection.

16           THE WITNESS:  No.

17  BY MR. GRAFF:

18      Q.    Did anyone ever tell you any

19    information about the source of the monies

20    that was used to acquire Hot Shots in

21    Starbucks stores?

22      A.    No.

23      Q.    As you sit here today do you know

24    one way or another whether Starbucks ever

25    paid for the Hot Shots that you found in
```

```
 1                      Costello

 2     stores?

 3          A.    I don't know.

 4          Q.    As far as you know would there be

 5     any policy in effect at Starbucks at any

 6     point during your employment that would have

 7     prohibited any Starbucks personnel from

 8     using company funds to acquire Hot Shots for

 9     stores?

10          A.    That is not something that is part

11     of my department so I wouldn't be able to

12     comment on that.

13          Q.    So you don't have knowledge on

14     whether it is prohibited to use company

15     funds to buy Hot Shots for stores?

16          A.    I know that our policy is if there

17     is activity of pests in stores we have

18     licensed service providers, pest control

19     companies, that we contract to come in and

20     deal with that.

21          Q.    Do you have an understanding of

22     why it is that Hot Shots are not intended to

23     be used, for example, in Starbucks stores?

24          A.    Because we have companies that

25     come in and do that for us so, as I stated,
```

```
 1                        Costello

 2                  (Three-page document and picture

 3          of Hot Shot No-Pest Strip product

 4          information was marked Costello Exhibit 1

 5          for identification)

 6      BY MR. GRAFF:

 7          Q.    Please let me know you if you are

 8      able to see the pdf document in the chat

 9      window that has just come up titled

10      "Costello 1."

11          A.    Okay, I see it.

12          Q.    Are you able to open that file?

13          A.    Yes, I have it open.

14          Q.    Can you please, I don't want to

15      rush you, if you could just take a minute to

16      look at the pages and let me know when you

17      have chance to see what it is?

18                  MR. MOY:  I am sorry.  Can

19              you -- I am having problems

20              downloading this document.  I guess it

21              is trying save to a place where I have

22              no authorization to save a pdf.

23                  Apologies.  I got it.

24      BY MR. GRAFF:

25          Q.    Mr. Costello, have you had a
```

1                    Costello

2      those devices are not to be used by our --

3      there is an approved product that the pest

4      control companies can use in stores because

5      they are licensed so by default if there is

6      an approved product and we find something in

7      there that is not part of that approval list

8      then it should not be in there.

9           Q.   Hot Shots are not on the approved

10     list even for pest control experts; is that

11     correct?

12               MR. MOY:  Objection.

13               THE WITNESS:  That is correct.

14   BY MR. GRAFF:

15           Q.   Is it your understanding that the

16     unauthorized use of Hot Shots poses a risk

17     to the health and safety of people in

18     Starbucks stores when the Hot Shots are in

19     place?

20               MR. MOY:  Objection.

21               THE WITNESS:  Yes.

22               MR. GRAFF:  I am going try to

23          post an exhibit.  The court reporter

24          will later mark it as Costello Exhibit

25          1.

Costello

1                              Costello

2       chance in the meantime to take a look at

3       what the document is?

4            A.    Did you want me to read

5       everything, all -- all three pages?

6            Q.    Not to study every word but just

7       so that you are confident that you see what

8       is there and I am not misdirecting.  If you

9       need to look at it more closely in response

10      to any question you can have time to do that

11      too.

12           A.    Okay.

13           Q.    Do you recognize what is depicted

14      in this exhibit in the three pages?

15           A.    Yes, I do.

16           Q.    What is it?

17           A.    It is a picture of Hot Shot

18      No-Pest Strip product information.

19                MR. MOY:  Sorry, to interrupt.

20                I don't see a Bates number.  Did

21           you produce this document?

22                MR. GRAFF:  I think it is

23           produced as attachments.  It is also

24           directly on the web site which is

25           cited in the complaint if you need to

```
 1                     Costello

 2          get to the source.

 3               MR. MOY:  Okay.  I just want a

 4          clarification --

 5               MR. GRAFF:  It might have been

 6          converted to black and white which is

 7          why I am using that color picture

 8          instead of that production picture.

 9    BY MR. GRAFF:

10          Q.    On the second page of the

11    document, Mr. Costello, do you see there is

12    a graphic "Stop, read entire label before

13    use."  And below that it says "Directions

14    for use."

15          A.    Yes, I see that.

16          Q.    The very first sentence in that

17    paragraph states, "It is a violation of

18    federal law to use this product in a manner

19    inconsistent with its labeling."

20               Mr. Costello, as you sit here

21    today do you have any reason to believe that

22    that statement on the label is not correct?

23               MR. MOY:  Objection.

24               THE WITNESS:  I don't have any

25          working knowledge of the -- of federal
```

1                    Costello

2        law in regards to this.

3    BY MR. GRAFF:

4        Q.    Do you see lower down on that page

5     there is that graphics and one of them at

6     the right is a picture with a circle and a

7     red line through it?

8        A.    Yes, I see that.

9        Q.    The text below that states, "For

10    use in unoccupied areas, not for use in

11    homes except garages, attics, crawl space

12    and sheds occupied by people for less than

13    four hours per day."

14           Do you have any of reason to

15    question whether that is an accurate

16    statement on the label?

17           MR. MOY:  Objection.

18           THE WITNESS:  No, I don't.

19    BY MR. GRAFF:

20       Q.    If you need to take a moment to

21    look at the balance of the document my

22    question will be whether you have any

23    information or reason to believe that any of

24    the statements about the product and its

25    label are not accurate statements of fact?

```
 1                    Costello

 2             MR. MOY:  Objection.

 3             THE WITNESS:  Could you rephrase

 4       the question again?

 5   BY MR. GRAFF:

 6       Q.   I will withdraw the question and

 7     ask it in a different way.

 8             As you sit here today do you have

 9     any reason to believe that the statements on

10     the Hot Shot label are factually accurate?

11             MR. MOY:  Objection.

12             THE WITNESS:  No, I do not.

13   BY MR. GRAFF:

14       Q.   Has anyone ever told you that the

15     labeling on the Hot Shots is overly alarmist

16     or does not need to be taken literally?

17       A.   No.

18       Q.   Has anyone ever told you or

19     communicated to you that the manner in which

20     Hot Shots have been used in Starbucks stores

21     during your employment is safe and does not

22     create a risk of harm to people?

23             MR. MOY:  Objection.

24             THE WITNESS:  No.

25
```

```
 1                      Costello

 2   BY MR. GRAFF:

 3        Q.    I will close that document.

 4              MR. GRAFF:  I am going to be

 5        posting another document.  This one is

 6        labeled Costello Exhibit 2.

 7              (One-page document bearing Bates

 8     number DEFO1371 was marked Costello Exhibit

 9     2 for identification)

10              MR. GRAFF:  It is a one-page

11        document bearing Bates number

12        DEFO1371.

13              THE WITNESS:  Okay.  I have it

14        open.

15   BY MR. GRAFF:

16        Q.    If you could take a moment to look

17     at it and let me know when you have had a

18     chance to see what it is?

19        A.    Okay.

20        Q.    Do you recognize this document as

21     an e-mail chain of which you were copied on

22     some parts?

23        A.    Yes, I see it is an e-mail chain.

24        Q.    If I could direct your attention

25     first to the last e-mail on this page it has
```

```
 1                      Costello
 2     got the header "On November 22, 2016 at
 3     7:24, Carla Ruffin wrote."
 4              Do you see that e-mail?
 5        A.    Yes.
 6        Q.    Do you believe you received and
 7     read this e-mail around the time it was
 8     sent?
 9        A.    I don't recall.
10        Q.    The third sentence of the body of
11     that e-mail states, "What are drastic
12     measures we can take to get rid of the
13     problem?"
14              As you sit here today does that
15     refresh your memory, do you have an
16     understanding of whether you thought you
17     knew what Ms. Ruffin was referring to by
18     that language?
19              MR. MOY:  Can you point me to
20         that again?  Where in the document?
21              Oh, sorry.  I see it.
22     BY MR. GRAFF:
23        Q.    So my question, Mr. Costello, when
24     she was asking for -- suggested drastic
25     measures to take did you have any
```

1                        Costello

2      understanding of what she was thinking?

3           A.    No, I do not.

4           Q.    The next e-mail above this would

5      you agree you recognize it as an e-mail that

6      Rami Kranz sent in response to Carla's

7      e-mail on November 22nd, 2016 at 8:36 a.m.?

8           A.    I see that it is an e-mail that

9      Rami sent, yes.

10          Q.    Do you know Rami Kranz?

11          A.    I do.

12          Q.    Do you know him -- strike that.

13                Who do you know him to be?

14          A.    Rami is our manager for quality

15      assurance.

16          Q.    Do you have any personal

17      relationship with him outside of work?

18          A.    No, I do not.

19          Q.    Did you speak to Rami Kranz about

20      anything in Carla's e-mail or in his e-mail

21      in response to her?

22          A.    I can't recall a conversation

23      about this particular e-mail.

24          Q.    Was it your understanding that it

25      was part of Rami Kranz's job to be

August 19, 2020                          75

```
1                    Costello

2     responsible for overseeing the permissible

3     use of pesticides in Starbucks stores?

4          A.    Can you say the question again?

5          Q.    Earlier you had indicated I

6     believe that that is QA's responsibility to

7     deal with misuse of pesticides in stores.

8               My question now is whether Rami

9     Kranz, who has the title manager, quality

10    assurance, is an individual who you believe

11    was responsible for supervising the use of

12    pesticides by employees in Starbucks stores?

13         A.    Our quality assurance department

14    approves what product -- what cleaning

15    products can be used in stores.  Rami does

16    not oversee what is used for any pesticides

17    in stores.

18               Our policy is for licensed pest

19    control companies to use -- to be dispatched

20    in order to service stores that are having

21    pest activity.

22         Q.    We can put aside that document.

23               MR. MOY:  Just a heads-up, I

24         think Starbucks legal counsel will be

25         joining us around 12:00 so I would
```

1                    Costello

2          like to take a break, just to give you

3          a FYI, we might need a break around

4          then.

5                  THE WITNESS:  Can I request a

6          lunch break at that time, at noon?

7                  MR. GRAFF:  Yes, that is fine.

8                  THE WITNESS:  Okay.

9                  MR. GRAFF:  We will try to

10         finish a minute before noon just so

11         she is not calling in on the record.

12                 MR. MOY:  Hopefully she will

13         give me a heads-up that I can just

14         alert you in case you are in the

15         middle of a question and answer.

16     BY MR. GRAFF:

17         Q.    Mr. Kranz, did you have any

18     communication from either Jill Shwiner or

19     Paul D'Auria about the misuse of pesticides

20     or likely misuse of pesticides in Starbucks

21     stores?

22         A.    I am Mr. Costello.

23         Q.    I am so sorry.

24                 Mr. Costello, did you ever have

25     any communication with Ms. D'Auria or

```
 1                      Costello
 2      Ms. Shwiner concerning the misuse or alleged
 3      misuse of pesticides in Starbucks stores?
 4           A.    Yes.
 5           Q.    Is that something you discussed
 6      with both of them or was it one or the
 7      other?
 8           A.    I had more conversations with Jill
 9      than I did with Paul.
10           Q.    Did Jill express to you in spoken
11      words that she believed that there was a
12      problem with the misuse of pesticides in
13      Starbucks stores?
14           A.    Our conversations generally were
15      about what was found in stores.  Most of it
16      was around Hot Shots or the No-Pest Strips.
17           Q.    I am not asking you to try to read
18      Ms. Shwiner's mind but did you have an
19      understanding yourself of why it was that
20      she was addressing that information to you?
21                 MR. MOY:  Objection.
22                 THE WITNESS:  No, I don't know.
23 BY MR. GRAFF:
24           Q.    Did you have any particular
25      reactions in response on any occasions that
```

```
 1                        Costello

 2      you can recall when Ms. Shwiner told you in

 3      spoken words about pesticides in Starbucks

 4      stores and her belief that there was a

 5      problem?

 6              MR. MOY:  Objection.

 7              THE WITNESS:  Any time it was

 8          found.  So I would go back to when I

 9          would personally find them in stores.

10          The direction was to inform.  So if

11          the pest control company found them in

12          stores they were to inform and then

13          remove and dispose of them in the

14          store.

15      BY MR. GRAFF:

16          Q.   Did you ever personally dispose of

17      any of Hot Shots that you found in stores?

18          A.   No, I did not.

19          Q.   As far as you know are there any

20      special requirements for the safe disposal

21      of Hot Shots versus standard trash?

22              MR. MOY:  Objection.

23              THE WITNESS:  I am not aware of

24          any.

25
```

```
 1                      Costello

 2     BY MR. GRAFF:

 3          Q.   Did anyone ever tell you that it

 4     is unsafe to throw Hot Shot Strips with DDVP

 5     into the normal trash?

 6          A.   No, I never had a conversation

 7     with anyone about that.

 8          Q.   Apart from a direct conversation

 9     did you ever hear from anybody that it might

10     be a problem to dispose of Hot Shot Pest

11     Strips in normal trash?

12          A.   No.

13               MR. GRAFF:  This might be a good

14          point to stop for lunch and for your

15          colleague to join.

16               When would people prefer to

17          reconvene, what time?

18               MR. MOY:  I guess it depends in

19          part on how much more you have to go.

20          I assume you are just getting started.

21          Ideally I would like --

22               MR. GRAFF:  Off the record.

23               (Discussion off the record)

24               (Luncheon recess: 11:55 p.m.)

25
```

1                        Costello

2       performance reviews?

3            A.    No, sir, I am not aware.

4                 MR. GRAFF:  I have just posted a

5            document labeled Exhibit Costello 8.

6            It is a three-page document bearing

7            Bates numbers DEF0154 through DEF0156.

8                 (Three-page document bearing Bates

9       numbers DEF0154 through DEF0156 was marked

10      Costello Exhibit 8 for identification)

11      BY MR. GRAFF:

12           Q.    If you could take a minute,

13      please, to read through.  It is not a very

14      long document and let me know once you have

15      done that.

16           A.    Okay.

17           Q.    Do you recognize any part of this

18      document as something you have seen before?

19           A.    Yes, I do.

20           Q.    Is your present memory based on

21      seeing the document at or around the date

22      that appears in these e-mails or is it

23      something that your memory was more recently

24      refreshed on?

25           A.    I remember seeing this -- just

                            Costello

1

2      seeing this document now refreshed my memory

3      from --

4           Q.    Thank you.

5                 Towards the bottom third of the

6      second page, that is page DEF155, do you

7      recognize that as an e-mail sent by you on

8      July 12, 2018 at 8:35 a.m. to Tracy Gavin

9      Bridgeman and some other individuals?

10          A.    Yes.

11          Q.    Did you write the text of this

12     e-mail?

13          A.    Yes, I did.

14          Q.    Did anyone tell you to write this

15     e-mail?

16          A.    No, they did not.

17          Q.    The subject line says, "Stores

18     purchasing pest control items:FYI."

19                Why did you select that subject

20     line?

21          A.    I am not sure I understand the

22     question.

23          Q.    I will ask a different question.

24                Why did you write this e-mail?

25          A.    Well, if you read through the

August 19, 2020                                      123

```
 1                    Costello
 2    context of here I was advising our regional
 3    vice president mainly about an issue where a
 4    pest tech from AVP had sent me an e-mail
 5    about stores using sprays and other pest
 6    control items.
 7        Q.    Could I ask you please to read the
 8    second short paragraph of your e-mail which
 9    is the last paragraph of text at the bottom
10    of page 2.
11        A.    Starting with "His"?
12        Q.    Yes, please.
13        A.    "His statement of stores using
14    sprays and other pest control items is what
15    concerns me.  We do have times when stores
16    will take matters of pest control in their
17    own hands, ('Hot Shots' in particular).  We
18    all know this isn't a Starbucks approved
19    process and quickly address it if we or our
20    supplier finds them."
21        Q.    When you refer to "his statement
22    of stores," are you referring to the AVP
23    technician Paul D'Auria or somebody else?
24        A.    Yes.  Paul D'Auria.
25        Q.    Earlier we had been talking about
```

```
 1                       Costello

 2      your duties and I had understood that they

 3      don't really extend to pest control issues

 4      in stores.

 5             I guess the question is why were

 6      you concerned when Mr. D'Auria told you

 7      something that you already knew?

 8             MR. MOY:  Objection.

 9             THE WITNESS:  Can you restate

10         the question please?

11   BY MR. GRAFF:

12         Q.    Yes.

13             You wrote, as you read, "His

14      statement of stores using sprays and other

15      pest control items is what concerned me ...

16      We do have times when stores use pest

17      controls in their own hands.  Hot Shots in

18      particular.

19             Before Mr. D'Auria made that

20      statement to you were you already aware that

21      there are times when stores take matters of

22      pest control into their own hands as you

23      stated here?

24         A.    I was aware in earlier testimony

25      that I had experienced Hot Shots being in
```

1                   Costello

2      stores.

3          Q.    Were you concerned when you were

4      aware about it prior to Mr. D'Auria's

5      statement to you?

6          A.    Yes, because that is when we would

7      have them removed from the stores.

8          Q.    Did you ever circulate an e-mail

9      to district leadership expressing concern

10     about the use of Hot Shots or other

11     pesticides prior to this e-mail?

12         A.    Are you asking if I personally

13     did?

14         Q.    Yes.

15         A.    Yes, prior to this e-mail we have

16     had e-mails sent out just reinforcing that

17     the proper policy is for stores to call in

18     for pest control support and not to use

19     over-the-counter products such as --

20         Q.    Have you personally, or did you

21     personally prior to sending this e-mail send

22     e-mails of the nature you just described

23     alerting people not to use unauthorized

24     pesticides?

25         A.    Well, as I stated when we found

1                    Costello

2    them -- when I found them it was immediate

3    conversation about this is not policy and

4    disposing of them.

5              And then as the senior FM yes, I

6    have sent an e-mail in the past notifying

7    our OPS leaders, our district managers and

8    our regional directors that these items are

9    not to be used in stores.

10        Q.    When did you send the e-mail you

11   are referring to?

12        A.    I can't recall.

13        Q.    Do you recall the year?

14        A.    I am sorry.

15        Q.    Do you recall what year you would

16   have sent that e-mail?

17        A.    No.  I don't remember.  Maybe --

18   yes, I can't remember.

19        Q.    After whatever point in time it

20   was that you sent the prior e-mail did you

21   again become aware on subsequent occasions

22   that Hot Shots were still being placed in

23   any Starbucks stores?

24        A.    Yes.

25        Q.    At that point did you do anything?

```
1                      Costello

2          A.    I didn't personally do anything.

3     It is something that is -- that needs to be

4     handled with the operations teams.

5          Q.    Up until the date of this e-mail

6     that we are looking at, July 12, 2018, do

7     you believe that the operations teams were

8     addressing the problems appropriately?

9               MR. MOY:  Objection.

10               THE WITNESS:  I can't say

11          whether they were or weren't

12          addressing them properly.

13     BY MR. GRAFF:

14          Q.    What, if anything, did you want

15     Tracy or the recipients of your e-mail to do

16     in response to your e-mail?

17               MR. MOY:  Objection.

18               THE WITNESS:  If I had wanted

19          them to do something I would have put

20          it in the e-mail.  All I was doing was

21          informing them of an event.

22     BY MR. GRAFF:

23          Q.    The last sentence on the page, "We

24     all know this isn't a Starbucks approved

25     process and quickly address it."
```

```
 1                      Costello

 2              How is it that you know that the

 3      other recipients all know that it is not a

 4      Starbucks approved product?

 5          A.    Would you repeat the question

 6      please?

 7          Q.    I understood that you were aware

 8      of that information because it was included

 9      in the model contracts for vendors which had

10      an approved list of pesticides.

11              In this e-mail you are suggesting

12      from your words that "we all know this isn't

13      a Starbucks approved process."

14              What is it that led you to believe

15      that the other recipients of your e-mail

16      were also aware that it was not a Starbucks

17      approved product?

18          A.    Well, because as I have stated

19      before, our process is for any activity in

20      stores to be called in to our work task

21      system and then from there it is dispatched

22      out to our pest suppliers and that is

23      something that everyone on this e-mail chain

24      knows.

25          Q.    How do you know that they know
```

1                      Costello

2    that?  Is it something they discussed with

3    you previously?  How is it that you believe

4    they knew that information?

5        A.    That is the whole point of having

6    a work test system, sir.  It is this -- We

7    have a team of suppliers that support --

8    that are professionals that support

9    different facets of how we maintain store

10   condition or equipment so everybody is aware

11   in the company that we have a work task

12   system to dispatch suppliers to address

13   issues in stores.

14       Q.    At the end of that last sentence

15   on the bottom of page 2 you stated, "We

16   quickly address it if our supplier finds

17   them."  Just to clarify, in what way are you

18   describing it being quickly addressed?

19       A.    If you read in previous testimony

20   I have stated how we address.  We remove it

21   from the store.  We put it in the garbage.

22       Q.    At the top of the next page your

23   e-mail continues.  Could I ask you please to

24   read the short paragraph at the top of that

25   page?

```
 1                    Costello
 2        A.    "If he did in fact report us to
 3   the NYSDEC (New York State Department of
 4   Environmental Conservation) there could be
 5   an investigation.  I spoke to Joseph DeMetro
 6   yesterday regarding this as well.  I have
 7   attached his e-mail response."
 8        Q.    Who is Joseph DeMetro?
 9        A.    Joseph DeMetro was our store
10   development counsel, legal counsel.
11        Q.    You approached Mr. DeMetro to
12   discuss the issue?
13        A.    Yes, I did.
14             MR. GRAFF:  Counsel, just to
15        clarify would you be identifying the
16        substance of that communication as
17        privileged?  I don't know
18        Mr. DeMetro's role at the company.  It
19        sounded like he is an attorney.
20             MS. RUDERMAN:  If you don't mind
21        me injecting.  I am sorry.  But he was
22        our in-house real estate attorney.
23   BY MR. GRAFF:
24        Q.    Mr. Costello, when you consulted
25     with Mr. DeMetro as referenced here you were
```

```
 1                     Costello

 2      doing that in his capacity as an attorney?

 3           A.    Yes, sir.

 4                 MR. MOY:  I was just going to

 5           just give a general instruction to the

 6           witness not to disclose the contents

 7           of any underlying communications with

 8           legal counsel.

 9   BY MR. GRAFF:

10           Q.    When you wrote that if he, I guess

11      Mr. D'Auria, did in fact report to the

12      NYSDEC there could be an investigation, what

13      did you mean by that?

14           A.    Well, at the time I didn't know

15      what the NYSDEC was so I actually had to

16      look it up and find out what it was but

17      basically when I mentioned "investigation"

18      it would just mean that they would

19      investigate a store if they -- if there was

20      any indication of Hot Shots being in stores.

21           Q.    In the prior paragraph you had

22      ended off by saying, "We all know this isn't

23      a Starbucks approved process and quickly

24      address it if we or our supplier finds

25      them."
```

```
 1                        Costello
 2                 Was it your understanding in the
 3      event of a DEC investigation the DEC might
 4      conclude that that policy or practice was
 5      insufficient?
 6          A.    I don't understand the question.
 7          Q.    Sure.
 8                 You explained that if Starbucks or
 9      its suppliers finds Hot Shots quickly
10      address it which you have explained by
11      removing and destroying.  Your next
12      paragraph talks about how there could be an
13      investigation by DEC.
14                 Did you believe that if DEC
15      investigated and you simply informed them of
16      the substance of your last sentence on the
17      prior page that DEC would view that as
18      satisfactory?
19                 MR. MOY:  Objection.
20                 THE WITNESS:  There was no
21          context or -- I don't understand the
22          question still.  I am sorry.
23      BY MR. GRAFF:
24          Q.    Sure enough.
25                 Why were you concerned that there
```

```
1                        Costello

2      could be an investigation?  What

3      consequences did you fear could come from an

4      investigation if any?

5           A.    I don't know what consequences

6      would come from an investigation.

7           Q.    Was it your belief at the time

8      that you wrote this e-mail that Starbucks

9      practices as related to Hot Shots was in

10     compliance with any applicable legal

11     requirements?

12               MR. MOY:  Objection.

13               THE WITNESS:  I can't speak to

14          the over 500 stores that are in the

15          area if we had 100 percent compliance,

16          I don't know.

17   BY MR. GRAFF:

18          Q.    Were you concerned that the DEC

19     might impose some sort of penalty on

20     Starbucks if it became aware of the facts

21     that you were aware of concerning the use of

22     DDVP?

23          A.    All I was doing in this matter,

24     sir, was to inform our operations team that

25     our -- that managed the stores of what had
```

```
1                        Costello

2     happened with Mr. D'Auria's report, if he in

3     fact did the report, and I did not think

4     about consequences or anything like that.  I

5     just restated to them that this may happen.

6     If you see this, if you see any

7     investigators in your stores this would be

8     the reason why.

9          Q.    Can I ask you please to read the

10    last short paragraph of your e-mail on page

11    DEF156?

12         A.    Starting with "I'll"?

13         Q.    Yes, please.

14         A.    "I will be notifying our pest

15    suppliers to remove any items that aren't

16    approved, bug sprays, Hot Shots and my team

17    is communicating the same message to the DM

18    and ARDIO team so they could help message to

19    the stores as well."

20         Q.    Who are the pest suppliers at the

21    time that you would have identified as you

22    stated?

23         A.    We have Copesan, C-O-P-E-S-A-N.

24         Q.    Were there any other suppliers at

25    the time of this e-mail?
```

```
 1                    Costello

 2        A.    Ecolab, E-C-O-L-A-B.  Rentokil,

 3    R-E-N-T-O-K-I-L, and Quality Assurance.

 4        Q.    Any others?

 5        A.    That's it.

 6        Q.    Prior to receiving Mr. D'Auria's

 7    statement or complaint did you believe that

 8    those four pest suppliers were already

 9    removing Hot Shot DDVP strips if they were

10    encountering them in stores?

11        A.    Yes.

12        Q.    As far as you know did any vendor

13    whether these or AVP or any other ever

14    itself place Hot Shot No-Pest Strips in

15    Starbucks stores?

16        A.    Yes.  I am aware of one incident.

17        Q.    Which -- what incident are you

18    referring to specifically please?

19        A.    Where a supplier was trying to

20    install pest strips in stores.

21        Q.    When did that incident happen?

22        A.    I can't recall specifically.

23        Q.    Who was the supplier?

24        A.    Ecolab.

25        Q.    Was that an incident with Ecolab
```

```
 1                      Costello

 2      at one location or did it involve multiple

 3      store locations?

 4          A.    One location.

 5          Q.    How did you become aware that

 6      Ecolab was placing or seeking to place

 7      No-Pest Strips?

 8          A.    I was informed by one of my

 9      facility service managers.

10          Q.    Who specifically?

11          A.    I believe it was Kim Healy at the

12      time.

13          Q.    What action if any did you take

14      after being informed by Kim Healy that

15      Ecolab was seeking to place No-Pest Strips?

16          A.    I had an immediate investigation

17      with Ecolab to understand if that in fact

18      was happening.  Found that it was and

19      immediately terminated them.  They lost 50

20      stores.

21          Q.    What, if any, justification or

22      explanation did Ecolab for its conduct in

23      placing Hot Shot No-Pest Strips?

24          A.    I don't recall.

25          Q.    As you sit here today to the best
```

1                     Costello

2     of your knowledge has Starbucks ever

3     terminated any employee in connection with

4     the misuse of any pesticides in Starbucks

5     stores?

6              MR. MOY:  Objection.

7              THE WITNESS:  I can't speak to

8         that because that is an operations

9         issue.  I only deal with facility

10        issues, sir.

11   BY MR. GRAFF:

12        Q.    Has anybody ever told you either

13    way whether or not it was your

14    responsibility to have any information

15    concerning any disciplinary action of any

16    type that Starbucks may have taken in

17    response to any of its employees misusing

18    pesticides in stores?

19              MR. MOY:  Objection.

20              THE WITNESS:  Could you rephrase

21        that, please?  That is a very long

22        sentence or question.

23   BY MR. GRAFF:

24        Q.    Yes.  Maybe we can leave that.

25              Does Starbucks have an employee

```
 1                      Costello

 2      handbook or policy manual?

 3           A.    I believe they do.

 4                MR. MOY:  Objection.

 5      BY MR. GRAFF:

 6           Q.    As far as you know do you as a

 7      facilities manager have the same employee

 8      handbook as Starbucks operations division

 9      employees do?

10                MR. MOY:  Objection.

11                THE WITNESS:  I can't speak to

12           whether they are the same or not.

13      BY MR. GRAFF:

14           Q.    Does the handbook that you are

15      familiar with, the employee handbook,

16      include any policy against employees

17      deploying pesticides in stores?

18           A.    I don't recall.

19           Q.    Do you believe there is a written

20      policy for employees that governs the use of

21      or deployment by employees of pesticides in

22      stores?

23           A.    Our policy is if there is pest

24      activity in stores, stores are to call in to

25      the work task call center and that is
```

August 19, 2020                                                    139

1                          Costello

2        dispatching a pest control company that has

3        been hired and has professionals to deal

4        with the issue.  That is our policy.

5            Q.    When you refer to that being "the

6        policy," is it memorialized or described in

7        any written document that you are aware of

8        at the company?

9            A.    I am not aware of any.

10           Q.    As far as you know how if at all

11       are store employees trained as to the use of

12       pesticides in Starbucks stores?

13               I can reask it.

14               Actually I can withdraw question.

15       I have another exhibit.

16               MR. GRAFF:  I have just posted a

17           document called Exhibit Costello 9.

18           It is the Appendix to plaintiffs'

19           complaint.

20               (Appendix to Plaintiffs' Complaint

21       of 14 pages was marked Costello Exhibit 9

22       for identification)

23       BY MR. GRAFF:

24           Q.    Mr. Costello, when you have the

25       document in front of you will see it is a