# EXHIBIT 13

Sarah

**From:** @Starbucks Press
**Sent:** Tuesday, May 21, 2019 2:02 PM
**To:** Noah Manskar <noah.manskar@patch.com>
**Cc:** @Starbucks Press <StarbucksPress@edelman.com>
**Subject:** RE: NYC lawsuits

Hi Noah,

Thanks for chatting on the phone. Our official statement is below:

*"The lawsuits filed by the plaintiffs and their attorneys lack merit and are an attempt to incite public fear for their own financial gain. We go to great length to ensure the safety of our partners and customers, and we are confident they have not been put at risk. Starbucks takes the concerns of its partners very seriously and does not take action or retaliate against partners who express them."*

To reiterate the on-background information, products used in our stores must meet high safety standards in order to comply with our company guidelines. Upon hearing reports that employees had used a product that violated company guidelines, Starbucks immediately instructed local leadership to remove these products. We can confirm that these products have been removed.

Additionally, I can confirm that we consulted with experts who concluded that based on how the strips were used in stores, **employees and customers were not exposed to health risks**. Please feel free to use that information, attributable to a Starbucks spokesperson, in any article/segment you end up writing.

Best,

Sarah

**Starbucks Media Relations Team**

Email: press@starbucks.com

Hotline: 206-318-7100