**EXHIBIT 14**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL FOX, PAUL D'AURIA, and JILL SHWINER,<br><br>Plaintiffs,<br><br>-against-<br><br>STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY,<br><br>Defendant. | Case No. 19-CV-4650 (AJN)<br><br>**STIPULATION** |

In accordance with Judge Netburn's October 15, 2020 Order (ECF No. 84), Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Starbucks") hereby states the following:

1. In late 2017, Plaintiff Rafael Fox ("Fox") informed District Manager Leslie Fable that Fox had concerns about the pay issued to some employees for work performed at the West Broadway and Leonard Starbucks store location.

2. In late 2017, District Manager Leslie Fable transferred to a different Starbucks District, and District Manager Tim Hutchinson was assigned to the District responsible for the West Broadway and Leonard Starbucks location.

3. Thereafter, Fox informed Tim Hutchinson that Fox had concerns about the pay issued to some employees for work performed at the West Broadway and Leonard Starbucks location.

4. District Manager Tim Hutchinson investigated Fox's concerns, and determined that no backpay was owed to the employees whom Fox identified to Tim Hutchinson.

5. Starbucks did not issue backpay to any employees as a result of the concerns that Fox relayed to District Manager Tim Hutchinson in late 2017.

6. Starbucks is unaware of any records that indicate that backpay was issued to any employee as a result of Fox having relayed concerns to either Leslie Fable or Tim Hutchinson in October and November of 2017.

Date: October 27, 2020
New York, New York

*s/ A. Michael Weber*
A. Michael Weber
Devjani H. Mishra
Rebecca Goldstein
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York  10022.3298
212.583.9600

Attorneys for Defendant