# **EXHIBIT 15**

# P-CARD / PAID OUT LOG

**Fall 2019**

All supplies and services should be paid through corporate channels. Repair and maintenance issues should be handled through the Facility Contact Center (FCC) at 1 (877) 728-9349.

## P-Card

P-Card purchases are for items necessary for store operations at a retail merchant. See previous page for more information on P-Card policies and procedures.

## Paid Out

Paid outs are for business critical exceptions. Emergency payroll paid outs should be entered on the Emergency Wage Advance Log after receiving a case number from the Partner Contact Center. See previous page for more information on Paid Out policies and procedures.

| Date | Description | Amount | Category | Manager Signature | DM Verification |
|------|-------------|--------|----------|-------------------|-----------------|
| 8/26/19 | D - Tips | 2.71 | paid out | | |
| 8/29/19 | D - Tips | 22.75 | paid out | | |
| 8-30/19 | D - Tips | 6.16 | digital tip | | |
| 9/2/19 | D - Tips | 7.50 | paid out | | |
| 9-4-19 | D - TIPS | 9.12 | digital | | |
| 9/5/19 | D - Tips | 5.40 | paid out | | |
| 9-8-19 | Windows | 20.00 | Paid out | | |
| 9-8-19 | Supplies | 6.52 | Supplies | | |
| 9-8-19 | D - Tips | 25.50 | Digital tip | | |
| 9/10/19 | D - Tips | 13.50 | paid out | | |
| 9/11/19 | D - Tips | 4.73 | paid out | | |
| 9/13/19 | D - Tips | 9.50 | paid out | | |
| 9-14-19 | Pay out | 20.00 | Windows Cleaning | | |
| 9-18-19 | Supplies/post | 7.38 | supply | | |
| 9-18 | Suplis post | 24.35 | Suplys | | |
| 9-18 | Suplis post | 18.11 | Suples | | |
| 9/18/19 | D - Tips | 18.50 | paid out | | |
| 9-20-19 | Supply | 7.38 | Supply | | |
| 9/20/19 | D - Tips | 18.55 | paid out | | |
| 9/21/19 | D - Tips | 8.00 | paid out | | |
| 9.22/19 | Supplies | 6.19 | Supplies | | |
| 9/23/19 | D - Tips | 8.50 | paid out | | |
| 9/24/19 | D - Tips | 1.20 | paid out | | |
| 9-25-19 | Supplies/Spoon | 8.69 | Spoon | | |
| 9/25/19 | D - Tips | 3.00 | paid out | | |
| 9/26/19 | D - Tips | 12.56 | paid out | | |
| 9/27/19 | D - Tips | 8.00 | paid out | | |
| 9/28/19 | Suplis | 13.00 | Suplys | | |
| 9/28/19 | Windows | 20.00 | window | | |
| 9/29/19 | D - Tips | 14.50 | paid out | | |
| 10/3/19 | D - Tips | 27.00 | paid out | | |
| 10/4/19 | D - Tips | 18.62 | paid out | May | |
| 10/5/19 | D - Tips | 4.00 | paid out | | |
| 10-7-19 | Suplis | 10.83 | Paid out | | |
| 10/8/19 | D - Tips | 8.50 | paid out | | |

Confidential

DEF0051511



*Pay Out only*

*FAll 2019*

### P-Card   |   Paid In/Paid Out

After completing the log, place the following receipts in this envelope:

- P-Card
- Paid In/Paid Out

**20159**

STORE NUMBER _____

Confidential

**Fwd: Your Amazon.com order of Hot Shot No-Pest Strip 2... and 2 more items.**

Yenny Bonifacio ███████████████████

Mon 9/16/2019 7:54 PM

**To:** S20154 99 Wall Street <s20154@retail.starbucks.com>

Order

Sent from my iPhone

Begin forwarded message:

**From:** "Amazon.com" <auto-confirm@amazon.com>
**Date:** September 16, 2019 at 7:52:06 PM EDT
**To:** ████████████████
**Subject: Your Amazon.com order of Hot Shot No-Pest Strip 2... and 2 more items.**
**Reply-To:** no-reply@amazon.com

Amazon                                          Order Confirmation

Hello Yenny bonifacio,

Thank you for shopping with us. You ordered "Hot Shot No-Pest Strip 2..." and 2 other items. We'll send a confirmation when your items ship.

Your purchase has been divided into **3** orders.

## Order 1 of 3

Order #111-5903057-3808238

Arriving:                               Ship to:
**Wednesday, September 25 -             yenny bonifacio**
**Thursday, September 26**              ███████████████████████

Your Orders

                                        Total Before Tax:   $6.89

                                        Estimated Tax:      $0.46

s://outlook.office365.com/mail/deeplink?version=2019090902.13&popoutv2=1                    1/3