# EXHIBIT 16

*Receipt*

*Pcard paid in/out*
*Receipts*

~~Sales Media~~

Place the following items in this envelope:

- Signed credit card receipts
- Refunds
- Voids

*Holiday*
*2019*
*Store 17478*



Confidential

DEF0054121



More saving.
More doing.℠

980 3RD AVE NEW YORK, NY 10022
MANAGER ASHIM CHANDA PH# (212)888-1512

6177 00010 06105   11/10/19  06:43 PM
CASHIER SIMBIAT
037000977940 FBRZAHATWIN <A>        4.97
  FEBREZE AIR HAWAIIAN ALOHA 2X8.8OZ
071121363107 HS FIK <A>             3.47
  HOT SHOT FLYING INSECT KILLER 15OZ
039800132291 ENR RC FL <A>
  WR RECHARGEABLE FLASHLIGHT
  2@10.97                          21.94
          SUBTOTAL              30.38
          SALES TAX              2.70
          TOTAL               $33.08
XXXXXXXXXXXXX4143 DEBIT
                       USD$ 33.08

AUTH CODE 161074
AID A0000000980840             US DEBIT



     6177 10 06105 11/10/2019 2993

     RETURN POLICY DEFINITIONS
  POLICY ID   DAYS   POLICY EXPIRES ON
  A     1      90        02/08/2020

**********************************
     DID WE NAIL IT?
Take a short survey for a chance TO WIN
  A $5,000 HOME DEPOT GIFT CARD

       Opine en español

    www.homedepot.com/survey

    User ID: H88 18676 12509
    PASSWORD: 19560 12499

Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
 older to enter. See complete rules on
     website. No purchase necessary.

---

1 USRG01017478          2285052 Madera
-----------------------------------
   58th Btwn Madison & Fifth
      11/10/2019 8:08 PM
-----------------------------------
  Paid Out              $33.08
3 - Store Supplies

---

1 USRG01017478          1760502 Anderson
-----------------------------------
   58th Btwn Madison & Fifth
      12/22/2018 4:24 PM
-----------------------------------
  Paid Out              $75.66
17 - Digital Tip

Confidential

DEF0054123