**EXHIBIT 17**

# P-Card | Paid In/Paid Out

After completing the log, place the following receipts in this envelope:

- P-Card
- Paid In/Paid Out

STORE NUMBER __7474__

*Fall 2019*

Confidential
DEF0050347

```
1 USRG01007474
                                    2143986 Greene
              93rd and Broadway
              10/21/2019 10:05 AM
    Paid Out
3 - Store Supplies              $52.24
```

\*\*\* Receipt \*\*\*

Broadway Ext Co



New York / 782 Amsterdam Ave
(212) 663-2100



20191021092033628345917O

Reference No.: 003732
iPad Name: Gene's iPad
Server: Retail
Cashier: Retail
Print Time: 2019/10/21 09:21AM
Order Time: 2019/10/21 09:20AM

| | |
|---|---|
| 1 Cb-80 | $29.99 |
| 1 Invade Bio Drain | $17.99 |
| Subtotal | $47.98 |
| Tax | $4.26 |
| **Total** | **$52.24** |
| PAID VIA OTHER – EMV TERMINAL | $52.24 |

14 day return policy.

Confidential

DEF0050352