**EXHIBIT 18**

*HOLIDAY*

*Holiday 2019* P-Card | Paid In/Paid Out

After completing the log, place the following receipts in this envelope:

- P-Card
- Paid In/Paid Out

STORE NUMBER  23557

Confidential

DEF0056017

```
2 USRG02023557           2291832 Gunter
------------------------------------------
            57th & Tenth
         11/20/2018 12:46 PM
------------------------------------------
Paid Out                        $39.25
 3 - Store Supplies
```

```
          COLUMBUS HARDWARE
                ATTN
            852 9TH AVE
        NEW YORK, NY. 10019-4452
            212-265-2425

                 Sale

xxxxxxxxxxxx5291
MASTERCARD          Entry Method: Chip

Amount: $              39.25
Tax:    $               0.00
                  ================
Total:  $              39.25

11/20/18                     12:37:39
Inv #: 000000025      Appr Code: 374307
Apprvd: Online

PayPal
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

             Customer Copy
             THANK YOU!
```

```
11/20/2018 12:37 PM                      INVOICE
Store: 1
                    K2 HARDWARE INC.
                    852 NINTH AVENUE
                    NEW YORK, NY 10019
                      212-265-2425
                      212-265-7588
                  (DBA) COLUMBUS HARDWARE
Cashier: Sysadmin

Qty   Price  Ext Price    Item Description
 2   $11.99   $23.98  T   HOT SHOT NO
                          PEST STRIP
$11.99
071121055804                 16422
 1    $1.99   $1.99   T   SHEET METAL
$1.99
738287232097                 2198
 2    $5.99   $11.98  T   RAZOR KNIFE
$5.99
052427382054                 9929
                          Subtotal:    $37.95
                          5 % Disc:    - $1.90
         Local Sales Tax  8.875 % Tax: + $3.20
                          RECEIPT TOTAL: $39.25

Credit Card: $39.25
MasterCard
           Total Sales Discounts:      $1.90

All Returns Must be Accompanied by this Receipt
        within Seven Calendar Days.
     ABSOLUTELY NO RETURNS ON POWER
          TOOLS, LOCKS, AND KEYS.
   HANDTOOLS MAY BE RETURNED ONLY IF
   NOT USED AND IN ORIGINAL PACKAGING.
   No Exceptions. NO RETURNS ON CUSTOM
        CUTS ON GLASS, LUMBER OR PIPE.

                   ||||||||||||
                     277709
```

Confidential
DEF0056026