**EXHIBIT 19**

Fall 19



FAll 2019  P-Card | Paid In/Paid Out

After completing the log, place the following receipts in this envelope:

- P-Card
- Paid In/Paid Out

STORE NUMBER 23557

Confidential
DEF0056032

```
3 USRG03023557           2544395 Gueye

        57th & Tenth
        10/23/2019 1:42 PM

    Paid Out                  $12.50
    3 - Store Supplies
```

# DUANEreade
### by Walgreens
#14181 4 AMSTERDAM AVE
NEW YORK, NY 10023
212-581-5527

```
704      4930    0006  10/23/2019 1:39 PM

HOT SHOT FLYING INSCT KILLER 15OZ
  07112196310           A        7.99
  RETURN VALUE 7.99
WEXFORD NEON CLR LABELS 3/4" 315S
  04902262308           A        3.49
  RETURN VALUE 3.49

       SUBTOTAL                 11.48
       SALES TAX A=8.875%        1.02

       TOTAL                    12.50
       CASH                     20.00
       CHANGE                    7.50
```

THANK YOU FOR SHOPPING AT DUANE READE

DID YOU KNOW THAT YOU CAN EARN POINTS
ON THOUSANDS OF ITEMS IN-STORE AND
ONLINE? SEE OUR WEEKLY AD FOR MORE
INFORMATION. ITEMS CHANGE WEEKLY.
RESTRICTIONS APPLY. FOR TERMS AND
CONDITIONS, VISIT DUANEREADE.COM/BALANCE.

RFN# 1418-1064-9306-1910-2303





GET SALE PRICES WHEN YOU USE YOUR BALANCE
REWARDS CARD AND EARN POINTS ON FEATURED
ITEMS EACH WEEK - JUST LOOK FOR THE BLUE
TAGS! REDEEM FOR DOLLARS OFF FUTURE
PURCHASES. FOR MORE INFORMATION,
PLEASE GO TO DUANEREADE.COM/BALANCE.

How are we doing?
Enter our monthly sweepstakes for
$3,000 cash

Visit
WWW.DRELISTENS.COM
*******************
or call toll free
1-888-424-1018
within 72 hours to take a short
survey about this Duane Reade visit

Queremos saber
su opinión
Participe en nuestro sorteo mensual de
$3,000 dólares

durante las próximas 72 horas para
llenar una breve encuesta sobre
su tienda Duane Reade

Survey# (Número de encuesta)
1418-1064-930

Password(Clave)
6191-0230-333

For contest rules, see store or
WWW.DRELISTENS.COM
Visite la tienda o acceda

Confidential
DEF0056039