**EXHIBIT 20**



~~Sales Media~~

Place the following items in this envelope:

- Signed credit card receipts
- Refunds
- Voids

Store 821
Spring 2019



Confidential



```
Address:        1200 THIRD AVE
                NEW YORK
                NY 10021
Location:       FLUKI
Device ID:      -BTC02


FedEx Ground Package(s) - Dropped Off
 274547401557694


Total Pieces:   1



Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.


           Visit us at: fedex.com
           Or call 1.800.GoFedEx
                 1.800.463.3339

           Apr 23, 2019 4:08:22 PM



      ********** WE LISTEN **********
            Tell us how we're doing
       & receive a discount on your next order!
         fedex.com/welisten or 800-398-0242
              Redemption Code: _____

                  *** Thank you ***
```



More saving.
More doing.℠

```
  980 3RD AVE NEW YORK, NY 10022
MANAGER ENEKA DAVID   PH# (212)888-1512

6177  00009  41708    04/23/19  01:09 PM
CASHIER CHRISTOPHER

6511 4750298 140ZFIK ECO <A>
ECOLOGIC FLYING INSECT KILLER 140Z
   9.94                        9.94
071041030091 OIL PP 2WH <A>    4.97
OIL-BASED MP PAINT PEN 2PK WHITE
           SUBTOTAL           14.91
           SALES TAX           1.32
           TOTAL             $16.23
           CASH              20.00
           CHANGE DUE          3.77


   6177 09 41708 04/23/2019 8547
   RETURN POLICY DEFINITIONS
   POLICY ID   DAYS    POLICY EXPIRES ON
A      1        90          07/22/2019

***************************************
          DID WE NAIL IT?
Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

         Opine en español

       www.homedepot.com/survey

    User ID: H86 89882 83714
    PASSWORD: 19223 83705

 Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
  older to enter. See complete rules on
   website. No purchase necessary.
```

Confidential

DEF0056887