# **EXHIBIT 22**



From: **Stephen Gallant** <sgallant@starbucks.com>
Date: Mon, Sep 11, 2017, 06:15
Subject: #16576 - 36th & 6th
To: Dana Roxas <droxas@starbucks.com>
Cc: Kate McShane <kmcshane@starbucks.com>, Margaret Kis <mkis@starbucks.com>, LastExitInNY@gmail.com <LastExitInNY@gmail.com>, Jill Shwiner <jillavptermite@aol.com>

Dana

Please speak with the Store Manager today

**They cannot set off pest foggers with in the store.**

There are major safety issues to or vendors, suppliers, food product, partners and customers when doing so

This store is currently receiving daily pest control services from AVP and if this is not working we need to partner with AVP to increase or change our focus

Thank You

# Stephen Gallant

Starbucks Coffee  Company

sr. facilities manager / NYM Region

cell: 781-608-2362

sgallant@starbucks.com

**From:** LastExitInNY@gmail.com [mailto:lastexitinny@gmail.com]
**Sent:** Monday, September 11, 2017 1:00 AM
**To:** Jill Shwiner <jillavptermite@aol.com>
**Cc:** Margaret Kis <mkis@starbucks.com>; Stephen Gallant <sgallant@starbucks.com>
**Subject:** Re: 10 Waverly place

Not Waverly place.977 6th ave.. store 16576. this should not still be happening. We have asked for cooperation many times when it comes to illegal use if pesticides in stores we are servicing

On Sep 11, 2017 12:02 AM, <jillavptermite@aol.com> wrote:

> My Service Manager just called me - he entered store and he walked into a face full of pesticide from the store having just set off 3 HotShot brand fogger bombs.
> There was no warning posted on door restricting entrance into store for 2 hours.  If Bartlett makes food delivery within this 2 hours, delivery people will also be exposed and food delivery will be contaminated.
> We are doing daily service as requested so store was aware we would be on site to treat store.
> Please speak to DMs about the improper use of this product and the liability it creates.
> Thank you.
>
> --
> Jill Shwiner
> AVP Termite & Pest Control of NY
> 4313 Arthur Kill Road, S.I. NY
> (O) 718-967-9800
> (C)  732-740-1037