# **EXHIBIT 24**

| | |
|---|---|
| **From**: | Noelle Perez [noeperez@starbucks.com] |
| **Sent**: | 5/29/2018 11:14:51 PM |
| **To**: | Laney Alfaro (07612) [US1566385@starbucks.com]; Timinit Ashebir [tashebir@starbucks.com]; Ron Shuler [rshulerj@starbucks.com] |
| **CC**: | Keith Costello [KCostell@starbucks.com]; Rami Kranz [rkranz@starbucks.com]; Jasmine Onumah [jonumah@starbucks.com] |
| **Subject**: | 7612-60th/1st Tuesday evening visit |
| **Attachments**: | attachment 1.pdf; ATT00001.htm |

Hi Laney and Timi,

Please find AVPs report from tonight's visit.
Pmi was also onsite to complete the two things pointed out.

Over the weekend I was also informed that the store is leaving the Raid, a store bought chemical out.  This is not a Starbucks approved product, at the very least let's make sure we conceal it. Rami- thoughts?

I'll be by in the morning with Jasmine.

Confidential
DEF0004962



| | | | |
|---|---|---|---|
| Contact: | Jill Shwiner | Created: | Tue 29 May 21:35 2018 |
| Company: | AVP Termite | 7612 - 5/27: | |
| Phone: | 718-967-9800 | : | Store #7612. 5/29/18. JS |
| Email: | avptermitesbux@gmail.com | No. Items: | 10 |

(1)

_180529093614.jpeg
Created:   Tue 29 May 21:36 2018
Keep bags sealed - fly attractant

(2)

_180529093614_1.jpeg
Created:   Tue 29 May 21:36 2018
Area behind sink missing grout and seeping down Under rim -fly attractant. PMI will seal

(3)

_180529093614_2.jpeg
Created:   Tue 29 May 21:36 2018
Back of sink with missing grout

(4)

_180529093614_3.jpeg
Created:   Tue 29 May 21:36 2018
Organic debris seeping down under rim - fly attractant/breeding site



Generated by "Report & Run"
www.ReportAndRun.com

Doc. Id.: Store 7612 52918  JS-2
page 1 of 2

Confidential



| | | | |
|---|---|---|---|
| Contact: | Jill Shwiner | Created: | Tue 29 May 21:35 2018 |
| Company: | AVP Termite | 7612 - 5/27: | |
| Phone: | 718-967-9800 | : | Store #7612. 5/29/18.  JS |
| Email: | avptermitesbux@gmail.com | No. Items: | 10 |

(5)

_180529093614_4.jpeg

Created:   Tue 29 May 21:36 2018
Wet organic build up under tile from spills

(6)
_180529093614_5.jpeg

Created:   Tue 29 May 21:36 2018
Wet organic buildup noted under tile molding - PMI will epoxy grout bottom & top where needed

(7)

_180529093614_6.jpeg

Created:   Tue 29 May 21:36 2018
Organic buildup under tile molding

(8)

_180529093614_7.jpeg

Created:   Tue 29 May 21:36 2018
Coffee spill seeping under tile molding

(9)

_180529093614_8.jpeg

Created:   Tue 29 May 21:36 2018
Spill seeping under tile molding

(10)

_180529093614_9.jpeg

Created:   Tue 29 May 21:36 2018
Spill under espresso bar



Generated by "Report & Run"
www.ReportAndRun.com

Doc. Id.: Store 7612 52918  JS-2
page 2 of 2