# **EXHIBIT 25**

## Exela-Newark

**From:** Rami Kranz <rkranz@starbucks.com>
**Sent:** Wednesday, February 6, 2019 9:56 PM
**To:** Robyn Ruderman
**Subject:** FW: Stores purchasing pest control items: FYI

[redacted]

Rami Kranz CP-FS

Manager, Quality Assurance

New York Metro and New Jersey Region

STARBUCKS COFFEE COMPANY

(646) 574-8205 <tel:(646)%20574-8205>  mobile

rkranz@starbucks.com <mailto:rkranz@starbucks.com>


From: Rami Kranz <rkranz@starbucks.com>
Date: Thursday, September 13, 2018 at 2:16 PM
To: Keith Costello <KCostell@starbucks.com>
Cc: Tracey Gaven-Bridgman <tgavenbr@starbucks.com>, Dan Shallit <dshallit@starbucks.com>, Jasmine Onumah <jonumah@starbucks.com>, Alvin Rampal <arampal@starbucks.com>, Joseph De Metro <jdemetro@starbucks.com>, Nancy Van Kleunen Curran <nvankleu@starbucks.com>
Subject: Re: Stores purchasing pest control items: FYI


Hi Keith,


FYI, Since your last email I have been recommending stores concentrate on cleaning and leave the pest control vendors to do their job.

Thank you,

1

Rami Kranz

Regional Retail Quality Assurance Manager, New York Metro

STARBUCKS COFFEE COMPANY

(646) 574-8205 <tel:(646)%20574-8205> mobile

rkranz@starbucks.com <mailto:rkranz@starbucks.com>

On Sep 13, 2018, at 13:14, Keith Costello <KCostell@starbucks.com <mailto:KCostell@starbucks.com> > wrote:

Tracey,

Wanted to make you aware that an inspector from NYS DEC is auditing 42nd & Park today - specifically looking for store bought sprays and other pest control items. This likely stems from the message I sent you back in July (see below). We made the DM and RDO teams aware but will recommunicate to them as well as our pest control suppliers.

Keith

From: Keith Costello
Sent: Thursday, July 12, 2018 8:35 AM
To: Tracey Gaven-Bridgman <tgavenbr@starbucks.com <mailto:tgavenbr@starbucks.com> >
Cc: Dan Shallit <dshallit@starbucks.com <mailto:dshallit@starbucks.com> >; Rana Saab <rsaab@starbucks.com <mailto:rsaab@starbucks.com> >; Rami Kranz <rkranz@starbucks.com <mailto:rkranz@starbucks.com> >; Jasmine Onumah <jonumah@starbucks.com <mailto:jonumah@starbucks.com> >
Subject: Stores purchasing pest control items: FYI
Importance: High

Morning Tracey,

One of the pest techs from AVP Termite and Pest Control, who was our main tech in stores, was let go from that company after we stopped using their services. I don't know if the two are related, however he sent me an email (attached) which concerned me. I wanted to provide visibility to you, Dan, Rana and QA. I've already notified Nancy.

His statement of stores using sprays and other pest control items is what concerns me...we do have times when stores will take matters of pest control into their own hands (hot shots in particular). We all know this isn't a Starbucks approved process and quickly address it if we or our supplier finds them.

2

CONFIDENTIAL DEF0000155

If he did in fact report us to the NYS DEC (New York State Department of Environmental Conservation) there could be an investigation. I spoke to Joseph De Metro yesterday regarding this as well: I've attached his email response.

I'll be notifying our pest suppliers to remove any items that aren't approved (bug sprays, hot shots) and my team is communicating this same message to the DM and RDO team so they can help message to the stores as well.

Please let me know if you have any questions.

Keith

CONFIDENTIAL                                                                                                                                            DEF0000156