# **EXHIBIT 26**

|  |  |
|--:|:--|
| **From:** | "Leslie Fable" |
| **Date:** | Friday, November 3, 2017 at 6:49:01 AM Eastern Daylight Time |
| **To:** | "Rafael Fox" |
| **Cc:** |  |
| **Subject:** | Re: Time clock manipulation at West Broadway and Leonard |

Rafael, thank you for doing this and it's even more clear to me why you are the right guy for the job. Thank you again, and I will truly missed your leadership!

Sent from my iPhone

On Nov 3, 2017, at 5:13 AM, Rafael Fox <rafaelfox@gmail.com> wrote:

> Good morning Les,
>
> From what I can see William manipulated the time clocks in several ways.
>
> First, if an employee's
> out punch was missing,  he kept the spot empty, to keep their hours low, Or possibly he just didn't process payroll some weeks and missed punches were never acted upon.
>
> Also, I have heard from partners that William moved hours from one week to the next, to keep overtime hours in line.
>
> Lastly, William  would enter sick hours for partners when they asked him for extra money on their paychecks.
>
> William may have also manipulated the times in other ways, that I haven't discovered.
>
> Here's the partners that were clearly underpaid:Angelo Chadrick, Nia Glasgow, Retesh Govindan, Darion Lovell, MiChael Maldonado,
> Wesley Manley, Stella Morgan, Hollister Philbert, Lya Zabela.
> Below is a few samples.
> Rafael
>
> [images/IMG_1215.JPG]
>
>
>
> [images/IMG_1210.JPG]
> [images/IMG_1211.JPG]
> [images/IMG_1212.JPG]
>
> <IMG_1212.JPG>
> <IMG_1210.JPG>
> <IMG_1211.JPG>
> <IMG_1215.JPG>





**CARD**
1:00AM

Name & ID: Glasgow, Nia — US1776925   9 of 27
Time Period: 1/01/2017 - 11/03/2017, Range of Dates

Actions ▼ Punch ▼ Amount ▼ Accruals ▼ Comment ▼ Approvals ▼ Reports ▼

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Shift | Daily | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat 7/08 | | | | | | | | | | | 64 |
| Sun 7/09 | | | | | | | | | | | 64 |
| Mon 7/10 | | | 7:59AM | | 1:00PM | 1:30PM | | 2:11PM | 5:42 | 5:42 | 65 |
| Tue 7/11 | | | | | | | | | | | 65 |
| Wed 7/12 | | | 8:03AM | | 12:58PM | 1:33PM | | 2:32PM | 5:54 | 5:54 | 65 |
| Thu 7/13 | | | | | | | | | | | 65 |
| Fri 7/14 | | | 8:07AM | | 12:53PM | 1:28PM | | 3:32PM | 6:51 | 6:51 | 666 |
| Sat 7/15 | | | 1:12PM | ...51/Cafe/Operations | 6:01PM | | | | 4:48 | 4:48 | 671 |
| Sun 7/16 | | | | | | | | | | | 671 |
| Mon 7/17 | | | 8:00AM | | 12:30PM | 1:00PM | | 2:31PM | 6:00 | 6:00 | 677 |
| Tue 7/18 | | | 8:01AM | | 11:40AM | 12:12PM | | 2:25PM | 5:51 | 5:51 | 683 |
| Wed 7/19 | | | 8:02AM | | 12:34PM | 1:07PM | | 2:24PM | 5:48 | 5:48 | 688 |
| Thu 7/20 | | | | | | | | | | | 688 |
| Fri 7/21 | | | 1:23PM | ...51/Cafe/Operations | 1:58PM | 3:18PM | | | 0:33 | 0:33 | 689:2 |
| Sat 7/22 | | | | | | | | | | | 689:2 |
| Sun 7/23 | | | | | | | | | | | 689:2 |
| Mon 7/24 | | | 8:04AM | | 12:08PM | 12:38PM | | 2:31PM | 5:57 | 5:57 | 695:1 |
| Tue 7/25 | | | 8:03AM | ...51/Cafe/Operations | 1:53PM | 2:23PM | | 2:27PM | 5:54 | 5:54 | 701:12 |
| Wed 7/26 | | | 8:08AM | | 12:05PM | 12:38PM | | 2:30PM | 5:48 | 5:48 | 707:00 |
| Thu 7/27 | | | | | | | | | | | 707:00 |
| Fri 7/28 | | | 8:02AM | | 11:57AM | 12:30PM | | 1:30PM | 4:54 | 4:54 | 711:54 |
| Sat 7/29 | | | | | | | | | | | 711:54 |
| Sun 7/30 | | | | | | | | | | | 711:54 |

TOTALS & SCHEDULE | ACCRUALS REPORTING PERIOD | AUDITS | SIGN-OFFS, REQUESTS & APPROVALS | COMMENTS

| Account | Pay Code | Amount | Date | Start Time | End Time | Pay Code | |
|---|---|---|---|---|---|---|---|
| s/Z106/R007/A146/D0477/015751-000/Operations | Holiday Pay | 13:24 | Sun 1/01 | 8:00AM | 2:30PM | | |
| 007/A146/D0477/015751-000/Operations Training | Regular | 25:57 | Mon 1/02 | | | | |
| s/Z106/R007/A146/D0477/015751-000/Operations | Regular | 944:03 | Tue 1/03 | 10:00AM | 4:30PM | | |
| s/Z106/R007/A146/D0477/015751-000/Operations | Sick | 34:00 | Wed 1/04 | | | | |
| | | | Thu 1/05 | | | | |
| | | | Fri 1/06 | | | | |



- Attached: IMG_1212.JPG, 3.527 MB
- Attached: IMG_1210.JPG, 3.202 MB
- Attached: IMG_1211.JPG, 3.521 MB
- Attached: IMG_1215.JPG, 2.658 MB