# **EXHIBIT 27**



-------- Forwarded Message -------- From: Noelle Perez noeperez@starbucks.com To: Jill Shwiner avptermitesbux@gmail.com Cc: jillavptermite@aol.com Date: Wednesday, 18 October 2017, 10:27AM -05:00 Subject: Re: 8770

> Hi Jill and Paul, I have informed my team. I am not sure how they got into our stores. Is this something that can be purchased at Home Depot?
>
>
> **Noelle Perez**
> starbucks coffee company
> store development NYC Metrol
> 370 Seventh Avenue, Suite 1510, NY, NY 10001
> Cell: (646) 941-0006
>
>
> On Oct 17, 2017, at 11:44 PM, Jill Shwiner <avptermitesbux@gmail.com> wrote:

> Hi. This is Paul. I just serviced the store @ 1515 York. I found pieces of DDVP strips placed around the store. This is a serious hazard for those touching it and as well as those in the area. The use of these strips has increased. This is serious environmental issue. Dichlorvos is an organophospate which affects the cholinesterase levels in the brain and it interferes with proper working of the nervous system in insects as well as humans. I've enclosed photos of what I found.