**EXHIBIT 28**

-------- Forwarded Message -------- From: Rami Kranz rkranz@starbucks.com To: jillavptermite@aol.com Date: Tuesday, 26 September 2017, 10:29PM -05:00 Subject: Re: No pest strip - desk #9467

> Hi Jill,
>
> Ill send out an email to RDs tomorrow morning.
>
> My apologies to the tech.
>
> Thank you,
>
>
> **Rami Kranz**
>
> Manager, Quality Assurance
>
> New York Metro & Mid Atlantic Region
>
> **STARBUCKS COFFEE COMPANY**
>
> (646) 574-8205 mobile

rkranz@starbucks.com

---

**From:** "jillavptermite@aol.com" <jillavptermite@aol.com>
**Reply-To:** "jillavptermite@aol.com" <jillavptermite@aol.com>
**Date:** Tuesday, September 26, 2017 at 11:10 PM
**To:** Rami Kranz <rkranz@starbucks.com>
**Subject:** No pest strip - desk #9467

Hi Rami,
Tech just found No Pest Strip on desk.  This is 2nd store since yesterday we've found these. Yesterday tech was working under counter and turned his head and he was inches from a strip.   This is same tech who 2 weeks ago walked into a store that had just set off bombs.   He is extremely upset.
Is it possible to send a memo out to advise stores these are illegal to use let alone toxic.

--
Jill Shwiner
AVP Termite & Pest Control of NY
4313 Arthur Kill Road, S.I. NY
(O) 718-967-9800
(C)  732-740-1037

- Attached: Untitled.html, 0.006 MB