# **EXHIBIT 29**

## Exela-Newark

**From:** Rami Kranz <rkranz@starbucks.com>
**Sent:** Wednesday, February 6, 2019 9:53 PM
**To:** Robyn Ruderman
**Subject:** FW: Hot Shots - Fly insecticide in stores - DOH VIOLATION
**Attachments:** Hot shot violation.pdf; TRIM_20171016_011127.mp4

Thank you,

Rami Kranz CP-FS

Manager, Quality Assurance

New York Metro and New Jersey Region

STARBUCKS COFFEE COMPANY

(646) 574-8205 <tel:(646)%20574-8205>  mobile

rkranz@starbucks.com <mailto:rkranz@starbucks.com>

From: Rami Kranz <rkranz@starbucks.com>
Date: Monday, October 16, 2017 at 11:07 AM
To: Ross Shadix <Ross.Shadix@starbucks.com>
Cc: Kate McShane <kmcshane@starbucks.com>, Carla Ruffin <cruffin@starbucks.com>, Ron Shuler <rshulerj@starbucks.com>, Alexis Vertucci <avertucc@starbucks.com>, Jasmine Onumah <jonumah@starbucks.com>
Subject: Hot Shots - Fly insecticide in stores - DOH VIOLATION

Hi all,

The DOH are hot for citing Hot shots in stores. By law, partners can't be in a store for more than

Four hours in a 24hr period, with only one hot shot.

Please see attached video, it shows one store with 9 hot shots on top of the

1

FOH cabinets. Pest control company is finding out which store this is.

Attached is also a DOH violation for a hot shot in one of our stores.

Please, I ask again, for our partners safety, health and brand (protecting A grade), pass on this message onto the DM/SM and have them all removed.

Thank you,

Rami Kranz

Manager, Quality Assurance

New York Metro & Mid Atlantic Region

STARBUCKS COFFEE COMPANY

(646) 574-8205 <tel:(646)%20574-8205>  mobile

rkranz@starbucks.com <mailto:rkranz@starbucks.com>

CONFIDENTIAL                    DEF0000142