# **EXHIBIT 30**

## Exela-Newark

**From:** Rami Kranz <rkranz@starbucks.com>
**Sent:** Wednesday, February 6, 2019 9:55 PM
**To:** Robyn Ruderman
**Subject:** FW: Weekly NYMLT Meeting



**Rami Kranz CP-FS**
Manager, Quality Assurance
New York Metro and New Jersey Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com

---

**From:** Rami Kranz <rkranz@starbucks.com>
**Date:** Tuesday, January 23, 2018 at 10:48 PM
**To:** Tracey Gaven-Bridgman <tgavenbr@starbucks.com>
**Cc:** AC-Region 7 - CO RD - US <4573300007@starbucks.com>, Rachel Kelly <rkelly@starbucks.com>, Rana Saab <rsaab@starbucks.com>, Meg Ross <meross@starbucks.com>, Sandor Petiet <spetiet@starbucks.com>, Thom Burns <tburns@starbucks.com>, Todd Trewhella <ttrewhel@starbucks.com>, Dan Shallit <dshallit@starbucks.com>, Nancy Van Kleunen Curran <nvankleu@starbucks.com>, Stephen Gallant <sgallant@starbucks.com>, Matt Bussard <mbussard@starbucks.com>, Lynn Hepler <lhepler@starbucks.com>, Carla Ruffin <cruffin@starbucks.com>, Ron Shuler <rshulerj@starbucks.com>, Alexis Vertucci <avertucc@starbucks.com>, Kate McShane <kmcshane@starbucks.com>
**Subject:** Re: Weekly NYMLT Meeting

Hi Tracey,

I did elaborate during the call, and the highlights are:

- Hot shots are insecticides used to treat fruit flies and house flies.
- People are not meant to be around hot shots as it is an organophosphate and attacks the nervous system.
- Partners have been abusing hot shots in stores, using up to ten hot shots on top of the menu board counters.
- DOH are aggressively citing hot shots in stores and comes with a hefty violation points.
- This has been discussed a few times before and the situation was improving.
- Unfortunately, pest control recently found a hot shot located in the pastry case, under the bagels.

1

- This is a serious condition, that can cause food cross contamination and food illness.
- I sent the pictures and store number to the RD and DM, and the issue is being addresses.

Thank you,



**Rami Kranz**
Manager, Quality Assurance
New York Metro & Mid Atlantic Region
**STARBUCKS COFFEE COMPANY**
(646) 574-8205 mobile
rkranz@starbucks.com

---

**From:** Tracey Gaven-Bridgman <tgavenbr@starbucks.com>
**Date:** Tuesday, January 23, 2018 at 9:20 PM
**To:** Rami Kranz <rkranz@starbucks.com>
**Cc:** AC-Region 7 - CO RD - US <4573300007@starbucks.com>, Rachel Kelly <rkelly@starbucks.com>, Rana Saab <rsaab@starbucks.com>, Meg Ross <meross@starbucks.com>, Sandor Petiet <spetiet@starbucks.com>, Thom Burns <tburns@starbucks.com>, Todd Trewhella <ttrewhel@starbucks.com>, Dan Shallit <dshallit@starbucks.com>, Nancy Van Kleunen Curran <nvankleu@starbucks.com>, Stephen Gallant <sgallant@starbucks.com>, Matt Bussard <mbussard@starbucks.com>, Lynn Hepler <lhepler@starbucks.com>, Carla Ruffin <cruffin@starbucks.com>, Ron Shuler <rshulerj@starbucks.com>, Alexis Vertucci <avertucc@starbucks.com>, Kate McShane <kmcshane@starbucks.com>
**Subject:** Re: Weekly NYMLT Meeting

Hello Rami
Not certain if you had the opportunity to elaborate on this tonight as I had to jump off the last few moment.
Please share your talking points and action items with the team.

Thank you
Tracey


Tracey Gaven-Bridgman
tgavenbr@starbucks.com
Cell phone: 908-337-1023


Sent from my iPhone

On Jan 23, 2018, at 3:59 PM, Rami Kranz <rkranz@starbucks.com> wrote:

> Pictures to discuss at weekly meeting today.
>
> Thank you,

2