**EXHIBIT 38**



From: Rami Kranz <rkranz@starbucks.com>
To: jillavptermite@aol.com <jillavptermite@aol.com>
Sent: Mon, Oct 16, 2017 5:42 am
Subject: Re: Dichlorvos Strips.

Hi Jill,

Ill call you around 10. Which stores had these in them?

I sent out the email to all the last time you asked, and I mentioned it during my leadership presentation to Ross and the RDs just last week.

I can have another talk with the team and stress the importance of breaking this habit.

Speak soon,

> **Thank you,**
>
> **Rami Kranz**
> Regional Retail Quality Assurance Manager, New York Metro
> **STARBUCKS COFFEE COMPANY**
> (646) 574-8205 mobile
> rkranz@starbucks.com

On Oct 15, 2017, at 23:49, "jillavptermite@aol.com" <jillavptermite@aol.com> wrote:

> Rami -
> My service mgr just sent me a pic of a DDVP strip that was placed in a flylight.
> I myself came across 2 in the past 2 nights while inspecting under counter cabinets and we're inches from my face.
> When you get a moment tomorrow if you could give me a call.
> Thank you
>
> --
> Jill Shwiner
> AVP Termite & Pest Control of NY
> 4313 Arthur Kill Road, S.I. NY
> (O) 718-967-9800
> (C)  732-740-1037
> <40305.jpeg>