**EXHIBIT 39**

Exela-Newark

**From:** Rami Kranz <rkranz@starbucks.com>
**Sent:** Wednesday, February 6, 2019 9:54 PM
**To:** Robyn Ruderman
**Subject:** FW: Hot shot in pastry case #28168
**Attachments:** image002.jpg; image004.jpg

Rami Kranz CP-FS

Manager, Quality Assurance

New York Metro and New Jersey Region

STARBUCKS COFFEE COMPANY

(646) 574-8205 <tel:(646)%20574-8205> mobile

rkranz@starbucks.com <mailto:rkranz@starbucks.com>

From: Rami Kranz <rkranz@starbucks.com>
Date: Tuesday, January 23, 2018 at 5:06 PM
To: Ron Shuler <rshulerj@starbucks.com>, Taz Mbodje <tmbodje@starbucks.com>
Subject: Hot shot in pastry case #28168

Hi Ron,

A hot shot was found in the pastry case under the bagels in store # 28168.

Please advise team that hot shots are insecticides and can cause food borne illness if located

Near food items.

1

CONFIDENTIAL                                                                                                                                    DEF0000144

Thank you,

Rami Kranz

Manager, Quality Assurance

New York Metro & Mid Atlantic Region

STARBUCKS COFFEE COMPANY

(646) 574-8205 <tel:(646)%20574-8205>  mobile

rkranz@starbucks.com <mailto:rkranz@starbucks.com>