# **EXHIBIT 40**

## Exela-Newark

**From:** Rami Kranz <rkranz@starbucks.com>
**Sent:** Wednesday, February 6, 2019 9:47 PM
**To:** Robyn Ruderman
**Subject:** FW: Dichlorvos (No Pest Strips)
**Attachments:** hotshot no pest strip.pdf; ATT00001.htm; 20160730_003521.jpg; ATT00002.htm; 20160730_004407.jpg; ATT00003.htm; 2016-08-01-15-34-10.png; ATT00004.htm; 2016-08-01-15-34-26.png; ATT00005.htm

Sent from Stephen Gallant on 8/2/16.

Thank you,

Rami Kranz CP-FS

Manager, Quality Assurance

New York Metro and New Jersey Region

STARBUCKS COFFEE COMPANY

<tel:(646)%20574-8205> (646) 574-8205 mobile

<mailto:rkranz@starbucks.com> rkranz@starbucks.com

From: Stephen Gallant <sgallant@starbucks.com>
Date: Tuesday, August 2, 2016 at 6:17 AM
To: Rami Kranz <rkranz@starbucks.com>
Subject: Fwd: Dichlorvos (No Pest Strips)

Rami

We have passed on to ops not to use these pest strips. It have more weight coming from you

Stephen Gallant

sr. facilities manager / NYC

781-608-2362

1

CONFIDENTIAL                                                                                                  DEF0000126

sgallant@starbucks.com <mailto:sgallant@starbucks.com>

Sent from my iPhone

Begin forwarded message:

From: Jill Shwiner <jillavptermite@aol.com <mailto:jillavptermite@aol.com> >
Date: August 1, 2016 at 7:02:55 PM EDT
To: <sgallant@starbucks.com <mailto:sgallant@starbucks.com> >
Subject: Dichlorvos (No Pest Strips)

Hi Stephen,

Hope you are well. I wanted to bring to your attention an issue with Dichlorvos strips (No Pest Strips)

being used in the stores. I was speaking to Alloy about finding them in a store and he thought I should alert you as well.

We occasionally find them in some stores, but recently there has been an increase in the amount of stores we find them in. The product label clearly states its a violation to use this product in food establishment areas where food is prepared & served. It can ONLY be used in non-food areas where occupied by people LESS than 4 hours per day. I am attaching copy of the label.

We generally find them on top of the cabinets or below the FOH counters (we mark on our workorders if they were found) but Friday nite my Service Mgr sent me a pic of strips that were taken out of its case and placed in the pastry case and one on top of a light. He told the shift supervisor they cannot be used in food service areas, let alone put in almost direct contact in enclosed food case. She thought we were putting them out and he let her know that we do not use this product.

Last year at the DM summit, I gave presentations about pest control and made a point of addressing the use of this product with each group of DM's so they could speak directly to stores about its use.

Im also enclosing a link that details the severity of improper Dichlorvos use & health risks that could result.

http://www.doh.wa.gov/CommunityandEnvironment/Contaminants/Pesticides/PestStrips

2

CONFIDENTIAL                                                                                                                        DEF0000127

Please let me know if there is any other info I can provide you with or please contact me with any questions.

Jill Shwiner

AVP Termite & Pest Control of NY, Inc.

4313 Arthur Kill Rd, S.I., NY 10309

(T)718-967-9800

(F)718-967-9894

(C)732-740-1037

CONFIDENTIAL   DEF0000128