# **EXHIBIT 41**

| | |
|---|---|
| From: | Stephen Gallant [sgallant@starbucks.com] |
| Sent: | 9/15/2016 4:40:39 AM |
| To: | Kate McShane [kmcshane@starbucks.com] |
| CC: | Margaret Kis [mkis@starbucks.com]; Rami Kranz [rkranz@starbucks.com]; Jill Shwiner [jillvptermitr@aol.com] |
| Subject: | IMPORTANT!!!! Fwd: 14 w23rd # 13539 & 7446 |
| Attachments: | smime.p7s |

Kate
Please see below email from out pest control vendor.
Per email store #13539 used pest control bomb last night. These should not be used by our partners and the store should take additional measures this morning prior to opening
Also store #7446 used "no pest strips" above food service areas. These should be removed and the areas cleaned prior to opening

As always if these stores are having continuing or escalating issues with pest, they should call into the FCC and we can dispatch the appropriate vendor and the FSM WILL work with Rami Kranz to assist the stores

Stephen Gallant
sr. facilities manager / NYC
781-608-2362

sgallant@starbucks.com

Sent from my iPhone

Begin forwarded message:

> **From:** <jillavptermite@aol.com>
> **Date:** September 15, 2016 at 12:02:45 AM EDT
> **To:** Margaret Kis <mkis@starbucks.com>
> **Cc:** <sgallant@starbucks.com>
> **Subject: Re: 14 w23rd # 13539 & 7446**
> **Reply-To:** <jillavptermite@aol.com>
>
> Hi Margaret,
> I just got a call from Paul, he was about to service store 13539 and noticed they were locking up so he waited for them to leave. He then entered store and he walked into a faceful of two bug bombs the store had just set off. The store had no warning signs posted & also did not cover any surfaces so everything including food utensils/equipment should be washed down and any food products/condiments should be disposed of.
>
> I'm also attaching pic from last night's service at 7446 where store has dichlorvos (No Pest Strip) right about food service area.
>
> You've always been diligent in helping to get ssues resolved so your assistance in getting the the word out to stores about restricting use of these products is greatly appreciated.
>
> --
> Jill Shwiner
> AVP Termite & Pest Control of NY
> W 718-967-9800

Confidential                                                                                                                          DEF0017223

C  732-740-1037

Wednesday, 10 August 2016, 08:07AM -04:00 from Margaret Kis mkis@starbucks.com:

Thank you Jill, I am copying the FSMs and our FM, Stephen. He will pass this on to the DM's so they can communicate to the stores .

**From:** jillavptermite@aol.com [mailto:jillavptermite@aol.com]
**Sent:** Wednesday, August 10, 2016 8:06 AM
**To:** Margaret Kis
**Subject:** Missing Pest control devices

Hi Margaret,

It is being reported by my technicians that some stores are either relocating or removing our pest control devices (snap traps, multicatch rodent traps, monitors, fly fruit traps).  Where possible, we label the devices with "do not touch" stickers and its printed on workorders not to disturb the devices.  Devices that are placed out of reach, so they're  not disturbed during cleaning and/or when placed in secluded areas, are still found moved or missing.  Any missing devices are noted on workorders at time of service.

We also note on workersorders when we find dichlorvos strips (No Pest Strips) as they are  not labled for use in food establishments.  These are mostly found in FOH under counters hanging from pipes or on floor, on top of high cabinets near vents, one was recently found inside a pastrycase.

Please let me know if you any questions.

--
Jill Shwiner
AVP Termite & Pest Control of NY
W  718-967-9800
C  732-740-1037

Confidential
DEF0017224