# EXHIBIT M

| | |
|---|---|
| **From:** | Reggie Borges |
| **Sent:** | Wednesday, May 22, 2019 9:18 AM |
| **To:** | StarbucksPress@edelman |
| **Cc:** | Bailey Adkins; Albanesi, Sarah; @SBUX Issues |
| **Subject:** | Re: NYC Patch Inquiry (Local), Deadline N/A: Pesticide Lawsuit Follow Up |

If Sarah is comfortable, I am fine with her being named.

Sent from my iPhone

On May 22, 2019, at 6:14 AM, @Starbucks Press <StarbucksPress@edelman.com> wrote:

> Hi Reggie and Bailey,
>
> Flagging that NYC Patch reporter Noah Manskar followed up to Sarah's email asking why the Starbucks quote should be generically attributed to a spokesperson rather than to Sarah. The article can be found here.
>
> Please let us know if Hotline can assist with a response.
>
> Thanks,
> Lizzy
>
> **Starbucks Media Relations**
> Email: press@starbucks.com
> Hotline: 206-318-7100
>
> **From:** Noah Manskar <noah.manskar@patch.com>
> **Sent:** Wednesday, May 22, 2019 9:07 AM
> **To:** @Starbucks Press <StarbucksPress@edelman.com>
> **Subject:** Re: NYC lawsuits
>
> Hi Sarah,
>
> Thanks for reaching out. Can I ask why you want the generic attribution with your quote? I did attribute the background info to a spokesperson as you requested, but we would really prefer to have your name with the statement since you gave it to me on the record.
>
> Thanks,
>
> Noah Manskar
> Reporter
> New York City Patch
> 615-428-1942  |  @noahmanskar
> noah.manskar@patch.com
>
>
> On Tue, May 21, 2019 at 7:07 PM @Starbucks Press <StarbucksPress@edelman.com> wrote:
>
>> Hi Noah,
>>
>> I noticed your article posted and was wondering if you'd be willing to attribute our conversation to a Starbucks spokesperson and remove my name? We'd really appreciate it!
>>
>> Thank you,

1

Sarah

**From:** @Starbucks Press
**Sent:** Tuesday, May 21, 2019 2:02 PM
**To:** Noah Manskar <noah.manskar@patch.com>
**Cc:** @Starbucks Press <StarbucksPress@edelman.com>
**Subject:** RE: NYC lawsuits

Hi Noah,

Thanks for chatting on the phone. Our official statement is below:

"The lawsuits filed by the plaintiffs and their attorneys lack merit and are an attempt to incite public fear for their own financial gain. We go to great length to ensure the safety of our partners and customers, and we are confident they have not been put at risk. Starbucks takes the concerns of its partners very seriously and does not take action or retaliate against partners who express them."

To reiterate the on-background information, products used in our stores must meet high safety standards in order to comply with our company guidelines. Upon hearing reports that employees had used a product that violated company guidelines, Starbucks immediately instructed local leadership to remove these products. We can confirm that these products have been removed.

Additionally, I can confirm that we consulted with experts who concluded that based on how the strips were used in stores, **employees and customers were not exposed to health risks**. Please feel free to use that information, attributable to a Starbucks spokesperson, in any article/segment you end up writing.

Best,

Sarah

**Starbucks Media Relations Team**

Email: press@starbucks.com

Hotline: 206-318-7100

Confidential                                                                                                                                               DEF0045453

**From:** Noah Manskar <noah.manskar@patch.com>
**Sent:** Tuesday, May 21, 2019 1:16 PM
**To:** press@starbucks.com
**Subject:** NYC lawsuits

Hi there,

My name is Noah Manskar, and I'm a reporter with New York City Patch. I'm hoping to get Starbucks's response to two lawsuits filed today in federal and state courts. One alleges that Starbucks's Manhattan stores use a dangerous pesticide called Dichlorvos, which the CDC has said should not be used in kitchens or restaurants. The other accuses the company of terminating a pest control contract after its staff alerted the company to the use of harmful pesticides.

How does Starbucks respond to these allegations? And to what extent will the company fight the lawsuits in court? I'd greatly appreciate any comment you can share ASAP.

Thanks,

Noah Manskar

Reporter

New York City Patch

615-428-1942  |  @noahmanskar

noah.manskar@patch.com

Confidential                                                                                                                                                                                                                   DEF0045454