# EXHIBIT N

```
 1                     - RACHEL KELLY -

 2    UNITED STATES DISTRICT COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    --------------------------------X

 5    RAFAEL FOX, ET AL.,

 6               V.            CIVIL CASE NO.

 7                       1:19-CV-04650-AJN-SN

 8    STARBUCKS CORPORATION,

 9               Defendant.

10    --------------------------------X

11    DATE:  SEPTEMBER 2, 2020

12    TIME:  11:15 A.M.

13

14            VIDEOCONFERENCE DEPOSITION OF RACHEL

15    KELLY, pursuant to Notice, before Hope Menaker, a

16    Shorthand Reporter and Notary Public of the State

17    of New York.

18

19

20

21

22

23

24

25
```

```
 1                    - RACHEL KELLY
 2        A.     I actually had a couple of different
 3   locations in the Mid-Atlantic.  So at different
 4   points in time I oversaw Delaware, part of
 5   Maryland, part of Pennsylvania and Northern
 6   Virginia.
 7        Q.     A question about terminology.  You
 8   have down that for March 2012 to September 2013,
 9   you were a human resources manager.  Is that a
10   different department or designation than a Partner
11   Resources Manager?
12        A.     It's the same position.  So I was a
13   Partner Resources Manager, correct.
14        Q.     At that point in time, was the
15   terminology within Starbucks Partner Resources
16   Manager?
17        A.     My title was Partner Resources
18   Manager.  At the time we were also referred to as
19   human resources manager, human resources business
20   partners, and that's listed on my LinkedIn as
21   human resources manager given -- that's more
22   commonly known outside of Starbucks given partners
23   the specific terminology that we use.
24        Q.     You have two positions as Director of
25   Partner Resources, one from October 2017 to June
```

1                        - RACHEL KELLY
2      that there was a wage and hour issue reported by
3      Mr. Fox?
4              MR. GRAFF:  Objection.
5          A.     I don't have that information.  I
6      don't know when Carla was made aware.
7          Q.     What is the basis for your
8      understanding that Ms. Ruffin was aware that there
9      was a wage and hour issue reported by Mr. Fox?
10         A.     I don't -- I don't recall for certain
11     information around when Carla was made aware of
12     that.
13         Q.     Well, sitting here today, do you
14     recall Ms. Ruffin ever reporting to you around the
15     time of Mr. Fox's termination that Mr. Fox
16     reported an alleged underpayment of wages to other
17     Starbucks employees?
18         A.     No, Carla never reported it to me.
19         Q.     I'm going to refer you to a line of
20     questioning by Mr. Graff regarding the discipline
21     of Starbucks employees.  There is verbal and
22     written discipline, correct?
23         A.     Correct.
24         Q.     You are not aware of -- you as
25     partner -- sorry.  You as the Director of Partner

```
1                    - RACHEL KELLY

2     Resources for the New York Metro region was not

3     aware of every single instance of a verbal

4     discipline, correct?

5            A.     That is correct.

6            Q.     As the Director of Partner Resources,

7     were you aware of every single instance of a

8     written warning?

9            A.     No.

10           Q.     Were you expected to be aware of

11    every single instance of a verbal or written

12    warning involving a Starbucks employee?

13           A.     No.  No.

14           Q.     Were you ever made aware of any

15    specific Starbucks employee who was found to have

16    authorized the use of Hot Shots?

17           A.     No.

18           Q.     Prior to this litigation, were you

19    ever made aware of any specific Starbucks

20    employees who was found to have used Hot Shots?

21           A.     No.

22           Q.     And to clarify, sitting here today, I

23    mean, just to clarify.  At the time of Fox's

24    termination, were you aware of any reports of

25    underpayment of wages or the use of Hot Shots by
```

```
 1                      - RACHEL KELLY
 2     Mr. Fox?
 3          A.    No.
 4          Q.    Were there any other Store Managers
 5     who were under investigation by the New York City
 6     Department of Consumer Affairs around the time of
 7     Mr. Fox's termination?
 8                MR. GRAFF:  Objection.
 9          A.    Not that I recall.
10          Q.    No further questions.
11                MR. GRAFF:  I have just a couple of
12          follow-ups.
13     EXAMINATION BY MR. GRAFF:
14          Q.    Ms. Kelly, is there any sort of
15     document at Starbucks like a corrective action
16     matrix or some sort of chart that describes
17     different categories of infractions and correlates
18     them to particular types of appropriate
19     discipline?
20          A.    We do -- we do have what's called a
21     virtual coach, and this is a tool that you can go
22     on and work through different scenarios, and it
23     could provide a recommendation or examples; and it
24     also would outline instances where they would
25     recommend you reach out to either a local Partner
```