# EXHIBIT O

```
 1                UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF NEW YORK

 3                         - - -
     RAFAEL FOX, et al.,        ) CIVIL DIVISION
 4                              )
              Plaintiffs,       ) NO. 1:19-CV-04650-AJH-SN
 5                              )
                                )
 6                              ) REMOTE VIDEO CONFERENCE
                                ) DEPOSITION OF
 7       -vs-                   ) LESLIE FABLE
                                )
 8                              ) Filed on Behalf of the
                                ) Plaintiffs
 9                              )
     STARBUCKS CORPORATION,     ) Counsel of Record For
10                              ) This Party:
             Defendant.         )
11                              ) Ariel Graff, Esq.
                                ) Filosa Graff
12                              ) 111 John Street
                                ) Suite 2510
13                              ) New York, NY 10038

14

15

16

17
                            - - -
18

19              CONFIDENTIAL TRANSCRIPT

20

21

22   REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
     WITHOUT AUTHORIZATION FROM THE CERTIFYING
23   AGENCY

24

25
```

1    REMOTE VIDEO CONFERENCE DEPOSITION OF

2    LESLIE FABLE, a witness herein, called by the

3    Plaintiff for examination, taken pursuant to

4    the Federal Rules of Civil Procedure, by and

5    before Alyssa A. Repsik, a notary public in and

6    for the Commonwealth of Pennsylvania, on

7    Wednesday, September 29, 2020, at 12:00 p.m.

8    COUNSEL PRESENT:
     For the Plaintiffs:    Ariel Graff, Esq.
9                           Filosa Graff
                            111 John Street
10                          Suite 2510
                            New York, NY 10038
11
     For the Defendant:     Rebecca Goldstein, Esq.
12                          Littler Mendelson
                            900 Third Avenue
13                          New York, NY 10022

14                - - -
              I N D E X
15
     WITNESS                                          PAGE
16
     Leslie Fable
17
      By Mr. Graff                                      3
18
                  - - -
19            E X H I B I T S

20   NUMBER      DESCRIPTION                          PAGE
       11        End of Year Recognition               80
21     10        E-mails                               90
       12        E-mails                              109
22     18        E-mail                               112
       23        Policy Excerpt                       113
23      9        Photos                               116

24

25

1          Q.   Or whatever part you're looking
2     at that seems like an important part, if you
3     could just read out what it says and then we'll
4     talk about it.
5          A.   Okay.  Just the same, "District 467
6     end of year recognition and celebration, New
7     York Metro, October 27th, 2017."
8          Q.   And then in the right it says,
9     "presented to," could you read that text?
10         A.   "Presented to Rafael Fox, FY17,
11    store operations and customer connection, 48
12    and 25 West Broadway and Leonard.
13         Q.   Could you explain what all of that
14    bolded language means?
15         A.   Yes.  So, once again, the year ended
16    in September, so October was a new fiscal year.
17    There were no store manager -- not there were
18    no store manager, the store -- at the time, the
19    West Broadway and Leonard, they were No. 1 in
20    store operations and customer connections
21    score.
22              So the store operations score has to
23    deal with the cleanliness of the store, et
24    cetera, and customer connections is based on
25    surveys that are sent out to customers, how

```
 1    well the store is doing.
 2              This actually happened under William
 3    Banfield's watch.  He was in that location for
 4    the majority of the year.  Once again, he left
 5    somewhere in 2017, around the summertime, I
 6    believe, or closer to August.
 7              But at the time of this award, at
 8    the time I was handing this out, I couldn't
 9    hand it out to William Banfield, so it went to
10    Rafael Fox because he was then now in that
11    location.
12         Q.   Okay.  You had, a moment ago, used
13    the word "reward" to refer to this document.
14              Does it have a more formal title or
15    is there a term that's specific to describe
16    recognitions of this sort?
17         A.   No, it was just something that I did
18    in my own district at the end of year to
19    recognize the work that was done from store to
20    store.
21         Q.   Is that something that you wanted to
22    do?
23         A.   That's something I wanted to do,
24    yes.
25         Q.   Why did you want to do it?
```