# EXHIBIT P

Tina McDonald
August 27, 2020                                                               1

1                        - TINA McDONALD -

2     UNITED STATES DISTRICT COURT

3     SOUTHERN DISTRICT OF NEW YORK

4     --------------------------------X

5     FOX, ET AL.,

6                  V.            CIVIL CASE NO.

7                         1:19-CV-04650-AJN-SN

8

9     STARBUCKS CORPORATION,

10                Defendant.

11    --------------------------------X

12    DATE:  August 27, 2020

13    TIME:  10:00 A.M.

14

15              VIDEOCONFERENCE DEPOSITION OF TINA

16    McDONALD, pursuant to Notice, before Hope Menaker,

17    a Shorthand Reporter and Notary Public of the

18    State of New York.

19

20

21

22

23

24

25

U.S. LEGAL SUPPORT
(877) 479-2484

1               - TINA McDONALD -

2      about Hot Shots?

3           A.    No.  No, I did not.

4           Q.    What was it that you anticipated Mr.

5      Fox's district manager would do in response to the

6      information that Mr. Fox was sharing with you?

7               MR. MOY:  Objection.

8           A.    Did I say that I anticipated him

9      doing anything?

10          Q.    I should not have inferred that.

11              When you told Mr. Fox to take his

12     concern to his district manager who you indicated

13     was Tim Hutchinson what, if anything, did you

14     anticipate that Tim Hutchinson might do with the

15     information?

16          A.    I could not -- I can't specifically

17     anticipate what Tim would do necessarily as far as

18     a district manager, because I'm -- I was not

19     familiar with how they go about navigating through

20     those particular situations as I was never a

21     district manager.

22              I'm just aware at that time as a

23     compliance specialist, which is still the same

24     level as a store manager, that when things like

25     this happen you escalate them to your DM.  So I'm

```
 1                    - TINA McDONALD -
 2     not sure what Tim was going -- what would be the
 3     next course of action; that type of information I
 4     would not have had visibility to.
 5          Q.    What date, if you can recall, was
 6     your conversation with Mr. Fox?
 7          A.    I cannot recall a specific date.
 8     I -- I believe it was within the month of January.
 9          Q.    January, 2018?
10          A.    Yes.  January, 2018.
11          Q.    Did you ever circle back with the
12     district manager Mr. Hutchinson at all to follow
13     up on whether Rafael Fox had been in touch with
14     him?
15          A.    I did not have any conversation with
16     Tim, as that was not within my scope of work to
17     address that.
18                I was there to address compliance
19     specific to the Fair Workweek legislation.
20                MR. GRAFF:  Counsel, without
21         attempting to try even to anticipate on the
22         record I would like to note, and we can mark
23         the record here, I believe from the witness'
24         responses that she is not adequately prepared
25         to testify as to Starbucks' corporate
```