# EXHIBIT Q

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
 3            Case No. 19-CV-4650

 4     ----------------------------------------------
       RAFAEL FOX, PAUL D'AURIA and JILL SHWINER,
 5
                    Plaintiff,
 6
                v.
 7
       STARBUCKS CORPORATION d/b/a
 8     STARBUCKS COFFEE COMPANY,

 9                  Defendants.
       ----------------------------------------------
10

11        PORTION OF TRANSCRIPT DESIGNATED CONFIDENTIAL

12             TRANSCRIPT OF ZOOM VIDEOCONFERENCE OF

13

14                         CARLA RUFFIN

15

16

17

18

19              TRANSCRIPT of the stenographic notes

20     of the proceedings in the above-entitled matter, as

21     taken by and before TAB PREWETT, a Registered

22     Professional Reporter, a Certified LiveNote

23     Reporter, and Certified Shorthand Reporter with all

24     parties present remotely via Zoom videoconference on

25     Friday, August 21, 2020, commencing at 10:05 a.m.
```

| | |
|---|---|
| 1 | Carla Ruffin |
| 2 | it was for her to see what she could do to help the |
| 3 | managers get to where they needed to be.  As time |
| 4 | progressed, she -- and she audited stores or did |
| 5 | store visits and -- I remember Mr. Rivera |
| 6 | specifically -- some of those managers were termed. |
| 7 | Q    They were involuntarily terminated? |
| 8 | A    Yes.  There were some managers chose |
| 9 | to leave and some -- and I don't remember |
| 10 | specifically the number, but there were some |
| 11 | terminations. |
| 12 | Q    And to be clear, we're talking about |
| 13 | terminations of store managers in the same district |
| 14 | as Mr. Fox when Ms. De La Cruz was the district |
| 15 | manager? |
| 16 | A    Yes.  And I only remember one |
| 17 | specifically, and that's the one I just mentioned, |
| 18 | who I believe his name was Alex Rivera. |
| 19 | Q    And do you remember one way or another |
| 20 | whether Ms. De La Cruz endorsed and advocated for |
| 21 | Mr. Fox to receive "manager of the quarter" |
| 22 | recognition during the short period of time when she |
| 23 | was district manager of his district? |
| 24 | A    I don't -- I don't recall. |
| 25 | Q    When was the most recent write-up or |

1                       Carla Ruffin
2    written coaching that Mr. Fox received prior to his
3    termination?
4           A      I have no idea.
5           Q      How many years was Mr. Fox a store
6    manager at Starbucks?
7           A      To my recollection, I believe he had
8    been a manager for eight to nine years.
9           Q      How many years was he an employee of
10   Starbucks?
11          A      I don't have that knowledge.
12          Q      Did you consult with any district
13   managers in the course of -- withdrawn.  Withdrawn.
14                 Just to confirm, what was the full
15   title, if you were using the fullest, most formal
16   actual title, of your position in New York?
17          A      Regional director of operations.
18          Q      Is there any more to the title that
19   designated your area?
20          A      Not in the title.
21                 MR. GRAFF:  I have no further
22       questions at this time, unless Mr. Moy has
23       any?
24                 MR. MOY:  I believe I do, to clarify
25       certain things.  Can you just give me three