# EXHIBIT R

# Corrective Action Form

106032

Store/Dept.: 3/21

Employee's Name: Rafael Fox
Manager's Name: Adam Snyder
Employee's Hire Date: _____
Today's Date: 6/27/04

## Statement of Situation

**Manager's Statement** — Describe the situation leading to the completion of this notice. Use Corrective Action Plan Form, if necessary.

Date of Occurrence(s): 6/26

Description: Rafael's Drop was (6.11) short, which is a violation of our cash handling policies. I would have attached his till summary, but he never drops it! —ACS

**Employee's Statement** — Employee is encouraged to remark about this event. Use Corrective Action Plan Form, if necessary.

Date of Occurrence(s): _____

Description:

## Corrective Action

(circle one)   Verbal   Written          (circle one)   Verbal   Written
Date: _____ By Whom: _____        Date: _____ By Whom: _____
Comments:                              Comments:

☐ Employee scheduled to meet for follow-up evaluation on _____ to review Action Plan to improve performance.
☐ See attached Action Plan.                    ☐ Other:

## Reinforcing Improved Performance

Date: _____ Performance has (circle one): improved    not improved
If performance has improved:                      If performance has NOT improved:
Specific description of how employee performance has improved:    Action Taken:

Action Plan for continued reinforcement of improved performance:

## Signatures

Manager preparing form _____ Date 6/27      Next level manager _____ Date

I have read the above document and understand the information.

Employee _____ Date _____

SKU 104130    Yellow Copy-employee (if written action)    Pink Copy-manager/store copy    Blue Copy-Human Resources/Regional Office

CONFIDENTIAL                                                    DEF0000030

# Corrective Action Form

1000932

Store/Dept.: 7675 / 14th & 6th

Employee's Name: RAFAEL FOX

Employee's Hire Date: _____

Manager's Name: YUSUF JAWARA

Today's Date: 04/27/05

## Statement of Situation

**Manager's Statement** — Describe the situation leading to the completion of this notice. Use Corrective Action Plan Form, if necessary.

Date of Occurrence(s): 04/26/05

Description: RAFAEL'S DEPOSIT WAS (9.78) SHORT

**Employee's Statement** — Employee is encouraged to remark about this event. Use Corrective Action Plan Form, if necessary.

Date of Occurrence(s): 4/27

Description: I accept full responsibility. I'll do my best to prevent any future occurrences.

## Corrective Action

(circle one)  **Verbal** (circled)   Written

Date: _____ By Whom: _____

(circle one)  Verbal   Written

Date: _____ By Whom: _____

Comments:

☐ Employee scheduled to meet for follow-up evaluation on _____ to review Action Plan to improve performance.

☐ See attached Action Plan.   ☐ Other:

THIS IS A VIOLATION OF OUR CASH HANDLING POLICY ANY FURTHER INFRACTIONS WILL RESULT IN FURTHER CORRECTIVE ACTION UP TO AND INCLUDING TERMINATION

## Reinforcing Improved Performance

Date: _____ Performance has (circle one):   improved   not improved

If performance has improved:

If performance has NOT improved:

Specific description of how employee performance has improved:

Action Taken:

Action Plan for continued reinforcement of improved performance:

## Signatures

Manager preparing form _____ Date: 04/27/05

Next level manager _____ Date: _____

I have read the above document and understand the information.

Employee _____ Date: 4/29/05

SKU 104130   Yellow Copy-employee (if written action)   Pink Copy-manager/store copy   Blue Copy-Human Resources/Regional Office

CONFIDENTIAL                    DEF0000031