EXHIBIT A

| | |
|---|---|
| **From**: | Rachel Kelly [rkelly@starbucks.com] |
| **Sent**: | 11/24/2017 4:52:03 PM |
| **To**: | AC-Area 82 - CO DM - US [4523500082@starbucks.com]; AC-Area 76 - CO DM - US [4523500076@starbucks.com]; AC-Area 146 - CO DM - US [DL-Area146-CODM-US@starbucks.com]; Elvin Olivo [eolivo@starbucks.com]; Alvin Rampal [arampal@starbucks.com]; Faheem Memon [fmemon@starbucks.com]; S07296 Fresh Meadows [S07296@retail.starbucks.com]; S07391 215th & North [S07391@retail.starbucks.com]; S07539 Flushing - Main Street [S07539@retail.starbucks.com]; S07559 Whitestone [S07559@retail.starbucks.com]; S23593 Main Street-Flushing [S23593@retail.starbucks.com]; S11933 118-24 Queens Blvd Queens [S11933@retail.starbucks.com]; S21514 Jamaica Ave at Van Wyck Expwy [S21514@retail.starbucks.com]; S25685 8900 Sutphin Blvd [S25685@retail.starbucks.com]; S48116 159-27 Jamaica Ave [S48116@retail.starbucks.com]; S49196 221-01 Horace Harding Expwy. [S49196@retail.starbucks.com]; S07217 Forest Hills [S07217@retail.starbucks.com]; S02787 Queens Center Mall [S02787@retail.starbucks.com]; S07349 Continentl Av [S07349@retail.starbucks.com]; S07492 Howard Beach [S07492@retail.starbucks.com]; S07897 67th & Queens Blvd [S07897@retail.starbucks.com]; S11812 Atlas Park Queens [S11812@retail.starbucks.com]; S17202 Queens Blvd & Bway (Qns) [s17202@retail.starbucks.com]; S22716 Queens Blvd- Rego Park DT [S22716@retail.starbucks.com]; S24165 Queens Blvd Rego Park NEWx [S24165@retail.starbucks.com]; S25040 Myrtle Ave & Wyckoff Ave [s25040@retail.starbucks.com]; AC-Area 82 - CO Store - US [4523000082@starbucks.com]; AC-Area 76 - CO Store - US [4523000076@starbucks.com]; AC-Area 146 - CO Store - US [DL-Area146-COStore-US@starbucks.com]; S13450 Bellerose Jericho & 251st [S13450@retail.starbucks.com]; S14240 Horace Harding Blvd Little Neck [S14240@retail.starbucks.com] |
| **CC**: | Rhesa Welch [rwelch@starbucks.com]; Nancy Murgalo [NMurgalo@starbucks.com]; Rachel Kelly [rkelly@starbucks.com]; Ron Shuler [rshulerj@starbucks.com]; Alexis Vertucci [avertucc@starbucks.com]; Kate McShane [kmcshane@starbucks.com]; Carla Ruffin [cruffin@starbucks.com]; Robyn Ruderman [rruderma@starbucks.com]; Tracey Gaven-Bridgman [tgavenbr@starbucks.com]; Chris Fugarino [cfugarin@starbucks.com]; Sandy Ellison [sellison@starbucks.com]; Bradley Jennison [bjenniso@starbucks.com]; Corrin Crowley [ccrowley@starbucks.com]; Shari Ruge [sruge@starbucks.com] |
| **Subject**: | New York Scheduling Legislation Goes Live Today |
| **Attachments**: | Form - Partner Availability and Good Faith Est - US - NYC (editable PDF).pdf; Form - Schedule Change Log - New York City.pdf; New York scheduling rules - SM NTK.PDF |

Dear partners,

Today marks the launch of the New York Scheduling Legislation designed to provide a stable, more predictable schedule that promotes greater economic security to retail and food service workers.  Our partners have always been at the center of Starbucks and everything we do demonstrates our commitment to the Mission: to inspire and nurture the human spirit-one person, one cup, one neighborhood at a time.  As leaders, each week brings hundreds of opportunities to create the human connection and be the bright spot in our partners' and customers' lives.  As you are leading through this change with our partners, please keep our Mission, the North Star Agenda and the intention of this legislation at the forefront of your conversations.

Starbucks is fully committed to providing our partners with a schedule that is stable and predictable and offers opportunities for economic growth and security.  The New York City Fair Workweek Law promotes this commitment by requiring that:
- New partners receive a good faith estimate of hours upon hire (attached for your convenience).
- All partners be provided with an eleven-hour period of rest between shifts, which span over a period of two days (e.g. clopenings).
- Schedules be published and posted a minimum of 2 weeks out.
- Partners receive predictability pay for schedule changes made with less than 14 days of notice.
- Additional shifts be offered to existing partners prior to hiring.

Consistent with our commitment to predictable scheduling and to comply with the New York City Fair Workweek Law, Starbucks reinforces the following:
- Schedule Change Log should be attached to your Daily Records Book and in use effective today (attached for your convenience).
- Changes to schedules initiated by either a SM, ASM, or SS with less than 14 days of notice will trigger predictability pay to the affected partners.

- Changes to schedules initiated by partners will <u>not</u> trigger predictability pay.  Partners who request a schedule change (with less than 14 days of notice) <u>must</u> document their request by completing the Schedule Change Log.
- Changes to schedules falling under one of the exceptions provided by law will <u>not</u> trigger predictability pay.  Consult Store Manager Need to Know for exceptions.
- If unclear who is initiating the change to schedule (partner or store), DMs or the PRSC must be consulted.
- All changes to scheduling made with less than 14 days of notice <u>must</u> be logged in the Schedule Change Log.   All tabs in this Log must be completed, including the reason code, partner consent, and authorization by supervisor.
- Time worked = Time paid
- Before hiring any new partners, for 3 consecutive days, open shifts <u>must</u> be posted concurrently in the home store where the shift is available, as well as all other stores in the home store's borough.  Priority is given to partners working in the home store.  Partners working in all other stores in the borough get priority over new hires.  You will receive additional information for your respective borough next week.
- Store Managers must review Store Manager Need to Know for additional information about their responsibilities under the law.
- Store Managers must review Barista Need to Know with baristas and shifts supervisors.
- Baristas and shift supervisors must sign New York Scheduling Rules Acknowledgement, acknowledging their rights and responsibilities under the law.
- Schedules, Schedule Change Logs, and Shift Postings must be retained for 3 years and returned to the Regional Office on a quarterly basis in a folder marked with store name, store number, SM name, Quarter #, and Fiscal Year.

Regional Directors, District Mangers, and Partner Resources are all available to support the stores in the implementation of the law and answer any questions that may arise. We appreciate your partnership in furtherance of our commitment to provide our partners with stable scheduling and opportunity for growth.

On behalf of the entire New York Metro Leadership team, we appreciate your commitment to creating a great work environment for our partners and thank you for your leadership.

**Rachel Kelly**
**director, Partner Resources**
**Mid-Atlantic and New York Metro**
**mobile:  240.285.1583**



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.