# EXHIBIT C

# SCHEDULE CHANGE LOG – NEW YORK CITY STORES ONLY

Store #_____

*Use this log to record any changes to the schedule.*

**Reason Codes:**
1. Voluntary change in schedule requested by partner (e.g., partner-to-partner request to cover or swap shifts
2. Change in hours due to business reasons, as determined by Starbucks, requiring predictability pay:
    a. Less than 14 days of notice without loss of hours = $10
    b. Less than 7 days of notice without loss of hours = $15
    c. Less than 14 days of notice with loss of hours = $20
    d. Less than 7 days of notice with loss of hours = $45
    e. Less than 24 hours of notice with loss of hours = $75
3. Working with less than 11 hours of rest between shifts**
4. Time off requested by partner (e.g., sick)
5. Tardy / No Call No Show
6. Emergency situation (e.g., natural disaster, utility failure, loss of public transportation, severe weather, threats to partners or property)

*Partner consent and authorization by either store manager, assistant store manager, or shift supervisor are required prior to working additional hours
**Partner consent and district manager authorization are required prior to working a shift with less than 11 hours of rest in between

**Store manager:** Keep this form in the *Daily Records Book* (DRB) and attach it to the divider titled "Punch Communication Log." Retain in the DRB until the Quarterly New York Metro Document Return.

**Key Points:**
1. All entries in the *Schedule Change Log* must be signed by both the partner and the manager or shift supervisor
2. Changes in hours requested by Starbucks with less than 14 days of notice will require predictability pay
3. Shifts worked with less than 11 hours of rest in between will require predictability pay
4. Change in schedules for emergency reasons do not require predictability pay
5. When two partners agree to swap shifts, it is treated as a voluntary change in schedule by both partners.

| DATE OF CHANGE | CURRENT SCHEDULED PARTNER | DATE AND TIME OF SCHEDULED SHIFT FOR CURRENT PARTNER | PARTNER CONSENT (signature required of partner with original shift) | PARTNER COVERING SHIFT | DATE AND TIME OF NEW SHIFT BY COVERING PARTNER | PARTNER CONSENT (signature required of partner covering Shift) | REASON CODE | SUPERVISOR CONSENT (signature required of SM, ASM or SS) |
|---|---|---|---|---|---|---|---|---|
| 12/1/17 | Mary Mocha | 12/12/17: 7AM-3PM | *Mary Mocha* | Joe Java | 12/12/17: 7AM-3PM | *Joe Java* | 1 | Store Manager |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

Confidential

DEF0003655