# EXHIBIT D

| | |
|---|---|
| From: | Tina McDonald [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBAFE3B6E1AC4B6796C8A4B9B9150ED6-01831927] |
| Sent: | 2/21/2018 3:04:25 PM |
| To: | Rhesa Welch [rwelch@starbucks.com] |
| Subject: | Scheduling Compliance Updated |
| Attachments: | Scheduling Compliance Checklist - Key Notes.docx |

*Tina McDonald*

**Starbucks Coffee Company | Senior HR Compliance Specialist**
***PRO NY Metro Division***
1-212-615-9764 office | 1-646-988-0077 mobile | tmcdonal@starbucks.com |
NYHRCompliance@starbucks.com

# Scheduling Compliance Checklist - Key Notes

Schedules- **Partners must be provided notice 14 days before the first day of any new schedule. 3 weeks posted confirmed by time stamp**
- Each day past Monday triggers predictability pay for less than 14 days' notice
- Adjusted schedules attached to original
- DM Business Card posted on schedule board - **Schedule Board is required for all stores**

Schedule Change Log- **required for all stores (lateness, call-outs)**
- In place with required signatures (including partner and supervisor or manager) and reason codes
- Not a substitution for Punch Communication Log

Available Open Shifts - **requirement before hiring**
- Posted near schedule with posting date (upper left-hand corner)
- Previous postings retained in store or emails reflecting "No Available Open Shifts"

Predictability Pay & Period of Rest Violations
- GLS reflect predictability payments that were reflected by Schedule Change Log (reason code 2 & 3)
- Rest Between Shifts Report worked and payments submitted in GLS
- Payments do not automatically apply for Period of Rest violations

Compliance Notices - **order by emailing laborlawposters@starbucks.com**
- Labor Law posters visibly posted in BOH

Good Faith Estimate Form
- On file for every new hire and transfers that occurred after 11/26/17

File Retention - Utilize binder for organization
- Schedules
- Schedule Change Logs
- Available Shift Postings/No Available Shift emails
- Partner Acknowledgement Letter (partner file)

Confidential
DEF0000551