# EXHIBIT E

**From**: Tina McDonald [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBAFE3B6E1AC4B6796C8A4B9B9150ED6-01831927]
**Sent**: 2/20/2018 5:49:54 PM
**To**: Tim Hutchinson [thutchin@starbucks.com]; Tiffany Edwards (14841) [US300957@starbucks.com]; Jesus Mendoza (07781) [US1691253@starbucks.com]; David Caple (07560) [US1532187@starbucks.com]; Bernadette Rivera (11934) [US1821587@starbucks.com]; Stevie Dechabert (00849) [US923802@starbucks.com]; Arnold Richardson (07566) [US1814314@starbucks.com]; Kashawn Stallings (07680) [US1582822@starbucks.com]; Kamillia Dorner jeffers (20259) [US1800407@starbucks.com]; S26287 Church between Chambers and Warren [S26287@retail.starbucks.com]
**CC**: Tina McDonald [tmcdonal@starbucks.com]
**Subject**: D477 Meeting Recap
**Attachments**: laminated labor law posters.jpg; FastFood-FairWorkweek-Notice-English.pdf; FastFood-Deductions-Notice-English.pdf; Store Schedule Poster.jpg

Good Afternoon D477,

Thank you for spending time with me today as well as sharing your experiences and best practices. I wanted to recap what was discussed today just to ensure clarification.

Schedules- Partners must be provided notice 14 days before the first day of any new schedule. 3 weeks posted confirmed by time stamp. Continue printing 2 copies of the schedule in event that it is removed due to partner behaviors ☺

- Each day past Monday triggers predictability pay for less than 14 days' notice – After Monday if the schedule is not posted for the 3rd week we lose a day regarding 14 days' notice to partners. Once posted on Monday if there is a need to adjust predictability pay is triggered based upon the notice. For example partners who's schedule is changed for Monday are now owed $10 for less than 14 days with no loss of hours.
- Adjusted schedules attached to original – Partner swaps do not need to be submitted in GLS, however must be supported by the Schedule Change Log with all required signatures.
- DM Business Card posted on schedule board – Please ensure Tim's business card is posted below schedules

Schedule Change Log

- In place with required signatures, reason codes and store number - Coach partners to complete the Schedule Change Log as opposed to filling it in for them. This includes partners who are late and call-out. This will allow you to reinforce accountability around time and attendance as well as support compliance. Add additional pages of the log if need be to support compliance for partner swaps.
- Not a substitution for the Punch Communication Log – Partners should utilize the Schedule Change Log if they are late for example but not if they failed to punch. Failure to punch should be documented in the Punch Communication Log.

Available Open Shifts – SM's appear to have already completed training regarding this with Tim. Please follow all steps to achieve success☺

- Posted near schedule with posting date – Available Shift Postings must be posted for 3 days and then retained with other documents. No Available Shifts email must be posted if there are no shifts available to communicate to partners. After posting if there are no interested applicants SM's are able to move forward with hiring process. SM's are not required to accept internal applicants but should engage all partners that express interest. If a decision is made to deny a partner reasonable explanation should be provided.
- Previous postings retained in store – SM's must retain "No Available Shift" email along with previous postings to support compliance

Predictability Pay – SM's has been advised to review edits daily and enter schedule change premiums throughout the course of the week as opposed to waiting until Monday. Utilize Exceptions Report in GLS to identify partner clock in/out patterns and coach as needed.

- GLS reflect predictability payments that were reflected by Schedule Change Log (reason code 2 & 3) – Predictability Payments should be supported by GLS and Schedule Change Log.
- Rest Between Shifts Report worked and payments submitted in GLS – This report is available anytime and should be reviewed after editing punches to identify violations. Payments of Period of Rest violations are not

automatically applied and should be entered as soon as recognized to ensure partners are paid on time.

**Predictability pay is not required for shifts that fall between 10.75-11hrs.**

Compliance Notices

- Labor Law posters visibly posted in BOH- If store does not have laminated postings attached are temporary notices and a picture of what the laminated version looks like. Laminated version can be ordered from laborlawposters@starbucks.com

Good Faith Estimate Form

- On file for every new hire after 11/26/17. Ensure all new hires complete a Good Faith Estimate Form. This is not a guarantee of hours but a good faith estimate and subjected to change. If a partner has open availability you are able to schedule them within the parameters of that. If you don't schedule a partner based upon the GFE after 3 consecutive weeks update it to ensure compliance and clarity with the partner. Also have any transfers who joined your team after 11/26/17 complete a GFE form

File Retention – Continue to utilize binder to maintain organization.

- Schedules
- Schedule Change Logs
- Available Shift Postings
- Partner Acknowledgement Letter (partner file)

**SM's are encouraged to use predictability pay to identify trends and scheduling opportunities. For example if most premiums occur after peak there may be an opportunity around labor allocation as it may be allocated to the wrong day-part. SM's are encouraged to coach partners around behaviors that do not support compliance by focusing on the expected change in behaviors as opposed to the financial costs.**

*Notes- SM's are aware that the 15 minute grace period is based around the entire shift. Ex. Partner clocked in at 4:52am for 5am shift and left at 10:57am when scheduled to leave at 10:45am triggers predictability pay as it's more than 15 minutes. Partners should not be told to clock out early by SSV's. Expectations need to be reset with SSV's and partners around compliance and how their actions support compliance.

If anyone was left off this email please forward accordingly and I look forward to seeing you guys in your stores!!!

*Tina McDonald*
Starbucks Coffee Company | Senior HR Compliance Specialist
***PRO NY Metro Division***
1-212-615-9764 office | 1-646-988-0077 mobile | tmcdonal@starbucks.com |
NYHRCompliance@starbucks.com