Exhibit F

# Hours of Work

Starbucks is committed to pay all partners accurately for all time worked. This section includes the policies and procedures that ensure all time worked and benefit time are recorded accurately.

Specific standards and procedures regarding punching in and/or out and making edits in Time and Attendance are located in section 9 of the *Labor Management Resource Manual.*

| | |
|---|---:|
| Work Schedule | 3.2 |
| Attendance and Punctuality | 3.3 |
| Rest and Meal Breaks | 3.4 |
| Time Worked | 3.6 |
| Recording Time Worked | 3.7 |

# Work Schedule

Starbucks provides baristas and shift supervisors with the opportunity to work flexible hours. A partner's hours of work are largely dependent on the partner's availability and the store's business needs.

Baristas and shift supervisors will be asked to provide a schedule of the days and hours that they are available to work. With this information, the store manager will create a weekly work schedule for the store. A partner's scheduled hours of work will be based on numerous factors, such as the needs of the business, the store's hours of operation, and the availability, skill level and position of each partner in the store. There is no assurance or guarantee that any barista or shift supervisor will receive the hours desired, the same schedule each week, or a minimum or maximum number of hours.

A barista or shift supervisor who desires a specific work schedule must submit a written request to the store manager. A request for specific hours will be evaluated and, if possible, accommodated taking into consideration factors such as business needs and the partner's position. Please note that partners may be expected to be available for work for a minimum number of days or hours each week, depending on the store's needs. The inability or failure to increase one's availability to work may result in separation of employment.

From time to time, a partner will also be expected to report to work for events such as promotions, store meetings and inventory at times that may fall outside the partner's days or hours of availability.

Case 1:19-cv-04650-AJN-SN   Document 113-6   Filed 03/29/21   Page 4 of 9

Partner Resources Manual – U.S. **Hours of Work**

# Attendance and Punctuality

A partner's reliability in reporting to work when scheduled and on time is essential to a store's efficient operations and the outstanding customer service Starbucks provides.

If the partner cannot report to work as scheduled, or the partner will be late to work, it is the partner's responsibility to notify the store manager or assistant store manager. As much advance notice as possible should be given to the store manager or assistant store manager directly; leaving notes without first making reasonable attempts to contact the store manager or assistant directly is not acceptable.

If a partner knows in advance that he or she will be unable to report to work for a scheduled shift, it is that partner's responsibility to arrange for another partner to substitute.

In the case of sudden illness, injury, or other emergency circumstances, however, the partner will not be held responsible for finding a substitute. The partner will still be responsible for notifying his or her store manager or assistant store manager of the absence; the store manager or assistant store manager will arrange for shift coverage.

Failure to abide by this policy may result in corrective action, up to and including termination of employment. Some examples of failure to follow this policy include irregular attendance, one or more instances of failing to provide advance notice of an absence or late arrival, or one or more instances of tardiness.

If a partner is absent due to a medical condition, or experiences irregular attendance due to a medical condition, the store manager may require the partner to provide documentation from a health care provider. Under certain circumstances, inability to work due to a medical condition may entitle a partner to Family/Medical leave. Refer to the "Time Away from Work" section for more information.

# Rest and Meal Breaks

To provide great service to one another and our customers, it is important that our partners take time out to rest, relax and refresh. Following is Starbucks policy for rest and meal breaks for nonexempt partners.

## Paid Rest Breaks

Partners must be provided a paid rest period of not less than 10 minutes for each four hours worked. Ideally, rest periods will occur near the midpoint of each four-hour shift. Rest periods cannot be used to extend a meal period, work more hours or leave early.

## Meal Breaks

All nonexempt partners who are scheduled to work a minimum number of hours (see below) must be provided an uninterrupted meal break of at least 30 minutes. This unpaid meal break should be taken two to five hours into the partner's shift.

In addition, nonexempt partners who work a total of 11 or more hours are provided an additional meal break during the regular eight-hour shift or during hours beyond the normal eight hours.

Meal breaks cannot be used to leave work early or come to work late. The partner must be free to leave his or her store during the unpaid meal break.

Salaried nonexempt store partners are paid for 40 hours per week but scheduled for 8.5 hours per day so they can punch in and out for purposes of recording unpaid 30 minute meal breaks.

## Scheduling the Meal Break

### All States Except California, Colorado, Illinois, Kentucky, New Hampshire, Oregon and Washington

A nonexempt partner who is scheduled for more than six hours in one shift will be entitled to an unpaid meal break. The meal break must begin before the partner has worked six consecutive hours.

### California, Colorado, Illinois, Kentucky, New Hampshire, Oregon and Washington Only

A nonexempt partner who is scheduled for more than five hours in one shift will be entitled to an unpaid meal break. In these states the meal break must begin before the partner has worked five consecutive hours.

**Meal Break Must Be At Least 30 Minutes**

Store managers will be held responsible for ensuring that a partner's meal break is at least 30 consecutive minutes. If business needs require a partner to cut short his or her meal break, the partner must be paid for the break of less than 30 minutes. As soon as possible, the partner must be relieved again of their duties and permitted to take an unpaid meal break of at least 30 minutes. The manager cannot give another break to add to the shortened meal break.

**Meal Breaks When Only Two Partners Are Present**

When only two partners are working at one time in a store, and one partner is scheduled for his or her meal break, customer service standards and Starbucks Safety and Security policy require the partner to remain in the store. The partner required to remain in the store during the meal break will still be allowed to take at least 30 minutes to rest and eat, but for baristas and supervisors, this meal break will be paid. For salaried nonexempt partners, this meal break counts for actual hours worked for purposes of determining overtime.

### Documenting the Paid Meal Break

When a partner is entitled to a paid meal break under the above circumstances, the manager on duty is required to note the paid meal break in the Punch Communication Log to explain why the partner's time worked for that day will not reflect an unpaid meal period. The entry in the Punch Communication Log should note, "paid meal" in the description area. The partner must initial this entry in the Punch Communication Log. The partner punches in for the meal and notes it as a paid meal on the Punch Communication Log. Once the manager has edited the punch to a paid meal break, the symbol in Time and Attendance will change from a silverware symbol to a coffee cup.

# Time Worked

**Time Worked is
Time Paid**

For all nonexempt partners, time worked includes (but is not limited to):

- All time an employee spends in activities that benefit the employer.
- Taking required rest breaks.
- Attending mandatory store meetings and training classes.
- Reviewing or completing training materials.
- Performing required administrative tasks.
- Setting up displays within the store.
- Preparing schedules or other paperwork.
- Assisting other partners on the floor or doing any other work activity during a meal break.
- Taking the deposit to the bank.
- Counting tips.

Time spent performing the following activities is *not* considered time worked:

- Changing into or out of dress code, hat and/or apron.
- Waiting in line to punch in or to purchase a product.
- Volunteer activities outside of the store (provided that the partner is truly volunteering and there is no implicit requirement to participate).
- Meal breaks (for salaried nonexempt partners, unpaid meal breaks do not count as hours worked but are recorded for purposes of recording work hours).

If store managers are unsure whether a specific activity is considered compensable work time, they should contact their Partner Resources manager.

Managers must approve overtime for partners before the overtime is worked. If unapproved but worked, overtime shall be paid, but corrective action may be warranted.

# Recording Time Worked

**Policy**

In accordance with federal and state wage and hour laws, Starbucks requires the accurate recording of, and compensation for, all hours worked by nonexempt partners. It is against Starbucks policy for any partner to work "off-the-clock," or without having punched in or otherwise recording the time as time worked. It is also against Starbucks policy for a shift supervisor, assistant store manager, store manager or district manager to instruct or permit any partner to work any amount of time for which the partner is not compensated. All nonexempt partners must abide by the following rules.

For more information

### Use Time and Attendance to record all time worked

The following rules must be adhered to on a daily basis:

- A partner must not punch in until ready to begin work.
- A partner must not punch in prior to the start of the scheduled shift, unless instructed to do so by a shift supervisor or manager.
- A partner must not perform any work during a rest break.
- A partner must punch out at the beginning of every meal break and punch in upon return to work following every meal break.
- A partner must punch out immediately upon completing a shift.
- A partner must not work any pre-shift or post-shift time unless the partner is punched in.

### Off-the-clock work is strictly prohibited

If a manager, assistant manager or shift supervisor instructs, encourages or permits a partner to work any amount of time off the clock, the partner must immediately report the violation to the store manager, district manager, Partner Resources manager or call the Business Conduct Helpline at (800) 611-7792. Managers, assistant managers or shift supervisors who violate the time recording policy by instructing or permitting nonexempt partners to work off-the-clock will be subject to corrective action, up to and including termination of employment.

Under no circumstances will Starbucks retaliate against a partner for reporting violations of this time recording policy.

A nonexempt partner who works off-the-clock voluntarily or pursuant to the orders of a manager, assistant manager or shift supervisor and fails to report the time worked will be subject to corrective action, including a verbal or written warning and a reminder of this time recording policy. Additional violation of this time recording policy will result in further corrective action, up to and including termination of employment.

Absent extraordinary circumstances, a partner who uses the Time and Attendance password of a manager or assistant manager to alter time records will be subject to immediate termination of employment.

## Correcting Time Records

If a partner forgets to punch in or out, or if the partner makes an error in recording his or her time, the partner must immediately notify a manager, assistant manager or shift supervisor who will record the correction on the store's Punch Communication Log. The store manager will correct the partner's time record in the Time and Attendance system. For information on correcting punches in a previous pay period, please refer to section 9 of the *Labor Management Resource Manual*.

## Verification of Hours Worked

Upon receipt of a paycheck, the partner should review the pay stub to ensure the receipt of compensation for all time worked. If the pay is correct, the partner must sign the Attendance-Absence Report, provided by the store manager, to verify receipt of the paycheck and accurate compensation. If the partner believes that he or she has not been paid correctly, the partner must make a notation of this on the Attendance-Absence Report and then notify his or her manager of any errors.

## When to Use a Paper Timecard

Partners should only use a paper timecard when their time is being charged to a cost center *other than* a store or regional office. For example, this may include projects or events that will be charged to Marketing.

- Partners **should not** use a paper timecard for benefit hours such as Manager Teach, vacation time or missed hours from a previous pay period. All of these hours should be recorded in the Time and Attendance system.

- RMTs **should not** submit paper timecards. All RMTs should punch into Time and Attendance as RMT at all stores worked.

- Store managers **should not** submit paper timecards for hours worked in a store other than their home store. All store manager hours worked outside of their home store should be punched into the borrowed store's Time and Attendance system.

If a timecard is required, please include the department number that will be charged for the hours. Unless otherwise instructed, contact the Partner Contact Center (PCC) at (866) 504-7368 for assistance in the entry of time recorded on paper timecards. All time submitted via paper timecards should be submitted no later than Monday at 9 a.m. local time to ensure timely processing.