# EXHIBIT G

# PUNCH COMMUNICATION LOG

Date _____

Enter the reason code (X) and the detail.

**Missed Punch**
(SU) System unavailable
(NS) Not scheduled – no override
(F) Forgot
(OS) Off–site – Transferring Product etc

**Paid Time Off**
(V) Vacation – **enter hours & date**
(B) Bereavement – **enter hours & date**
(J) Jury Duty – **enter hours & date**
(P) Personal Day – **enter date**
(S) Sick – where applicable

**Transfer of Hours**
(R) Reassign hours
*Example: Regular to training*

Store Number

DM Verification

| Partner | | Punches | | | | | Initials | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name & Number | Date | Code/Hours | In | Meal Out | Meal In | Out | Partner Initials | & Date | MGR Initials | & Date |
| Mary Mocha  9876544 | 9/3/18 | F | 7:00a | 11:00a | 11:30a | 2:30p | MM | 9/3/18 | SM | 9/3/18 |