# EXHIBIT 1

**From:** jillavptermite@aol.com [jillavptermite@aol.com]
**Sent:** 9/16/2016 2:11:29 PM
**To:** Margaret Kis [mkis@starbucks.com]
**Subject:** Re[4]: Re[3]: Re[2]: 7263

Ok. Thanks for helping with getting this addressed

--
Jill Shwiner
AVP Termite & Pest Control of NY
W 718-967-9800
C 732-740-1037


Friday, 16 September 2016, 02:08PM -04:00 from Margaret Kis mkis@starbucks.com:


Yes please but I definitely want pictures and reporting as well

Sent from my iPhone

On Sep 16, 2016, at 2:07 PM, "jillavptermite@aol.com" <jillavptermite@aol.com> wrote:

> Ok I can go back to the spreadsheet report
>
> --
> Jill Shwiner
> AVP Termite & Pest Control of NY
> W 718-967-9800
> C 732-740-1037
>
>
> Friday, 16 September 2016, 02:05PM -04:00 from Margaret Kis mkis@starbucks.com:
>
>
> Hard to keep track of issues using individual emails
> Need a better system
> Monthly and or Weekley spreadsheet
> With issues and problems
>
> Sent from my iPhone
>
> On Sep 16, 2016, at 1:59 PM, "jillavptermite@aol.com" <jillavptermite@aol.com> wrote:
>
>> Ok
>>
>> --
>> Jill Shwiner
>> AVP Termite & Pest Control of NY
>> W 718-967-9800
>> C 732-740-1037

Confidential                                                                                                                                                        DEF0016906

Friday, 16 September 2016, 01:57PM -04:00 from Margaret Kis
mkis@starbucks.com:


Jill Please formulate a list of all stores that have pest strips found

Sent from my iPhone

> On Sep 16, 2016, at 1:49 PM, LastExitInNY@gmail.com
<lastexitinny@gmail.com> wrote:
>
> Roach call for BOH, I was inspecting under 3 comp sink and a pest strip was on the floor. Treated the area for roaches.
> <20160916_010822.jpg>

Confidential
DEF0016907