**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Rafael Fox, et al.,

       Plaintiff,      19 **CIVIL** 4650 (AJN)

   -against-         <u>**JUDGMENT**</u>

Starbucks Corporation,

       Defendant.
-----------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 13, 2021, the Court GRANTS

Starbucks's motion for summary judgment; accordingly, the case is closed.


**Dated:** New York, New York
    September 13, 2021




          **RUBY J. KRAJICK**
         _____
           **Clerk of Court**
   **BY:**
            **Deputy Clerk**