# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RAFAEL FOX, PAUL D'AURIA and JILL SHWINER,

Plaintiffs,
(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 4650 ( AJN )( SN )

-against-

**NOTICE OF APPEAL**

STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY,

Defendant.
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Plaintiffs Rafael Fox, Paul D'Auria, and Jill Shwiner

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order  entered on: September 13, 2021
(date that judgment or order was entered on docket)

that: GRANTED Defendant's motion for summary judgment.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

October 8, 2021
Dated

Signature*

Graff, Ariel Y., Esq.
Name (Last, First, MI)

111 John Street, Suite 2510, New York, NY 10038
Address    City    State    Zip Code

212-203-3473                agraff@filosagraff.com
Telephone Number            E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13